1  D. John McKay
   Law Offices of D. John McKay
2  117 E. Cook Ave.
   Anchorage, Alaska 99501
3  Tel: (907) 274-3154
   Fax: (907) 272-5646
4  E-mail: mckay@alaska.net

5  Maurice Harmon
   Harmon & Seidman LLC
6  The Pennsville School
   533 Walnut Drive
7  Northampton, Pennsylvania 18067
   Tel: (610) 262-9288
8  Fax: (610) 262-9557
   E-mail: maurice@harmonseidman.com

9  Robert W. Crockett
   Harmon & Seidman LLC
10 33 Spindrift Passage
   Corte Madera, California 94925
11 Tel: (415) 945-1830
   E-mail: robert@harmonseidman.com

12 *Attorneys for Plaintiff Alaska Stock, LLC*

13

   **UNITED STATES DISTRICT COURT**
14
   **DISTRICT OF ALASKA**
15

16 ALASKA STOCK, LLC,                          )
                                               )   Case No. 3:11-cv-00162 TMB
17                         Plaintiff,          )
                                               )
18 v.                                          )   [Proposed]
                                               )   ORDER GRANTING PLAINTIFF
19 PEARSON EDUCATION, INC., and                )   ALASKA STOCK, LLC'S MOTION
   JOHN DOE PRINTERS 1-10,                     )   FOR SUMMARY ADJUDICATION OF
20                                             )   CLAIMS
                           Defendants          )
21                                             )
                                               )
22 _____        )

23      The Court having considered the motion filed by Plaintiff Alaska Stock, LLC

24 ("Alaska Stock") for an order finding certain material facts are established in this case and

25

26

27 ORDER GRANTING PLAINTIFF ALASKA STOCK, LLC'S
   MOTION FOR SUMMARY ADJUDICATION OF CLAIMS
28 *Alaska Stock, Inc. v. Pearson Education, Inc.*, Case No. 3:11-cv-00162-TMB

adjudicating Defendant Pearson Education, Inc.'s ("Pearson's") liability for copyright infringement with respect to certain identified claims, and having considered Pearson's opposition and the other papers filed in connection with the motion, the Court concludes that the motion is supported by good cause. Accordingly,

IT IS HEREBY ORDERED that the following material facts are established in this case:

**1.** Alaska Stock is an Anchorage company that licenses photographic images on behalf of photographers to publishers, including Pearson. In its licensing activities, Alaska Stock acts as the agent for the photographers who created the images.

**2.** Alaska Stock is the owner and exclusive copyright holder of certain photographic images ("the Photographs") identified in Exhibit 1 to the motion and therefore is the owner of the right to authorize reproduction, distribution and display of the Photographs. Alaska Stock also has, by assignment, the sole right to bring and resolve accrued and later accruing claims pertaining to the Photographs in the publications identified in Exhibit 1.

**3.** Each of the Photographs involved in this motion is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights.

**4.** Between 1999 and 2007, Pearson requested, and Alaska Stock sold, limited licenses authorizing Pearson to reproduce the Photographs in certain educational publications.

**5.** The licenses Alaska Stock granted Pearson were expressly limited by number of copies and geographic distribution area, and Alaska Stock was paid accordingly.

**6.** Alaska Stock did not authorize Pearson to use the Photographs beyond the uses expressly granted by the licenses.

1

ORDER GRANTING PLAINTIFF ALASKA STOCK, LLC'S
MOTION FOR SUMMARY ADJUDICATION OF CLAIMS
*Alaska Stock, Inc. v. Pearson Education, Inc.*, Case No. 3:11-cv-00162-TMB

1   **7.**     Despite the limits set forth in the licenses it obtained from Alaska Stock,

2   Pearson used the Photographs beyond license limits in various publications.  Specifically,

3   Pearson reproduced more copies of some Photographs than was permitted by the licenses and

4   distributed some Photographs beyond the licensed geographic distribution area. Pearson's

5   infringing uses of each Photograph are set forth in Exhibit 1 to this motion and are

6   summarized below.

| License | Photographer | License Limits | Pearson's Actual Uses |
|---|---|---|---|
| 1 | Clark James Mishler | 300,000 | [redacted] |
| 2 | Michael Jones | 200,000 | [redacted] |
| 3 | Jeff Schultz | 200,000 | [redacted] |
| 4 | Mark Emery | 150,000 | [redacted] |
| 5 | Clark James Mishler | 40,000 | [redacted] |
| 6 | Jeff Schultz | 200,000 | [redacted] |
| 7 | Scott Darsney | 200,000 | [redacted] |
| 8 | Randy Brandon | 200,000 | [redacted] |
| 9 | Jeff Schultz | 40,000 | [redacted] |
| 10 | Jeff Schultz | 200,000 | [redacted] |
| 11 | Jeff Schultz | 150,000 | [redacted] |
| 12 | Randy Brandon | 200,000 | [redacted] |
| 13 | Randy Brandon | 40,000 | [redacted] |
| 14 | Sean Reid | 40,000 | [redacted]; distributed outside licensed geographic area |
| 15 | Sean Reid | 40,000 | [redacted]; distributed outside licensed geographic area |
| 16 | Sean Reid | 40,000 | [redacted] |
| 17 | Sean Reid | 40,000 | [redacted] |
| 18 | Jeff and Gary Schultz | 100,000 | [redacted] |

2

| | | | |
|---|---|---|---|
| 19 | Myron Wright | 40,000 | [redacted] |
| 20 | Mark Newman | 40,000; North America | [redacted]; distributed outside licensed geographic area |
| 21 | Ron Sanford | 40,000; North America | [redacted]; distributed outside licensed geographic area |
| 22 | Ron Sanford | 40,000; North America | [redacted]; distributed outside licensed geographic area |
| 23 | Sean Reid | 40,000 | [redacted] |
| 24 | Chris Arend | 40,000; North America | [redacted]; distributed outside licensed geographic area |
| 25 | Chris Arend | 20,000; North America | [redacted]; distributed outside licensed geographic area |
| 26 | Jeff Schultz | 20,000; North America | [redacted]; distributed outside licensed geographic area |
| 27[1] | Amanda Byrd | Not licensed | [redacted] (without any license) |

IT IS FURTHER ORDERED that Pearson's liability for copyright infringement with respect to the claims identified in Exhibit 1 to the motion is hereby established.

DATED: _____

_____
Timothy M. Burgess
United States District Judge

_____
[1] Pearson published this photograph without any license at all.

3

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, a true and correct copy of the foregoing PROPOSED ORDER GRANTING PLAINTIFF ALASKA STOCK, LLC'S MOTION FOR SUMMARY ADJUDICATION OF CLAIMS was filed via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record, including:

Jon S. Dawson
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99503
Tel: (907) 257-5300
Fax: (907) 257-5334
E-mail: jondawson@dwt.com

Sharon R. Smith
Morgan, Lewis & Bockius LLP
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
E-mail: srsmith@morganlewis.com

David W. Marston Jr.
Dana E. Becker
Rebecca J. Hillyer
Sarah S. Kang
Jessica L. Anders
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
E-mail: dmarston@morganlewis.com
          dana.becker@morganlewis.com
          rhillyer@morganlewis.com
          sskang@morganlewis.com
          janders@morganlewis.com


DATE: September 28, 2012

s/ *D. John McKay*

D. John McKay
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska 99501
Tel: (907) 274-3154
Fax: (907) 272-5646
E-mail: mckay@alaska.net

4