# EXHIBIT 6



*The Hottest Shots from the Coolest Place*

2505 Fairbanks St. ~ Anchorage, Alaska 99503
toll free: 800.487.4285 | in-state: 907.276.1343
em: info@alaskastock.com | fax: 907.258.7848

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock Images all copyrights and complete legal title in the Images. Alaska Stock Images agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by Alaska Stock Images' receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by Alaska Stock Images relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock LLC to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 40% for the undersigned and 60% for Alaska Stock LLC.

The Undersigned:                         )
                                         )
                                         )
_Amanda Byrd_                            )
Signature                                )
                                         )
_Amanda Byrd_                            )
Print Name                               )
                                         )
                                         )
Address: _PO box 81694_                  )
_fairbanks, AK 99708_                    )
                                         )
Phone: _907 978 0305_                    )
Email: _manda.byrd@yahoo.com_            )
                                         )
Date: _7-5-2011 AB_                      )

Alaska Stock LLC:

by: _[signature]_

Jeff Schultz/ President, Alaska Stock LLC
2505 Fairbanks St.
Anchorage, AK 99503

Alaska Stock v. Pearson                                          000288



**Hot Shots from a Cool Place!**
2505 Fairbanks Street ~ Anchorage, Alaska 99503
T: 800.487.4285 / 907.276.1343  F: 907.258.7848
E: info@AlaskaStock.com

WWW.ALASKASTOCK.COM

### Copyright Assignment (LITIGATION)

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock all copyrights and complete legal title in the Images. Alaska Stock agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon resolution of infringement claims brought by Alaska Stock relating to the Images.

The undersigned agrees and fully transfers all right, title, and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid as per the photographer contract of 40% for the undersigned and 60% for Alaska Stock.

The Undersigned:  )
)
)

_James C Arend_ )
Signature
_dba: Chris Arend Photography_ )
)
_James C Arend_ )
Print Name
)
)

Address: _____ )
_5401 Cordova St. #204_ )
_Anchorage, AK 99518_ )
Phone: _907-562-3173_ )
Email: _photoguy@alaska.net_ )
)
Date: _12-3-08_ )

Alaska Stock LLC:

by: _J. Schultz_

Jeff Schultz, for Alaska Stock LLC
2505 Fairbanks Street
Anchorage, Alaska 99503



Hot Shots from a Cool Place!
2505 Fairbanks Street ~ Anchorage, Alaska 99503
T: 800.487.4285 / 907.276.1343  F: 907.258.7848
E: info@AlaskaStock.com

WWW.ALASKASTOCK.COM

### Copyright Assignment (LITIGATION)

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock all copyrights and complete legal title in the Images. Alaska Stock agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon resolution of infringement claims brought by Alaska Stock relating to the Images.

The undersigned agrees and fully transfers all right, title, and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid as per the photographer contract of 40% for the undersigned and 60% for Alaska Stock.

The Undersigned:

_____
Signature

Print Name: CLARK JAMES MISHLER

Address: 1238 G ST,
ANCHORAGE, AK
99501

Phone: 907-279-8847
Email: clark@atalaska.com

Date: 12-4-08

Alaska Stock LLC:

by: _____

Jeff Schultz, for Alaska Stock LLC
2505 Fairbanks Street
Anchorage, Alaska 99503



**Hot Shots from a Cool Place!**
2505 Fairbanks Street ~ Anchorage, Alaska 99503
T: 800.487.4285 / 907.276.1343   F: 907.258.7848
E: info@AlaskaStock.com

WWW.ALASKASTOCK.COM

## Copyright Assignment (LITIGATION)

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock all copyrights and complete legal title in the Images. Alaska Stock agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon resolution of infringement claims brought by Alaska Stock relating to the Images.

The undersigned agrees and fully transfers all right, title, and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid as per the photographer contract of 40% for the undersigned and 60% for Alaska Stock.

