# EXHIBIT 8 - PART A



*Melissa Shustyk*
*Media Researcher*
*Media Resources Department*
*School Division*

**Pearson Education**
*One Lake Street, Room 2J20*
*Upper Saddle River, NJ 07458*
*Tel.: (201) 236-5610*
*Fax: (201) 236-5554*
*melissa.shustyk@phschool.com*

6/20/2002

Alaska Stock Images

Steven Nelson

2505 Fairbanks St.

Anchorage     AK     99503-1802

Dear Steven Nelson

Pearson Education Inc., publishing as Prentice Hall, ("Publisher") is currently working on a spanish literature program for grades 6-8 entitled **Prentice Hall Literatura**, 1st edition ("Program"). The Publisher is requesting non-exclusive permission and license to reproduce the images listed below for the Student Edition [in print form] in the education market only.

**IMAGES:**

    List of Images (Please refer to the attached list for usage information.)

| | |
|---|---|
| **OUR PROGRAM:** | **Prentice Hall Literatura** |
| # of Uses: | One time - 1st Edition |
| Publication Date: | 2002 |
| Level/Grade: | Grades 6-8 |
| Market: | Educational only |
| Language: | Spanish |
| Estimated Life of Print: | |
| Student Edition | under 40,000 copies |

The grant shall be limited to the following territories: United States, its territories and possessions, United States Department of Defense Schools, and Canada (5% of total distribution).

The rights requested herein will in no way restrict use of your material in any form by you or others authorized by you. This permission grant will apply to the inclusion of the image(s) in the Publisher's digital archive for internal storage and viewing purposes and will not be otherwise used without permission. You represent and warrant that you possess or have obtained all rights to the above Images necessary for the grant of this permission and that the rights you have granted will not conflict with or violate any commitment, agreement, or understanding you have or will have to or with, nor infringe upon any rights of, any person or entity. If these rights are controlled by other parties, please advise us whom we should contact. You agree to indemnify and hold Publisher harmless from and against all claims, losses, costs, expenses, settlements, demands and liabilities of every kind, including reasonable attorneys' fees and expenses, arising out of or incurred by reason of the use of the Images by Publisher as set forth herein.

If you are in agreement, please complete the form at the bottom. Please be sure to apply any quantity or preferred vendor discount rates. Also, please make note of our new corporate identity on your license. The licensee is "Pearson Education, Inc., publishing as Prentice Hall" or "Pearson Education, Inc." Please make the appropriate changes in your company's records for future requests. We would also like to request that you submit separate invoices for each grade level (if applicable).

Sincerely,

**Melissa Shustyk**
Melissa Shustyk
Project Manager
Tel: 201-236-5610
melissa.shustyk@phschool.com





Melissa Shustyk
*Media Researcher*
*Media Resources Department*
*School Division*

**Pearson Education**
*One Lake Street, Room 2J20*
*Upper Saddle River, NJ 07458*
*Tel.: (201) 236-5610*
*Fax: (201) 236-5554*
*melissa.shustyk@phschool.com*

## Accepted and agreed to:

Signature: *Andria Kindred*
Name (Print): Andria Kindred
Company: Alaska Stock
Job Title: Senior Acct Exec
Date: 7-1-02
Fee: $210
Federal ID # or Social Security #: 92-0164414

**CREDIT:** ©2002 Jeff Schultz / AlaskaStock.com

(Please be sure to indicate how the credit line should be worded.)

**TERMS AND CONDITIONS OF USAGE RIGHTS**

NO USE RIGHTS OTHER THAN THOSE STATED IN ALASKA STOCK IMAGES INVOICES AND DELIVERY MEMO APPLY TO THIS PURCHASE ORDER. YOUR TERMS ON THIS PURCHASE ORDER DO NOT APPLY.



