# EXHIBIT 8 – PART B



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
Alaska Stock FED ID# 92-0164414

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Russ Lappa | Date: | 07-07-04 |
| Company: | Prentice Hall | Invoice#: | 204410 |
| Address: | 501 BOYLSTON ST, STE 900 | Memo#: | NONE |
| | Boston, MA 02116 | P.O.#: | |
| | USA | Job#: | |
| Phone: | 617-671-2000 | Job Name: | Chemistry 2004 |
| Fax: | | Client: | Prentice Hall |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.

---



017AD EH0004 001 by Michael Jones                                                          410.00
Man by Campfire & Tent Winter Chugach SP SC AK
1/4 Page
Inside
Prentice Hall 2004 Chemistry textbook

---

Subtotal:      410.00
Payment:         0.00
Balance Due:   410.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Chemistry, grd 10-12 published by Prentice Hall, copyright 2004 with a press run limited to 200,000 or less. Reproduction rights are for the printed version, CD-rom (PR 10,000), and online (6 years). Teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 200,000 | Use Rights Begin: | 04-01-04 |
| Total Insertions: | 1 | Use Rights End: | 04-01-10 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.



**AlaskaStock.com**
*The Hottest Shots from the Coolest Place*

2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
Alaska Stock FED ID# 92-0164414

## Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Vickie Menanteaux | Date: | 04-08-04 |
| Company: | Pearson Education | Invoice#: | 204240 |
| Address: | One Lake Street | Memo#: | NONE |
| | Upper Saddle River, NJ 07458 | P.O.#: | |
| | USA | Job#: | |
| Phone: | 201-785-2753 | Job Name: | Reader's Companion 7 |
| Fax: | 201-785-2804 | Client: | Pearson Education |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



351MN AA0001 001 by Jeff Schultz          325.00
Portrait of man w/ frosted face below zero weather AK makeup beard frost
1/4 Page
Inside
Pearson Ed Reader's Companion grd 7

Subtotal: 325.00
Payment: 325.00
Balance Due: 0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Reader's Companion grd 7 by BD Anthology and published by Pearson Education with a press run limited to 200,000 or less. Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 200,000 | Use Rights Begin: | 04-08-04 |
| Total Insertions: | 1 | Use Rights End: | 04-08-05 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.

Thank you for your business.



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Julie Orr | Date: | 07-01-05 |
| Company: | Pearson Curriculum Group | Invoice#: | 205489 |
| Address: | 1900 East Lake Avenue | Memo#: | NONE |
| | Glenview, IL 60025 | P.O.#: | PR31277 |
| | USA | Job#: | |
| Phone: | 847-486-2520 | Job Name: | SF Reading |
| Fax: | 708-486-2394 | Client: | Scott Foresman |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



010AD AA0003 001 by Jeff Schultz   375.00
People Cross Country Skiing Mountaineering Alaska Range Denali Natl Park Interior Spring

1/4 Page
Inside
Scott Foresman 2005 Reading, grd 6 textb



115SA CX0015 001 by Wet Waders   475.00
Close-up of Sockeye Salmon Eggs Underwater

1/4 Page
Inside
Scott Foresman 2005 Reading, grd 4 textb

Subtotal: 850.00
Payment: 850.00
Balance Due: 0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above images for one time editorial use 1/4 page size or less, used once inside one edition of the student edition of the text Scott Foresman Reading, published by Scott Foresman © 2005. Image 010AD AA0003 001 used in 6th grade ed (PR 150,000). Image 115SA CX0015 001 used in 4th grade ed (PR 300,000).
Reproduction rights are for the printed version and electronic/web versions. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 150,000 | Use Rights Begin: | 03-01-05 |
| Total Insertions: | 1 | Use Rights End: | 03-01-12 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

Alaska Stock v. Pearson                                                    000113

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card

|  | Subtotal: | 850.00 |
|---|---|---|
|  | Payment: | 850.00 |
|  | Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above images for one time editorial use 1/4 page size or less, used once inside one edition of the student edition of the text Scott Foresman Reading, published by Scott Foresman © 2005. Image 010AD AA0003 001 used in 6th grade ed (PR 150,000).  Image 115SA CX0015 001 used in 4th grade ed (PR 300,000).
Reproduction rights are for the printed version and electronic/web versions.  Teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.

| Total Circulation: | 150,000 | Use Rights Begin: | 03-01-05 |
|---|---|---|---|
| Total Insertions: | 1 | Use Rights End: | 03-01-12 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.



**AlaskaStock.com**
*The Hottest Shots from the Coolest Place*

2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

## Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Julie Orr | Date: | 12-17-02 |
| Company: | Scott Foresman | Invoice#: | 202873 |
| Address: | 1900 East Lake Avenue | Memo#: | NONE |
| | Glenview, IL 60025 | P.O.#: | 0-328-03018-X |
| | USA | Job#: | |
| Phone: | 847-486-2520 | Job Name: | Math Grd 3 /.2004 |
| Fax: | 708-486-2394 | Client: | Scott Foresman |
| | | Sales Person: | |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



410WA AN0001 001 by Clark James Mishler
Pedestrian Walking Automobiles Buried in Snow
Spread
Inside
Scott Foresman Grade 3 Math txtbk

$330.00

| | |
|---|---|
| Subtotal: | 530.00 |
| Payment: | 530.00 |
| Balance Due: | -0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use as a 1/2 page spread Chapter Opener, used once inside one edition of the hardcover student edition of the text Math Grade 3, (c)2004 ISBN 0-328-03018-X published by Scott Foresman with a press run limited to 40,000 or less. Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 40,000 | Use Rights Begin: | 12-17-02 |
| Total Insertions: | 1 | Use Rights End: | 12-17-07 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT** - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.

Thank you for your business.

Alaska Stock v. Pearson                                                                 000050