# EXHIBIT 8 – PART C



**AlaskaStock.com**
*The Hottest Shots from the Coolest Place*

2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
Alaska Stock FED ID# 92-0164414

## Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Melissa Shustyk | Date: | 01-10-02 |
| Company: | Pearson Education | Invoice#: | 202058 |
| Address: | One Lake Street | Memo#: | NONE |
| | Upper Saddle River, NJ 07458 | P.O.#: | Grade 7 |
| | USA | Job#: | 7th Edition (c)2002 |
| Phone: | 201-236-5610 | Job Name: | Timeless Voice/Theme |
| Fax: | 201-236-5959 | Client: | Pearson Education |
| | | Sales Person: | |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp, invoice is past due after 30 days and subject to a service fee of 2% per month.



351MN AA0001 001 by Jeff Schultz
Portrait of man w/ frosted face below zero weather AK makeup beard frost
1/4 Page
Inside
Pearson Education Timeless Txbk REUSE

240.00

| | |
|---|---|
| Subtotal: | 240.00 |
| Payment: | 240.00 |
| Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less as listed above, used once inside one edition of the hardcover student edition of the text Prentice Literature: Timeless Voices, Timeless Themes 7th Edition grade 7, (c) 2002, published by Pearson Education/Prentice Hall - School with a press run limited to 200,000 or less. Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 200,000 | Use Rights Begin: | 01-10-02 |
| Total Insertions: | 2 | Use Rights End: | 01-10-12 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such releases has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT** - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.

Thank you for your business!



**The Hottest Shots from the Coolest Place**

2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
Alaska Stock FED ID# 92-0164414

## Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Robin Samper | Date: | 05-12-04 |
| Company: | Prentice Hall | Invoice#: | Z04310 |
| Address: | 160 Gould Street | Memo#: | NONE |
| | Needham, MA 02494 | P.O.#: | |
| | USA | Job#: | |
| Phone: | 781-455-1322 | Job Name: | World Studies US&CAN |
| Fax: | | Client: | Prentice Hall |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



016MT D00009 001 by Scott Darsney   375.00
Climbers on ridge Mt McKinley Denali NP Int AK winter scenic
1/4 Page
Inside
Prentice Hall World Studies textbook

Subtotal: 750.00
Payment: 750.00
Balance Due: 0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above images for one time editorial use 1/4 page size or less, used once inside for one edition of the hardcover student edition of the text PH World Studies US & Canada (levels 6,7,& 8) published by Prentice Hall with a press run limited to 200,000 or less. Rights also include replication of original text in a CD-rom (PR 10,000) and an online website (6 years). Teacher or additional editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

Total Circulation: 200,000     Use Rights Begin: 07-04-04
Total Insertions: 1            Use Rights End:   07-05-10

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.

Thank you for your business.



**AlaskaStock.com**
The Hottest Shots from the Coolest Place

2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
Alaska Stock FED ID# 92-0164414

## Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Robin Samper | Date: | 05-12-04 |
| Company: | Prentice Hall | Invoice#: | Z04310 |
| Address: | 160 Gould Street | Memo#: | NONE |
| | Needham, MA 02494 | P.O.#: | |
| | USA | Job#: | |
| Phone: | 781-455-1322 | Job Name: | World Studies US&CAN |
| Fax: | | Client: | Prentice Hall |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



016MT D00009 001 by Scott Darsney — 375.00
Climbers on ridge Mt McKinley Denali NP Int AK winter scenic
1/4 Page
Inside
Prentice Hall World Studies textbook

| | |
|---|---|
| Subtotal: | 750.00 |
| Payment: | 750.00 |
| Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above images for one time editorial use 1/4 page size or less, used once inside for one edition of the hardcover student edition of the text PH World Studies US & Canada (levels 6,7,& 8) published by Prentice Hall with a press run limited to 200,000 or less. Rights also include replication of original text in a CD-rom (PR 10,000) and an online website (6 years). Teacher or additional editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 200,000 | Use Rights Begin: | 07-04-04 |
| Total Insertions: | 1 | Use Rights End: | 07-05-10 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the Invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this Invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.

