# EXHIBIT 8 – PART D



**AlaskaStock.com**
The Hottest Shots from the Coolest Place

2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
Alaska Stock FED ID# 92-0164414

## Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Julie Orr | Date: | 06-09-04 |
| Company: | Scott Foresman | Invoice#: | 204365 |
| Address: | 1900 East Lake Avenue | Memo#: | NONE |
| | Glenview, IL 60025 | P.O.#: | PR19195 |
| | USA | Job#: | |
| Phone: | 847-486-2520 | Job Name: | 3B Making Music |
| Fax: | 109-486-2394 | Client: | Scott Foresman |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



354FR AD0003 001 by Randy Brandon
Alaskan Native Eskimo Girls Traditional Parkas Barrow AK
1/4 Page
Inside
Pearson Ed/Scott Foresman 3B Making Musi

280.00

| | |
|---|---|
| Subtotal: | 280.00 |
| Payment: | 280.00 |
| Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial reuse 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Silver Burdett Making Music, grades 1-2 by Beethoven, et al and published by Pearson Education publishing as Scott Foresman with a press run limited to 200,000 or less.
Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 200,000 | Use Rights Begin: | 06-09-04 |
| Total Insertions: | 1 | Use Rights End: | 06-09-05 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Diane deBoer | Date: | 08-06-01 |
| Company: | Scott Foresman | Invoice#: | 201563 |
| Address: | 1900 East Lake Avenue | Memo#: | NONE |
| | Glenview, IL 60025 | P.O.#: | PR4588 |
| | USA | Job#: | 0-382-34347-6 |
| Phone: | 847-486-2506 | Job Name: | SBG Music PE Gd 3 |
| Fax: | 708-486-2394 | Client: | Scott Foresman |
| | | Sales Person: | |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.

___



354PR AD0003 001 by Randy Brandon                                                                    250.00
Alaskan Native Eskimo Girls Traditional Parkas Barrow AK
1/4 Page
Inside
Scott Foresman SBG Music PE Grade 3

___

                                                                    Subtotal:           250.00
                                                                    Payment:            250.00
                                                                    Balance Due:          0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text SBG Music (c)2002 Grade 3 published by Scott Foresman with a press run limited to 40,000 or less. ISBN 0-382-34347-6. Reproduction rights are for the printed version only.  No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 40,000 | Use Rights Begin: | 08-06-01 |
| Total Insertions: | 1 | Use Rights End: | 08-06-02 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.

Alaska Stock v. Pearson                                                                    000029



Hot Shots From A Cool Place!

2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343   Fax: 907-258-7848
Visit us on-line at www.alaskastock.com

INVOICE AND GRANT OF RIGHTS

PEAEDU-06

Attn: LaShonda Morris
Company: Pearson Education
Address: One Lake Street
Upper Saddle River, NJ 07458
USA

Phone: 201-236-5803
Fax: 201-236-5865

Date: 06-02-04
Invoice#: 204353
P.O.#:
Job#: 0131444441
Job Name: Beg/Int Alg ed 4
Client: Pearson Education

Salesperson:

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.  FED ID# 92-0164414

| | |
|---|---|
| 407LL BD0002 006    by Sean Reid | 265.00 |
| Portage Glacier Southcentral  AK summer scenic | |
| 1/4 Page      Inside       Pearson Education Beg/Int Alg ed 4 | |

Subtotal: 265.00
Payment: 0.00
Balance Due: 265.00

INVOICE RIGHTS: This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights
to the above image for one time editorial use 1/4 page size or less, used
once inside one edition of the hardcover student edition of the text
Beginning and Intermediate Algebra, Edition 4 (ISBN # 0131444441) by
Martin-Gay and published by Pearson Education (c) 2005 with a press run
limited to 40,000 or less.
Reproduction rights are for the printed version only.  Teacher editions,
ancillaries and/or related materials are available for additional fees. No
electronic rights granted. All other rights reserved.