The Undersigned:   )     Alaska Stock LLC:
                   )
                   )
                   )
_Gary Schultz_     )   by: _J. Schultz_
Signature          )
                   )   Jeff Schultz, for Alaska Stock LLC
                   )   2505 Fairbanks Street
                   )   Anchorage, Alaska 99503
_Gary Schultz_     )
Print Name         )
                   )
Address: P.O. Box 81481  )
Fairbanks, AK 99708 )
                   )
Phone: 907-455-6909 )
Email: gschultz@alaska.net
                   )
Date: Feb 26, 2009 )

Alaska Stock v. Pearson                               000313



**The Hottest Shots from the Coolest Place**

2505 Fairbanks St. – Anchorage, Alaska 99503
toll free: 800.487.4285 | in-state: 907.276.1343
em: info@alaskastock.com | fax: 907.258.7848

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock Images all copyrights and complete legal title in the Images. Alaska Stock Images agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by Alaska Stock Images' receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by Alaska Stock Images relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action—which is the personal right to bring a case—or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock LLC to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 40% for the undersigned and 60% for Alaska Stock LLC.

The Undersigned:                                  Alaska Stock LLC:

Signature: _____                         by: _____

Print Name: Jeff Schltz                            Jeff Schultz/ President, Alaska Stock LLC
                                                   2505 Fairbanks St.
                                                   Anchorage, AK 99503

Address: 2505 Fairbanks St
         Anchorage, AK 99503

Phone: 907.276-1343
Email: Jeff@alaskastock.com

Date: 7/5/11

Alaska Stock v. Pearson                                  000314



2505 Fairbanks St. ~ Anchorage, Alaska 99503
toll free: 800.487.4285 | in-state: 907.276.1343
em: info@alaskastock.com | fax: 907.258.7848

The Hottest Shots from the Coolest Place

### Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock Images all copyrights and complete legal title in the Images. Alaska Stock Images agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by Alaska Stock Images' receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by Alaska Stock Images relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock LLC to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 40% for the undersigned and 60% for Alaska Stock LLC.

The Undersigned: )
)
)

Alaska Stock LLC:

_____Mark Emery_____ )
Signature )
)
by:_____J. Schultz_____

_____Mark Emery_____ )
Print Name )

Jeff Schultz/ President, Alaska Stock LLC
2505 Fairbanks St.
Anchorage, AK 99503

Address: P.O. 246 NE 59 St. )
Ocala FL 34479 )
)
Phone: 352.622.3412 )
Email: info @ markemery
films.com )
Date: 7-11-11



Hot Shots from a Cool Place!
2505 Fairbanks Street ~ Anchorage, Alaska 99503
T: 800.487.4285 / 907.276.1343  F: 907.258.7848
E: info@AlaskaStock.com

WWW.ALASKASTOCK.COM

### Copyright Assignment (LITIGATION)

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock all copyrights and complete legal title in the Images. Alaska Stock agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon resolution of infringement claims brought by Alaska Stock relating to the Images.

The undersigned agrees and fully transfers all right, title, and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid as per the photographer contract of 40% for the undersigned and 60% for Alaska Stock.

The Undersigned:                               )   Alaska Stock LLC:
                                               )
                                               )
                                               )
_____                )   by: _____
Signature                                      )
                                               )   Jeff Schultz, for Alaska Stock LLC
                                               )   2505 Fairbanks Street
Mark Newman                                    )   Anchorage, Alaska 99503
Print Name                                     )
                                               )
                                               )
Address: 1120 Huffman Rd.                      )
         #486                                  )
         Anchorage, AK 99515                   )
Phone:   907-243-1303                          )
Email:   osprey66@cs.com                       )
                                               )
Date:    12/5/08                               )



2505 Fairbanks St. -- Anchorage, Alaska 99503
toll free: 800.487.4285 | in-state: 907.276.1343
em: info@alaskastock.com | fax: 907.258.7848

### Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock Images all copyrights and complete legal title in the Images. Alaska Stock Images agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by Alaska Stock Images' receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by Alaska Stock Images relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock LLC to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 40% for the undersigned and 60% for Alaska Stock LLC.