# Billing Request for Prentice Hall's
# *Prentice Hall Literatura*, 1st Edition

6/20/2002

| Source | Picture # | Description | Source PhotoID# | Artist/Photographer | Type of art Value | Grade | Page | Placement | Size on Page | Position | ReUse? | Multiple Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Stock Images | 11525 | Trapper with ice frosted face and beard, Rainy Pass, AK | 351MN AA0001+001 | Jeff Schultz | Photo Color | 07 | 530 | Interior | .25 | inset | ☐ New ☒ Pick-Up | ○ Yes ○ No |

The photograph(s) will be included in the company's digital archive for internal storage and viewing purposes only and will not be re-used in any publication without permission

Alaska Stock v. Pearson



# PEARSON EDUCATION

To: Alaska Stock
ATTN: Andria Kindred – Gina Bringman
2505 Fairbanks Street
Anchorage, AK 99503-2821

Cynthia Vincenti
Image Permission Coordinator
Pearson Education, IRC
One Lake Street
Upper Saddle River, NJ 07458
Phone : (201) 236-5848
Fax : (201) 236-5865
Email : cynthia_vincenti@pearsoned.com

Date : 08-FEB-06

## Billing Request

| | | |
|---|---|---|
| **Author:** SD Anthology | **Title:** Prentice Hall Literature (Penguin Lit) SE – Grade 7 | **Edition:** |
| **Usage:** Text | | **Publicaiton Year:** 2006 |
| **Languages:** One Language | | **Market:** Educational |
| **Circulation:** Up to 200,000 | | |
| **Distribution Regions:** United States with less than 5% in Canada | | |
| **Grade:** | | |

It is essential that you include our **AUTHOR and TITLE on each invoice**. Failure to do so will result in a delay in payment.
Please send **INVOICES** and / or direct your inquiries to the above name and address.
IMPRINT: Prentice Hall School .

| Source Image Id | Photographer | Description | Permission | Placement | Values | Conv B&W | Size | Multi Use |
|---|---|---|---|---|---|---|---|---|
| 351MN AA0001+001 | Jeff Schultz | Portrait of man with frosted face below zero | Initial Request | Interior | Color | No | 1/8 | No |

The rights requested herein will in no way restrict use of your material in any form by you or others authorized by you. The photographs will be included in versions created to comply with state and federal laws and regulations, and policies regarding accessibility by Pearson with disablilities, and with localized education standards in the company's digital archive for Internal storage and viewing purposes only and will not be otherwise used without payment of the requisite permission fee.



# PEARSON EDUCATION

To: Alaska Stock
ATTN: Andria Kindred
2505 Fairbanks Street
Anchorage, AK 99503-2821

Robert Farrell
Image Permission Coordinator
Pearson Education, IRC
One Lake Street
Upper Saddle River, NJ 07458
Phone : (201) 236-5806
Fax : (201) 236-5865
Email Robert_Farrell@pearsoned.com

Date: 26-MAY-04

## Billing Request

| | | | | |
|---|---|---|---|---|
| **Author:** Martin-Gay | **Title:** Beginning and Intermediate Algebra | **Edition:** 3 |
| **Usage:** Text | **ISBN:** 0131444425 | **Copyright:** 2005 |
| **Languages:** One Language | | |
| **Circulation:** Up to 40,000 | | |
| **Distribution Regions:** North America | | |

**It is essential that you include our AUTHOR and TITLE on each invoice. Failure to do so will result in a delay in payment.**
Please send **INVOICES** and / or direct your inquiries to the above name and address. IMPRINT: Pearson Prentice Hall .

| Source Image Id | Photographer | Description | Placement | Values | Conv B&W | Size | Reuse | Multi Use |
|---|---|---|---|---|---|---|---|---|
| 407LLBD0002006 | Sean Reid | Portage Galcier Southcentral AK summer scenic. | Interior | Color | No | 1/4 | Yes | No |

The photographs will be included in the company's digital archive for internal storage and viewing purposes only and will not be re-used in any publication without payment of the requisite permission fee.

Alaska Stock v. Pearson          000075

**Pearson Learning**
299 Jefferson Road
Parsippany, NJ 07054

**BILLING REQUEST**

---

December 11, 2000

*Jeff Schultz* Andree
Alaska Stock Images
2505 Fairbanks St.
Anchorage, AK 99503-2821

Dear Supplier:

Enclosed is the billing request for © 2001 Pearson Learning Developmental Reading Assessment (DRA). The print run for this series is up to 40,000 with North American English Language Rights.