Thank you for your business.



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343   Fax: 907-258-7848
Visit us on-line at www.alaskastock.com

Hot Shots From A Cool Place!

INVOICE AND GRANT OF RIGHTS

PEAEDU-03

Attn: Melissa Shustyk
Company: Pearson Education
Address: One Lake Street
Upper Saddle River, NJ 07458
USA

Phone: 201-236-5610
Fax: 201-236-5554

Date: 07-01-02
Invoice#: 202448
P.O.#: 11525
Job#: Grade 7
Job Name: Literatura, 1e
Client: Prentice Hall

Salesperson: Andria Kindred

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice. A service fee of 2% per month will be added on all balances that are over 30 days past due.   FED ID# 92-0164414

| | |
|---|---|
| 351MN AA0001 001   by Jeff Schultz<br>Portrait of man w/ frosted       face below zero weather AK<br>1/4 Page     Inside       Prentice Hall Literatura Txtbk Grd 7 | 210.00 |

Subtotal:   210.00
Payment:     0.00
Balance Due: 210.00

INVOICE RIGHTS: This license grants the client to use the image(s) in the size and placement designated above soley for the rights designated below: One time, non-exclusive North American Spanish language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Prentic Hall Literatura 1st Edition (c)2003 published by Pearson Education Inc publishing as Prentice Hall with a press run limited to 40,000 or less. Reproduction rights are for the printed version only.  No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.

Total Circulation: 40,000
Total Insertions : 1

Use Rights Begin: 07-01-02
Use Rights End   : 07-01-03

**Any use beyond those stated above must be negotiated and paid for before use.**
PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.

THANKS FOR CHOOSING ALASKA STOCK.

Alaska Stock v. Pearson                                                                  000039



Hot Shots From A Cool Place!

2505 Fairbanks St., Anchorage, Ak 99503
Phone 907-276-1343   Fax: 907-258-7848
Visit us on-line at www.alaskastock.com

## INVOICE AND GRANT OF RIGHTS

PEARDU-03

Attn: Melissa Shustyk
Company: Pearson Education
Address: One Lake Street
Upper Saddle River, NJ 07458
USA

Phone: 201-236-5610
Fax: 201-236-5554

Date: 07-01-02
Invoice#: 202448
P.O.#: 11525
Job#: Grade 7
Job Name: Literatura, 1e
Client: Prentice Hall

Salesperson: Andria Kindred

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.   FED ID# 92-0164414

Subtotal:      210.00
Payment:         0.00
Balance Due:   210.00

INVOICE RIGHTS: This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American Spanish language reproduction rights
to the above image for one time editorial use 1/4 page size or less, used
once inside one edition of the hardcover student edition of the text Prentice
Hall Literatura 1st Edition (c)2003 published by Pearson Education Inc
publishing as Prentice Hall with a press run limited to 40,000 or less.
Reproduction rights are for the printed version only.  No electronic use
allowed under this license. Teacher editions, ancillaries and/or related
materials are available for additional fees.  All other rights reserved.

Total Circulation: 40,000
Total Insertions : 1

Use Rights Begin: 07-01-02
Use Rights End  : 07-01-03

**Any use beyond those stated above must be negotiated and paid for before use.
PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.**

THANKS FOR CHOOSING ALASKA STOCK.