Total Circulation: 40,000
Total Insertions : 1

Use Rights Begin: 06-02-04
Use Rights End  : 12-31-05

**Any use beyond those stated above must be negotiated and paid for before use.**
**PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.**

**THANKS FOR CHOOSING ALASKA STOCK.**

Alaska Stock v. Pearson                                                                 000076



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343   Fax: 907-258-7848
Visit us on-line at www.alaskastock.com

Hot Shots From A Cool Place!

INVOICE AND GRANT OF RIGHTS

PEAEDU-05

Attn: Robert Farrell
Company: Pearson Education
Address: One Lake Street
Upper Saddle River, NJ 07458
USA

Phone: 201-236-5806
Fax: 201-236-5865

Date: 06-02-04
Invoice#: 204352
P.O.#:
Job#: 0131444425
Job Name: Beg/Int Alg, ed 3
Client: Pearson Education

Salesperson:

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.   FED ID# 92-0164414

| | |
|---|---|
| 407LL BD0002 006 by Sean Reid | 325.00 |
| Portage Glacier Southcentral   AK summer scenic | |
| 1/4 Page     Inside        Pearson Education Begin & Int Algebra, e | |

Subtotal: 325.00
Payment:   0.00
Balance Due: 325.00

INVOICE RIGHTS: This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights
to the above image for one time editorial use 1/4 page size or less, used
once inside one edition of the hardcover student edition of the text
Beginning and Intermediate Algebra, Edition 3 (ISBN # 0131444425) by
Martin-Gay and published by Pearson Education (c) 2005 with a press run
limited to 40,000 or less. Rights also include one time insertion into the
"My Math Lab, Beginning and Intermediate Algebra - Ebook Online Course."
(ISBN #013148186X)
Reproduction rights are for the printed version only.  Teacher editions,
ancillaries and/or related materials are available for additional fees.  All
other rights reserved.

Total Circulation: 40,000
Total Insertions : 2

Use Rights Begin: 06-02-04
Use Rights End  : 12-30-05

**Any use beyond those stated above must be negotiated and paid for before use.**

Alaska Stock v. Pearson                                                 000072



**Alaska Stock**
IMAGES LLC

Hot Shots From A Cool Place!

2505 Fairbanks St., Anchorage, Ak 99503
Phone 907-276-1343   Fax: 907-258-7848
Visit us on-line at www.alaskastock.com

### INVOICE AND GRANT OF RIGHTS

PEARDU-05

Attn: Robert Farrell
Company: Pearson Education
Address: One Lake Street
Upper Saddle River, NJ 07458
USA

Phone: 201-236-5806
Fax: 201-236-5865

Date: 06-02-04
Invoice#: 204352
P.O.#:
Job#: 0131444425
Job Name: Beg/Int Alg, ed 3
Client: Pearson Education

Salesperson:

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice. A service fee of 2% per month will be added on all balances that are over 30 days past due. FED ID# 92-0164414

| | |
|---|---:|
| Subtotal: | 325.00 |
| Payment: | 0.00 |
| Balance Due: | 325.00 |

INVOICE RIGHTS: This license grants the client to use the image(s) in the size and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Beginning and Intermediate Algebra, Edition 3 (ISBN # 0131444425) by Martin-Gay and published by Pearson Education (c) 2005 with a press run limited to 40,000 or less. Rights also include one time insertion into the "My Math Lab, Beginning and Intermediate Algebra - Ebook Online Course." (ISBN #013148186X)
Reproduction rights are for the printed version only. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

Total Circulation: 40,000
Total Insertions : 2

Use Rights Begin: 06-02-04
Use Rights End : 12-30-05

Any use beyond those stated above must be negotiated and paid for before use.
PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.

THANKS FOR CHOOSING ALASKA STOCK.

Alaska Stock v. Pearson                                              000073



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Debbie Latronica | Date: | 01-10-02 |
| Company: | Pearson Education | Invoice#: | 202056 |
| Address: | One Lake Street | Memo#: | NONE |
| | Upper Saddle River, NJ 07458 | P.O.#: | 0130867632 |
| | USA | Job#: | Edition 3/ 2001 |
| Phone: | 201-236-5849 | Job Name: | Beg Algebra |
| Fax: | 2012367919 | Client: | Pearson Education |
| | | Sales Person: | |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.