The Undersigned:   )
)
)
)
Signature: *Michael F Jones*   )  by: *J. Schultz*
)
)  Jeff Schultz/ President, Alaska Stock LLC
)  2505 Fairbanks St.
Print Name: Michael F Jones   )  Anchorage, AK 99503
)
)
)
Address: 5874 B16 Bend Loop   )
Anchorage AK 99502   )
)
Phone: 830 2614   )
Email: _____   )
)
Date: 7-6-2011   )



2505 Fairbanks St. ~ Anchorage, Alaska 99503
toll free: 800.487.4285 | in-state: 907.276.1343
em: info@alaskastock.com | fax: 907.258.7848

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock Images all copyrights and complete legal title in the Images. Alaska Stock Images agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by Alaska Stock Images' receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by Alaska Stock Images relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock LLC to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 40% for the undersigned and 60% for Alaska Stock LLC.

The Undersigned:   )
                   )
                   )

__[signature]__
Signature

MYRON H. WRIGHT JR.
Print Name

Address: 13720 KAREN ST.
ANCHORAGE, AK 99515

Phone: 907 345-6014
Email: mwright@alaska.net
Date: 11 JULY 2011

Alaska Stock LLC:

by: __[signature]__

Jeff Schultz/ President, Alaska Stock LLC
2505 Fairbanks St.
Anchorage, AK 99503



Hot Shots from a Cool Place!
2505 Fairbanks Street ~ Anchorage, Alaska 99503
T: 800.487.4285 / 907.276.1343  F: 907.258.7848
E: info@AlaskaStock.com

WWW.ALASKASTOCK.COM

## Copyright Assignment (LITIGATION)

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock all copyrights and complete legal title in the Images. Alaska Stock agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon resolution of infringement claims brought by Alaska Stock relating to the Images.

The undersigned agrees and fully transfers all right, title, and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid as per the photographer contract of 40% for the undersigned and 60% for Alaska Stock.

The Undersigned:

Signature: *[signed]*

Print Name: Wm R. BRANDON

Address: PO Box 1010
Girdwood, AK
99587

Phone: 783-2773

Email: ThirdEye

Date: 12-16-08

Alaska Stock LLC:

by: *[signed]*

Jeff Schultz, for Alaska Stock LLC
2505 Fairbanks Street
Anchorage, Alaska 99503



**Hot Shots from a Cool Place!**
2505 Fairbanks Street ~ Anchorage, Alaska 99503
T: 800.487.4285 / 907.276.1343  F: 907.258.7848
E: info@AlaskaStock.com
WWW.ALASKASTOCK.COM

### Copyright Assignment (LITIGATION)

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock all copyrights and complete legal title in the Images. Alaska Stock agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon resolution of infringement claims brought by Alaska Stock relating to the Images.

The undersigned agrees and fully transfers all right, title, and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid as per the photographer contract of 40% for the undersigned and 60% for Alaska Stock.

The Undersigned:  )
 )
 )
 )
_Ronald W. Sanford_   )   by: _J. Schultz_
Signature  )
 )   Jeff Schultz, for Alaska Stock LLC
 )   2505 Fairbanks Street
_RON SANFORD_  )   Anchorage, Alaska 99503
Print Name  )
 )
 )
Address: _P.O. BOX 1330_  )
_BERRY CREEK, CA_  )
_95916_  )
Phone: _(530) 589-1034_  )
Email: _SAN4O@HUGHES.NET_  )
 )
Date: _5 DEC '08_  )

Alaska Stock v. Pearson                                        000309



**The Hottest Shots from the Coolest Place**

2505 Fairbanks St. – Anchorage, Alaska 99503
toll free: 800.487.4285 | in-state: 907.276.2343
em: info@alaskastock.com | fax: 907.258.7848

## Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock Images all copyrights and complete legal title in the Images. Alaska Stock Images agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by Alaska Stock Images' receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by Alaska Stock Images relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock LLC to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 40% for the undersigned and 60% for Alaska Stock LLC.