We require that you acknowledge you have the right to grant reproduction rights to the images on the attached list.

We further request that you grant us non-exclusive electronic rights *option* that would allow us to use this same selection in another type of electronic medium (e.g. floppy disc, video or laser disc, CD-I, CD-Rom, or another electronic media) should we decide to do so in the future. We are not now asking for the rights for any particular product. We are simply requesting that we have the option to incorporate the selection in the future once our plans are more definitive. We will not use the selection without notifying you and agreeing on a fee, which would be based on the then current market rate for our particular use of the selection.

Please be sure your social security or federal ID number appears on the invoice. This will expedite the payment process.

## Please fax your invoice to my attention to: 973-739-8502

Thanks for your help in making this project a success.

Sincerely,

Elaine Soares
Photo Dept. Manager
Pearson Learning
973-739-8399

Alaska Stock v. Pearson                                                      000021

**Pearson Learning**
299 Jefferson Road
Parsippany, NJ 07054

# IMAGE SERVICES
### BILLING REQUEST

**Alaska Stock Images**
~~Jeff Schultz~~ *Andrea*
Alaska Stock Images
2505 Fairbanks St.
Anchorage, AK 99503-2821

MC source No. 1014

ATTN: BILLING DEPARTMENT

This document serves as an official request for billing for the use of your imagery in our "DRAA01" project, PL project No. 1056.

In this project we have used 2 image(s) from your collection.

Each grey area below represents an image and/or its use.

Please include our "image #" (bottom right of each grey area) on your itemized invoice, and/or include a copy of this billing request with your invoice.

| PHOTO I.D. #: 113HUD10001+001 | | |
|---|---|---|
| CONSIGNMENT #: | | |
| humpback whales swimming near shore | | |
| © Alaska Stock Images | | |
| COLOR VALUE: Color | COMP: | PE |
| PLACEMENT: Interior | GRADE: | 38A |
| SIZE ON PAGE: .75 | PAGE: | 9 |
| QUOTED COST: | PL#: | |
| AMOUNT PAID: | IMAGE#: | 8500 |

| PHOTO I.D. #: 113HUD20001+001 | | |
|---|---|---|
| CONSIGNMENT #: | | |
| (re-use) humpback whales swimming near shore | | |
| © Alaska Stock Images | | |
| COLOR VALUE: Color | COMP: | LB |
| PLACEMENT: Self Cover | GRADE: | 38A |
| SIZE ON PAGE: .50 | PAGE: | cover |
| QUOTED COST: | PL#: | |
| AMOUNT PAID: | IMAGE#: | 13450 |

*assesment booklet.*
*cover 250-300*
*40,000*

*341  2506*
*10 26  843*

*history prentise hall*
*writing & grammar*
*grd 9*

Page 1

12/11/2000

Alaska Stock v. Pearson                                     000022

Level 28

ISBN 0-673-XXXXX-X

Printed in the United States of America. This publication, or parts thereof, may not be reproduced in any form by photographic, electronic, mechanical, or any other method, for any use, including information storage and retrieval, without written permission from the publisher.

Copyright © 2001

**Celebration Press**
An imprint of Pearson Learning
299 Jefferson Road, P.O. Box 480
Parsippany, NJ 07054-0480
Web site: www.celebrationpress.com

Alaska Stock v. Pearson          000023

**Pearson Learning**
299 Jefferson Road
Parsippany, NJ 07054

**BILLING REQUEST**

November 14, 2000

Jeff Schultz
Alaska Stock Images
2505 Fairbanks St.
Anchorage, AK 99503-2821

Dear Supplier:

Enclosed is the billing request for © 2001 Pearson Learning Developmental Reading Assessment (DRA). The print run for this series is up to 40,000 with North American, English language rights.

**NOTE:** If one of your images is on the self cover, please be advised that the printed material for this project is an assessment material and therefore, the covers are soft self covers. I've included a sample for your reference. These individual readers are all part of a binder that the teacher uses for child assessment.

Any discount you can give us because the cover is not a traditional hard/soft book cover would greatly be appreciated.

We require that you acknowledge you have the right to grant reproduction rights to the images on the attached list.

Please be sure your social security or federal ID number appears on the invoice. This will expedite the payment process.