Memo Number : NONE

Alaska Stock v. Pearson                                               000040



INVOICE AND GRANT OF RIGHTS

Attn: Cynthia Vincenti  
Company: Pearson Education  
Address: One Lake Street  
Upper Saddle River, NJ 07458  
USA

Phone: 201-236-5848  
Fax: 201-236-5865

Date: 02-17-06  
Invoice#: 206139  
P.O.#:  
Job#:  
Job Name: Literature(SE, grd  
Client: Pearson Education

Salesperson:

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return one copy of invoice. A service fee of 2% per month will be added on all balances that are over 30 days past due. FED ID# 92-0164414



| 351MN AA0001 001 by Jeff Schultz | 270.30 |
| Portrait of man w/ frosted face below zero weather AK |
| 1/8 Page  Inside  Pearson Education Literature SE, grd 7 |

Subtotal: 270.30  
Payment: 0.00  
Balance Due: 270.30

INVOICE RIGHTS:This license grants the client to use the image(s) in the size and placement designated above soley for the rights designated below:  
One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Prentice Hall Literature (Penguin Lit) SE- grd 7 published by Pearson Education with a press run limited to 200,000 or less.  
Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

Total Circulation: 200,000  
Total Insertions : 1

Use Rights Begin: 02-17-06  
Use Rights End  : 02-17-07

Any use beyond those stated above must be negotiated and paid for before use.  
PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.  
No Third Party rights granted unless specifically noted in this license.

**THANKS FOR CHOOSING ALASKA STOCK.**

Alaska Stock v. Pearson                               000137

To:
From: "Laurie Campbell (Alaska Stock)" <laurie@alaskastock.com>
Subject:
Cc:
Bcc:
Attached:

Pearson Education

Literature SE grade 7

351MN AA0001 001 interior 1/8 pg / PR 200,000
pub year 2006

Reuse fee $270.30

previous licensing:
inv 204240

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Reader's Companion grd 7 by SD Anthology and published by Pearson Education with a press run limited to 200,000 or less.
Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

1 year $325 (reuse)

Alaska Stock v. Pearson 000138



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Julie Orr | Date: | 07-01-05 |
| Company: | Pearson Curriculum Group | Invoice#: | 205489 |
| Address: | 1900 East Lake Avenue | Memo#: | NONE |
| | Glenview, IL 60025 | P.O.#: | PR31277 |
| | USA | Job#: | |
| Phone: | 847-486-2520 | Job Name: | SF Reading |
| Fax: | 708-486-2394 | Client: | Scott Foresman |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



010AD AA0003 001 by Jeff Schultz  375.00
People Cross Country Skiing Mountaineering Alaska Range Denali Natl Park Interior Spring

1/4 Page
Inside
Scott Foresman 2005 Reading, grd 6 textb



115SA CX0015 001 by Wet Waders  475.00
Close-up of Sockeye Salmon Eggs Underwater

1/4 Page
Inside
Scott Foresman 2005 Reading, grd 4 textb

| | |
|---|---|
| Subtotal: | 850.00 |
| Payment: | 850.00 |
| Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above images for one time editorial use 1/4 page size or less, used once inside one edition of the student edition of the text Scott Foresman Reading, published by Scott Foresman © 2005. Image 010AD AA0003 001 used in 6th grade ed (PR 150,000). Image 115SA CX0015 001 used in 4th grade ed (PR 300,000).
Reproduction rights are for the printed version and electronic/web versions. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 150,000 | Use Rights Begin: | 03-01-05 |
| Total Insertions: | 1 | Use Rights End: | 03-01-12 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

Alaska Stock v. Pearson  000113

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card

|  |  |
|---|---|
| Subtotal: | 850.00 |
| Payment: | 850.00 |
| Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above images for one time editorial use 1/4 page size or less, used once inside one edition of the student edition of the text Scott Foresman Reading, published by Scott Foresman © 2005. Image 010AD AA0003 001 used in 6th grade ed (PR 150,000). Image 115SA CX0015 001 used in 4th grade ed (PR 300,000).
Reproduction rights are for the printed version and electronic/web versions. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

|  |  |  |  |
|---|---|---|---|
| Total Circulation: | 150,000 | Use Rights Begin: | 03-01-05 |
| Total Insertions: | 1 | Use Rights End: | 03-01-12 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.