---

407LL BD0002 006 by Sean Reid    190.00
Portage Glacier Southcentral AK summer scenic w/ & w/o Tour Boat

1/4 Page
Inside
Pearson Education Beg Alg Txbk REUSE

---

407LL BD0002 006 by Sean Reid    190.00
Portage Glacier Southcentral AK summer scenic w/ & w/o Tour Boat

1/4 Page
Inside
Pearson Education Beg Alg Txtbk REUSE

---

Subtotal: 380.00
Payment: 380.00
Balance Due: 0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Beginning Algebra, (c) 2001, ISBN #0130867632 by Gary Martin, published by Pearson Education/Prentice Hall - College with a press run limited to 40,000 or less. Reproduction rights are for the printed version only.  No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.

Total Circulation:    40,000          Use Rights Begin:   01-10-02
Total Insertions:     1               Use Rights End:     01-10-03

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may Alaska Stock v. Pearson issue a credit to your accoun000032edit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

|                | |                |         |
|----------------|-|----------------|---------|
|                | | Subtotal:      | 380.00  |
|                | | Payment:       | 380.00  |
|                | | Balance Due:   | 0.00    |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Beginning Algebra, (c) 2001, ISBN #0130867632 by Gary Martin, published by Pearson Education/Prentice Hall - College with a press run limited to 40,000 or less. Reproduction rights are for the printed version only.  No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 40,000 | Use Rights Begin: | 01-10-02 |
| Total Insertions: | 1 | Use Rights End: | 01-10-03 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Debbie Latronica | Date: | 01-10-02 |
| Company: | Pearson Education | Invoice#: | 202056 |
| Address: | One Lake Street | Memo#: | NONE |
| | Upper Saddle River, NJ 07458 | P.O.#: | 0130867632 |
| | USA | Job#: | Edition 3/ 2001 |
| Phone: | 201-236-5849 | Job Name: | Beg Algebra |
| Fax: | 2012367919 | Client: | Pearson Education |
| | | Sales Person: | |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.

---

407LL BD0002 006 by Sean Reid  190.00
Portage Glacier Southcentral AK summer scenic w/ & w/o Tour Boat

1/4 Page
Inside
Pearson Education Beg Alg Txbk REUSE

---

407LL BD0002 006 by Sean Reid  190.00
Portage Glacier Southcentral AK summer scenic w/ & w/o Tour Boat

1/4 Page
Inside
Pearson Education Beg Alg Txtbk REUSE

---

Subtotal: 380.00
Payment: 380.00
Balance Due: 0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Beginning Algebra, (c) 2001, ISBN #0130867632 by Gary Martin, published by Pearson Education/Prentice Hall - College with a press run limited to 40,000 or less. Reproduction rights are for the printed version only.  No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 40,000 | Use Rights Begin: | 01-10-02 |
| Total Insertions: | 1 | Use Rights End: | 01-10-03 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may Alaska Stock v. Pearson issue a credit to your accoun000032edit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

|  |  |
|---|---|
| Subtotal: | 380.00 |
| Payment: | 380.00 |
| Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Beginning Algebra, (c) 2001, ISBN #0130867632 by Gary Martin, published by Pearson Education/Prentice Hall - College with a press run limited to 40,000 or less. Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

|  |  |  |  |
|---|---|---|---|
| Total Circulation: | 40,000 | Use Rights Begin: | 01-10-02 |
| Total Insertions: | 1 | Use Rights End: | 01-10-03 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Karin Tucker | Date: | 08-17-07 |
| Company: | Pearson Curriculum Group | Invoice#: | 207744 |
| Address: | 1900 East Lake Avenue | Memo#: | 108941 |
| | Glenview, IL 60025 | P.O.#: | PR38123 |
| | USA | Job#: | . |
| Phone: | 847-486-2691 | Job Name: | SFAW Math |
| Fax: | 847-486-2394 | Client: | Scott Foresman/Pears |
| | | Sales Person: | |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.