The Undersigned:                                )           Alaska Stock LLC:
                                                )
                                                )
                                                )
_Ronald C. Sanford_                             )           by: _[signature]_
Signature                                       )
                                                )           Jeff Schultz/ President, Alaska Stock LLC
_RON SANFORD_                                   )           2505 Fairbanks St.
Print Name                                      )           Anchorage, AK 99503
                                                )
                                                )
Address: _P.O. BOX 1330_                        )
_BERRY CREEK, CA_                               )
_95916_                                         )
Phone: _530 589-1034_                           )
Email: _SANFD@HUGHES.NET_                       )
                                                )
Date: _22 JULY 2011_                            )



**Hot Shots from a Cool Place!**
2505 Fairbanks Street ~ Anchorage, Alaska 99503
T: 800.487.4285 / 907.276.1343  F: 907.258.7848
E: info@AlaskaStock.com

WWW.ALASKASTOCK.COM

## Copyright Assignment (LITIGATION)

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock all copyrights and complete legal title in the Images. Alaska Stock agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon resolution of infringement claims brought by Alaska Stock relating to the Images.

The undersigned agrees and fully transfers all right, title, and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid as per the photographer contract of 40% for the undersigned and 60% for Alaska Stock.

The Undersigned:                                )
                                                )
                                                )
                                                )     Alaska Stock LLC:
                                                )
                                                )
                                                )
_____               )     by: _____
Signature                                       )
                                                )     Jeff Schultz, for Alaska Stock LLC
                                                )     2505 Fairbanks Street
                                                )     Anchorage, Alaska 99503
                                                )
Scott C. Darsney                                )
Print Name                                      )
                                                )
Address: PO Box 223                             )
Unalaska, AK 99685                              )
                                                )
Phone: 907-359-1003                             )
Email: sdarsney@yahoo.com                       )
                                                )
Date: 12/3/08                                   )

Alaska Stock v. Pearson                                                           000290



**AlaskaStock.com**
The Hottest Shots from the Coolest Place

2505 Fairbanks St. – Anchorage, Alaska 99503
toll free: 800.487.4285 | in-state: 907.276.1343
em: info@alaskastock.com | fax: 907.258.7848

### Copyright Assignment, Registration, and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Alaska Stock LLC (Alaska Stock) and included in Alaska Stock's collection, hereby grants to Alaska Stock Images all copyrights and complete legal title in the Images. Alaska Stock Images agrees to reassign all copyrights and complete legal title back to the undersigned immediately upon completion of the registration of the Images, as evidenced by Alaska Stock Images' receipt of a Certificate of Registration from the United States Copyright Office for such Images, and resolution of infringement claims brought by Alaska Stock Images relating to the Images.

The undersigned agrees and fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action--which is the personal right to bring a case--or lawsuits, brought to enforce copyrights in the Images, appointing and permitting Alaska Stock LLC to prosecute said accrued or later accrued claims, causes of action, choses in action or lawsuits, as if it were the undersigned.

Any proceeds obtained by settlement or judgment for said claims shall, after deducting all costs, expenses and attorney's fees, be divided and paid 40% for the undersigned and 60% for Alaska Stock LLC.

The Undersigned:

Signature

Print Name: SEAN REID

Address: 11564 W. SHARPTHORN
BOISE ID 83709

Phone: 208 514 0173
Email: reidcom@hotmail.com

Date: 7/15/2011

Alaska Stock LLC:

by: _____

Jeff Schultz/ President, Alaska Stock LLC
2505 Fairbanks St.
Anchorage, AK 99503

Alaska Stock v. Pearson                                             000307