Thanks for your help in making this project a success. If you have any questions feel free to contact me at 973-739-8399, by fax at 973-739-8502, or via e-mail at Elaine.Soares@pearsonlearning.com

Sincerely,

Elaine Soares
Photo Dept. Manager
Pearson Learning

Alaska Stock v. Pearson                                                                           000024

Pearson Learning
299 Jefferson Road
Parsippany, NJ 07054

# IMAGE SERVICES
BILLING REQUEST

**Alaska Stock Images**

Jeff Schultz
Alaska Stock Images
2505 Fairbanks St.
Anchorage, AK  99503-2821

ATTN: BILLING DEPARTMENT

MC source No.
**1014**

This document serves as an official request for billing for the use of your imagery in our "DRAA01" project, PL project No.  1056.

In this project we have used 2 image(s) from your collection.

Each grey area below represents an image and/or its use.

Please include our "image #" (bottom right of each grey area) on your itemized invoice, and/or include a copy of this billing request with your invoice.

| PHOTO I.D. #: 113HUDI0001+001 | |
|---|---|
| CONSIGNMENT #: | |
| humpback whales swimming near shore | |
| ©: Alaska Stock Images | |
| COLOR VALUE: Color | COMP: PE |
| PLACEMENT: Interior | GRADE: 38A |
| SIZE ON PAGE: .75 | PAGE: 9 |
| QUOTED COST: | PL#: |
| AMOUNT PAID: | IMAGE#: 8500 |

| PHOTO I.D. #: 113HUDI0001+001 | |
|---|---|
| CONSIGNMENT #: | |
| (re-use) humpback whales swimming near shore | |
| ©: Alaska Stock Images | |
| COLOR VALUE: Color | COMP: LB |
| PLACEMENT: Self Cover | GRADE: 38A |
| SIZE ON PAGE: .50 | PAGE: cover |
| QUOTED COST: | PL#: |
| AMOUNT PAID: | IMAGE#: 13450 |



# PEARSON EDUCATION

To: Alaska Stock
ATTN: Andria Kindred
2505 Fairbanks Street
Anchorage, AK 99503-2821

Charles Morris
Image Permission Coordinator
Pearson Education, IRC
10 Mountainview Road
Upper Saddle River, NJ 07458
Phone : (201) 785-2796
Fax : (201) 785-2804
Email charles_morris@pearsoned.com

Date: 24-MAR-03

## Billing Request

**Author:** Angel
**Usage:** Text
**Languages:** One Language
**Circulation:** Up to 40,000
**Distribution Regions:** North America

**Title:** Intermediate Algebra for College Students
**ISBN:** 0131400592

**Edition:** 6
**Copyright:** 2004

It is essential that you include our AUTHOR and TITLE on each invoice. Failure to do so will result in a delay in payment.
Please send INVOICES and / or direct your inquiries to the above name and address. IMPRINT: Prentice Hall .

| Source Image Id | Photographer | Description | Placement | Values | Conv B&W | Size | Reuse | Multi Use |
|---|---|---|---|---|---|---|---|---|
| 00359.018. 04-02 | Chris Arend | Couple walking on Trail near Chena Hot Springs interior Alaska. | Interior | Color | No | 1/4 | Yes | No |

OZOIN AB 1/1

The photographs will be included in the company's digital archive for internal storage and viewing purposes only and will not be re-used in any publication without payment of the requisite permission fee.

Alaska Stock v. Pearson

000057

**Pearson Learning**
299 Jefferson Road
Parsippany, NJ 07054

**BILLING REQUEST**

October 7, 1999

Jeff Schultz
Alaska Stock Images
2505 Fairbanks St.
Anchorage, AK 99503-2821

Dear Supplier:

Enclosed is the billing request for ©2000 Pearson Learning: <u>Very First Chapters Books</u>. The print run for this series is under 20,000 North American, English language rights.

We require that you acknowledge you have the right to grant reproduction rights to the images on the attached list.