---



103IN ZZ0002 001 by Composite Image                                                                   675.25
Caribou overlooking Wonder Lake In Front Of Denali Composite

Spread
Inside
Scott Foresman of Glenview/Math Text, Na

---

                                                                    Subtotal:           675.25
                                                                    Payment:            675.25
                                                                    Balance Due:          0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

Negotiated Usage: One time, non-exclusive North American English and Spanish language reproduction rights to the above image for editorial use as a two page spread used once inside as a chapter opener in one edition of the print and electronic versions of the text EnVision Math (Project # PR38123) and published by the Scott Foresman division of Pearson with a press run of up to 100,000. Reuse rights granted only according to the Pearson Preferred Vendor Agreement with Alaska Stock. All other rights reserved. Photo credit to read: © 2007 G. Schultz & J. Schultz/AlaskaStock

        Total Circulation:            100,000           Use Rights Begin:       08-13-07
        Total Insertions:             1                 Use Rights End:         08-13-14

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Karin Tucker | Date: | 08-18-06 |
| Company: | Pearson Curriculum Group | Invoice#: | 206637 |
| Address: | 1900 East Lake Avenue | Memo#: | 107578 |
| | Glenview, IL 60025 | P.O.#: | . |
| | USA | Job#: | . |
| Phone: | 847-486-2691 | Job Name: | My Sidewalks, 4.3 |
| Fax: | 847-486-2394 | Client: | Scott Foresman |
| | | Sales Person: | |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.
___


357FA AM0001 001 by Myron Wright                                                                                263.25
Fireworks over Anchorage Fur Rondy Festival Winter SC AK Night

1/4 Page
Inside
Scott Foresman "My Sidewalks"

___

                                                            Subtotal:        263.25
                                                            Payment:         263.25
                                                            Balance Due:       0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the text My Sidewalks 4.3 Student Reader published by Scott Foresman with a press run limited to 40,000 or less with North America distribution.
Reproduction rights are for the printed & electronic versions (password protected website). Additional editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved. Photo Credit to read: © 2006 Myron Wright/AlaskaStock.com

        Total Circulation:        40,000              Use Rights Begin:      08-18-06
        Total Insertions:              1              Use Rights End:        08-18-13

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.



**AlaskaStock.com**
*The Hottest Shots from the Coolest Place*

2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
Alaska Stock FED ID# 92-0164414

## Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Michalina Visconti | Date: | 09-19-03 |
| Company: | Pearson Education, INC | Invoice#: | 203554 |
| Address: | One Lake Street | Memo#: | NONE |
| | Upper Saddle River, NJ 07458 | P.O.#: | |
| | USA | Job#: | |
| Phone: | 201-236-5807 | Job Name: | Concept Physical Sc |
| Fax: | 201-236-5865 | Client: | Pearson Ed |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.



407TW SND001 001 by Mark Newman         210.00
Hubbard Glacier Calving Russell Fjords Wilderness AK Summer Southwest
1/8 Page
Inside
Pearson Ed Conceptual Physical Science

| | |
|---|---|
| Subtotal: | 210.00 |
| Payment: | 210.00 |
| Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/8 page size or less, used once inside one edition of the hardcover student edition of the text Conceptual Physical Science (author AWL Hewitt - Suchocki - Hewitt), ISBN 0321051734, (c) 2004 published by Pearson Education with a press run limited to 40,000 or less.
Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 40,000 | Use Rights Begin: | 09-19-03 |
| Total Insertions: | 1 | Use Rights End: | 09-19-04 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.

Thank you for your business.

Alaska Stock v. Pearson                                                000062



**AlaskaStock** LLC
*Hot Shots From A Cool Place !*

2505 Fairbanks Street, Anchorage, Alaska 99503
Phone 907-276-13··  Fax: 907-258-7848
E-mail: info@alaskastock.com   www.alaskastock.com

## INVOICE AND GRANT OF RIGHTS

PEARSO-00

Attn: *Elaine Soares*   973-739-8502
Company: Pearson Learning
Address: 299 Jeferson Road
Parsippany, NJ 07054-0480
USA

Phone: 313-525-5530
Fax: 201-739-8057

Date: 12-15-00
Invoice#: 200895
P.O.#: 1014
Job#: 8500/13450
Job Name: Reading Assessment
Client: Pearson Learning