We further request that you grant us non-exclusive electronic rights *option* that would allow us to use this same selection in another type of electronic medium (e.g. floppy disc, video or laser disc, CD-I, CD-Rom, or another electronic media) should we decide to do so in the future. We are not now asking for the rights for any particular product. We are simply requesting that we have the option to incorporate the selection in the future once our plans are more definitive. We will not use the selection without notifying you and agreeing on a fee, which would be based on the then current market rate for our particular use of the selection.

Please be sure your social security or federal ID number appears on the invoice. This will expedite the payment process.

Thanks for your help in making this project a success.

Sincerely,

*Elaine Soares*
Elaine Soares
Manager, Photo Dept.
Phone: 973-739-8399

**Pearson Learning**
299 Jefferson Road
Parsippany, NJ 07054

# IMAGE SERVICES
BILLING REQUEST

**Alaska Stock Images**
Jeff Schultz
Alaska Stock Images
2505 Fairbanks St.
Anchorage, AK 99503-2821

MC source No.
**1014**

ATTN: BILLING DEPARTMENT

This document serves as an official request for billing for the use of your imagery in our "VFC00" project, PL project No. 1009.

In this project we have used 3 image(s) from your collection.

Each grey area below represents an image and/or its use.

Please include our "image #" (bottom right of each grey area) on your itemized invoice, and/or include a copy of this billing request with your invoice.

---

PHOTO I.D. #: 352CH AA0003 010
CONSIGNMENT #: 990252
Portrait Inupiat Eskimo Children Winter Nome

©: Jeff Schultz/Alaska Stock Images

| COLOR VALUE: | Color | COMP: | PE |
| PLACEMENT: | Cover | GRADE: | 20 |
| SIZE ON PAGE: | 1.0 | PAGE: | Cover |
| QUOTED COST: | $540.00 ✓ | PL#: | 1577 |
| AMOUNT PAID: | | IMAGE#: | 4405 |

---

PHOTO I.D. #: 0151C AB0006 001
CONSIGNMENT #: 990526
Natives ice fishing in Kotzebue Western Alaska

©: Chris Arend/AlaskaStock.com

| COLOR VALUE: | Color | COMP: | PE |
| PLACEMENT: | Interior | GRADE: | 20 |
| SIZE ON PAGE: | .50 | PAGE: | 17 |
| QUOTED COST: | 270 | PL#: | 1741 |
| AMOUNT PAID: | | IMAGE#: | 5511 |

---

PHOTO I.D. #: 108SI AC0003+001
CONSIGNMENT #: 990526
Arctic Fox in Winter Storm Churchill Manitoba Canada

©: Johnny Johnson/AlaskaStock.com

| COLOR VALUE: | Color | COMP: | PE |
| PLACEMENT: | Interior | GRADE: | 20 |
| SIZE ON PAGE: | .25 | PAGE: | 26 |
| QUOTED COST: | 225 | PL#: | 1741 |
| AMOUNT PAID: | | IMAGE#: | 5514 |

---

Page 1

Alaska Stock v. Pearson

000005 10/7/1999



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
Alaska Stock FED ID# 92-0164414

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Russ Lappa | Date: | 04-20-04 |
| Company: | Prentice Hall | Invoice#: | 204266 |
| Address: | 501 BOYLSTON ST, STE 900 | Memo#: | 104810 |
| | Boston, MA 02116 | P.O.#: | IE p4121 |
| | USA | Job#: | Weather & Climate |
| Phone: | 617-671-2000 | Job Name: | PH Science Explorer |
| Fax: | | Client: | Prentice-Hall |
| | | Sales Person: | Laurie Campbell |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



352GR AN0010 001 by Clark James Mishler          410.00
Native Family Watching Iditarod Unalakleet mother and daughters
1/4 Page
Inside
PH Science Explorer/Weather - grades 6-8

Subtotal: 410.00
Payment: 410.00
Balance Due: 0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English & Spanish language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text PH Science Explorer (Weather & Climate) published by Prentice Hall. Press run is 300,000 which includes a National Edition as well as up to five, state-specific customized versions, a CD-Rom (PR 10,000) and an online, password protected version.
Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 300,000 | Use Rights Begin: | 04-30-04 |
| Total Insertions: | 1 | Use Rights End: | 04-30-10 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT** - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.

Thank you for your business.

Alaska Stock v. Pearson                    000067