Salesperson: Andria Kindred

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice. A service fee of 2% per month will be added on all balances that are over 30 days past due.   FED ID# 92-0164414

| | | | |
|---|---|---|---|
| 113HU DIG001 001 | by Ron Sanford | | 225.00 |
| Humpback Whale Breaching | Southeast AK Digital Image | | |
| 1/2 Page   Inside | '01 Pearson Learning booklet text | | |
| 113HU DIG001 001 | by Ron Sanford | | 300.00 |
| Humpback Whale Breaching | Southeast AK Digital Image | | |
| 3/4 Page   Cover | '01 Pearson Learning booklet text | | |

Subtotal: 525.00
Payment: 0.00
Balance Due: 525.00

INVOICE RIGHTS: This license grants the client to use the image(s) in the size and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use ½ page size or less, used once inside and ¾ page size or less used once on the cover of one edition of the soft self cover student edition of the text Developmental Reading Assessment (DRA) ©2001 published by Pearson Learning with a press run limited to 40,000 or less. Reproduction rights are for the printed version only.  No electronic use allowed under this license. Teacher editions, ancilliaries and/or related materials are available for additional fees.  All other rights reserved.

Total Circulation: 40,000
Total Insertions : 2

Use Rights Begin: 01-01-01
Use Rights End  : 12-31-01

Any use beyond those stated above must be negotiated and paid for before use.
**PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.**

THANKS FOR CHOOSING ALASKA STOCK.

Alaska Stock v. Pearson                                                                 000018



2505 Fairbanks Street, Anchorage, Alaska 99503
Phone 907-276-13   Fax: 907-258-7848
E-mail: info@alaskastock.com   www.alaskastock.com

## INVOICE AND GRANT OF RIGHTS

PEARSO-00

Attn:
Company: Pearson Learning
Address: 299 Jeferson Road
Parsippany, NJ 07054-0490
USA

Phone: 313-525-5530
Fax: 201-739-8057

Date: 12-15-00
Invoice#: 200895
P.O.#: 1014
Job#: 8500/13450
Job Name: Reading Assessment
Client: Pearson Learning

Salesperson: Andria Kindred

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice. A service fee of 2% per month will be added on all balances that are over 30 days past due.   FED ID# 92-0164414

Subtotal:   525.00
Payment:   0.00
Balance Due:   525.00

INVOICE RIGHTS: This license grants the client to use the image(s) in the size and placement designated above soley for the rights designated below: One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use ¼ page size or less, used once inside and ½ page size or less used once on the cover of one edition of the soft self cover student edition of the text Developmental Reading Assessment (DRA) ©2001 published by Pearson Learning with a press run limited to 40,000 or less. Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

Total Circulation: 40,000
Total Insertions: 2

Use Rights Begin: 01-01-01
Use Rights End  : 12-31-01

Any use beyond those stated above must be negotiated and paid for before use.
PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.

THANKS FOR CHOOSING ALASKA STOCK.

ASI Use Code: 4
Memo Number : NONE

Alaska Stock v. Pearson                                              000019

# Alaska Stock LLC

*Hot Shots From A Cool Place!*
2505 Fairbanks St. Anchorage, AK 99503-2801 Phone 907-276-1343 Fax: 907-258-7848 E-mail: info@AlaskaStock.com

## IMAGE USE QUOTE & CONFIRMATION

Date: December 14, 2000
To: Elaine Soares
Company: Pearson Learning
From: Andria Kindred

Fax: 973-739-8502
Phone: 973-739-8399

Thank you for selecting Alaska Stock for your photography needs. Below you will find an outline of the photo usage and the usage fees that we have discussed for this project. If the rights or fees below do not accurately reflect what you wish to purchase or if you have any questions, please contact us to discuss any changes.

PO #: 1014
Job #: 8500/13450
**Job Name:** Reading Assessment Booklet
**Image Number(s):** 113HU DI0001+001 Humpback Whale Breaching Southeast AK Digital Image

**RIGHTS REQUESTED:** One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use ¾ page size or less, used once inside and ½ page size or less used once on the cover of one edition of the soft self cover student edition of the text Developmental Reading Assessment (DRA) ©2001 published by Pearson Learning with a press run limited to 40,000 or less. Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

Use Rights Begin: December 14, 2000          Use Rights End: December 14, 2001

Interior
**FEE: $225**

Cover
**FEE: $300**

**IMPORTANT:** The fees quoted are based on the usage outlined above. Complete and correct information as to media, geographic distribution, duration, print run, size of use, number of insertions, etc., is necessary for us to quote appropriate fees. Inaccurate information regarding usage may result in a violation of copyright, potential damages from unlicensed use, and re-computation of the licensing fees. You may not use any image without first receiving a copy of our Use License/Invoice.

Photo credit to read: © 2000 *Photographer/AlaskaStock.com*

_____ Yes. license agreement is correct.   _____
                                                    Signature                    Date
   ☐ Project proceeding, please issue use license/invoice.
   ☐ Final approval still pending.

_____ No. The license agreement is incorrect. Please make the following changes:

Please sign this agreement and fax it back to __Andria Kindred__ at (907) 258-7848. Thank you.

Alaska Stock v. Pearson                                                                                       000020



**AlaskaStock** LLC
*Hot Shots From A Cool Place !*

2505 Fairbanks Street, Anchorage, Alaska 99503
Phone 907-276-13··  Fax: 907-258-7848
E-mail: info@alaskastock.com   www.alaskastock.com

## INVOICE AND GRANT OF RIGHTS

PEARSO-00

Attn: Elaine Soares  973-739-8502
Company: Pearson Learning
Address: 299 Jeferson Road
Parsippany, NJ 07054-0480
USA

Phone: 313-525-5530
Fax: 201-739-8057

Date: 12-15-00
Invoice#: 200895
P.O.#: 1014
Job#: 8500/13450
Job Name: Reading Assessment
Client: Pearson Learning

Salesperson: Andria Kindred

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice. A service fee of 2% per month will be added on all balances that are over 30 days past due. FED ID# 92-0164414

| | | | |
|---|---|---|---|
| 113HU DI0001 001 | by Ron Sanford | | 225.00 |
| Humpback Whale Breaching | Southeast AK Digital Image | | |
| 1/2 Page | Inside | '01 Pearson Learning booklet text | |
| 113HU DI0001 001 | by Ron Sanford | | 300.00 |
| Humpback Whale Breaching | Southeast AK Digital Image | | |
| 3/4 Page | Cover | '01 Pearson Learning booklet text | |

Subtotal: 525.00
Payment: 0.00
Balance Due: 525.00

INVOICE RIGHTS: This license grants the client to use the image(s) in the size and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use ½ page size or less, used once inside and ½ page size or less used once on the cover of one edition of the soft self cover student edition of the text Developmental Reading Assessment (DRA) ©2001 published by Pearson Learning with a press run limited to 40,000 or less. Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

Total Circulation: 40,000
Total Insertions: 2

Use Rights Begin: 01-01-01
Use Rights End: 12-31-01

Any use beyond those stated above must be negotiated and paid for before use.
**PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.**

THANKS FOR CHOOSING ALASKA STOCK.

Alaska Stock v. Pearson                                                                                        000018



2505 Fairbanks Street, Anchorage, Alaska 99503
Phone 907-276-13    Fax: 907-258-7848
E-mail: info@alaskastock.com   www.alaskastock.com

## INVOICE AND GRANT OF RIGHTS

PEARSO-00

Attn:
Company: Pearson Learning
Address: 299 Jeferson Road
Parsippany, NJ 07054-0490
USA

Phone: 313-525-5530
Fax: 201-739-8057

Date: 12-15-00
Invoice#: 200895
P.O.#: 1014
Job#: 8500/13450
Job Name: Reading Assessment
Client: Pearson Learning

Salesperson: Andria Kindred

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice. A service fee of 2% per month will be added on all balances that are over 30 days past due.   FED ID# 92-0164414

Subtotal:    525.00
Payment:       0.00
Balance Due:  525.00

INVOICE RIGHTS: This license grants the client to use the image(s) in the size and placement designated above soley for the rights designated below: One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use ¼ page size or less, used once inside and ½ page size or less used once on the cover of one edition of the soft self cover student edition of the text Developmental Reading Assessment (DRA) ©2001 published by Pearson Learning with a press run limited to 40,000 or less. Reproduction rights are for the printed version only.  No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.

Total Circulation: 40,000
Total Insertions: 2

Use Rights Begin: 01-01-01
Use Rights End  : 12-31-01

Any use beyond those stated above must be negotiated and paid for before use.
PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.

THANKS FOR CHOOSING ALASKA STOCK.

ASI Use Code: 4
Memo Number : NONE

# Alaska Stock LLC

*Hot Shots From A Cool Place!*
2505 Fairbanks St. Anchorage, AK 99503-2801 Phone: 907-276-1343 Fax: 907-258-7848 E-mail: info@AlaskaStock.com

## IMAGE USE QUOTE & CONFIRMATION

Date: December 14, 2000
To: Elaine Soares
Company: Pearson Learning
From: Andria Kindred

Fax: 973-739-8502
Phone: 973-739-8399

Thank you for selecting Alaska Stock for your photography needs. Below you will find an outline of the photo usage and the usage fees that we have discussed for this project. If the rights or fees below do not accurately reflect what you wish to purchase or if you have any questions, please contact us to discuss any changes.

PO #: 1014
Job #: 8500/13450
**Job Name: Reading Assessment Booklet**
**Image Number(s): 113HU DI0001+001 Humpback Whale Breaching Southeast AK Digital Image**

**RIGHTS REQUESTED:** One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use ¾ page size or less, used once inside and ½ page size or less used once on the cover of one edition of the soft self cover student edition of the text Developmental Reading Assessment (DRA) ©2001 published by Pearson Learning with a press run limited to 40,000 or less. Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

Use Rights Begin: December 14, 2000     Use Rights End: December 14, 2001

Interior
**FEE: $225**

Cover
**FEE: $300**

IMPORTANT: The fees quoted are based on the usage outlined above. Complete and correct information as to media, geographic distribution, duration, print run, size of use, number of insertions, etc., is necessary for us to quote appropriate fees. Inaccurate information regarding usage may result in a violation of copyright, potential damages from unlicensed use, and re-computation of the licensing fees. You may not use any image without first receiving a copy of our Use License/Invoice.

Photo credit to read: © 2000 *Photographer/AlaskaStock.com*

_____ Yes, license agreement is correct. _____    _____
☐ Project proceeding, please issue use license/invoice.          Signature          Date
☐ Final approval still pending.

_____ No. The license agreement is incorrect. Please make the following changes:

Please sign this agreement and fax it back to __Andria Kindred__ at (907) 258-7848. Thank you.

Alaska Stock v. Pearson                                         000020



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Debbie Latronica | Date: | 03-05-01 |
| Company: | Pearson Education | Invoice#: | 201183 |
| Address: | One Lake Street | Memo#: | NONE |
| | Upper Saddle River, NJ 07458 | P.O.#: | |
| | USA | Job#: | 0130166367 |
| Phone: | 201-236-5849 | Job Name: | Begin/Int Algebra |
| Fax: | 2012367919 | Client: | Prentice Hall |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.

---

407LL BD0002 006 by Sean Reid                                      190.00
Portage Glacier Southcentral AK summer scenic w/ & w/o Tour Boat

1/4 Page
Inside
Prentice Hall/Pearson Algebra txtbk

---

                                              Subtotal:           190.00
                                              Payment:            190.00
                                              Balance Due:          0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used once inside one edition of the hardcover student edition of the text Beginning and Intermediate Algebra, (c) 2001, ISBN #0130166367, published by Pearson Education/Prentice Hall - College with a press run limited to 40,000 or less.
Reproduction rights are for the printed version only. No electronic use allowed under this license. Teacher editions, ancillaries and/or related materials are available for additional fees. All other rights reserved.

| | | | |
|---|---|---|---|
| Total Circulation: | 40,000 | Use Rights Begin: | 03-05-01 |
| Total Insertions: | 1 | Use Rights End: | 03-05-02 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.

Alaska Stock v. Pearson                                            000026