# EXHIBIT 8 – PART E



**Alaska Stock** LLC
I M A G E S

Hot Shots From A Cool Place!

2505 Fairbanks St., Anchorage, Ak 99503
Phone 907-276-1343    Fax: 907-258-7848
Visit us on-line at www.alaskastock.com

INVOICE AND GRANT OF RIGHTS

PEAEDT-01

Attn: Charles Morris
Company: Pearson Education
Address: 10 Mountainview Road
Upper Saddle River, NJ 07458
USA

Phone: 201-785-2796
Fax: 201-785-2804

Date: 03-27-03
Invoice#: 203213
P.O.#:
Job#:
Job Name: college algebra
Client: Pearson Education

Salesperson:

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return yellow copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.  FED ID# 92-0164414

| | | | |
|---|---|---|---|
| 020IN AB0001 001 | by Chris Arend | | 200.00 |
| Couple Hiking on trail near | Chena Hot Springs Int AK | | |
| 1/4 Page | Inside | Pearson Ed Intermediate Algebra txtbk-re | |

Subtotal:       200.00
Payment:         0.00
Balance Due:   200.00

INVOICE RIGHTS:This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction reuse
rights to the above image for one time editorial use 1/4 page size or less,
used once inside one edition of the hardcover student edition of the text
Intermediate Algebra for Colleg Students, 6th edition written by Angel,
copyright 2004 (ISBN 0131400592) published by Pearson Education with a press
run limited to 40,000 or less.
Reproduction rights are for the printed version only.  No electronic use
allowed under this license. Teacher editions, ancillaries and/or related
materials are available for additional fees.  All other rights reserved.

Total Circulation: 40,000          Use Rights Begin: 04-01-03
Total Insertions : 1               Use Rights End  : 04-01-04

**Any use beyond those stated above must be negotiated and paid for before use.**
**PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.**

Alaska Stock v. Pearson                           000055



**Alaska Stock** LLC
I M A G E S

2505 Fairbanks St., Anchorage, Ak 99503
**Phone 907-276-1343   Fax: 907-258-7848**
**Visit us on-line at www.alaskastock.com**

**Hot Shots From A Cool Place!**

## INVOICE AND GRANT OF RIGHTS

PEAEDT-01

Attn: Charles Morris
Company: Pearson Education
Address: 10 Mountainview Road
Upper Saddle River, NJ 07458
USA

Phone: 201-785-2796
Fax: 201-785-2804

Date: 03-27-03
Invoice#: 203213
P.O.#:
Job#:
Job Name: college algebra
Client: Pearson Education

Salesperson:

### TERMS: DUE UPON RECEIPT

Invoice # must appear on check and return yellow copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.   FED ID# 92-0164414

Subtotal:      200.00
Payment:        0.00
Balance Due:    200.00

INVOICE RIGHTS:This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction reuse
rights to the above image for one time editorial use 1/4 page size or less,
used once inside one edition of the hardcover student edition of the text
Intermediate Algebra for Colleg Students, 6th edition written by Angel,
copyright 2004 (ISBN 0131400592) published by Pearson Education with a press
run limited to 40,000 or less.
Reproduction rights are for the printed version only.  No electronic use
allowed under this license. Teacher editions, ancillaries and/or related
materials are available for additional fees.  All other rights reserved.

Total Circulation: 40,000          Use Rights Begin: 04-01-03
Total Insertions : 1               Use Rights End  : 04-01-04

**Any use beyond those stated above must be negotiated and paid for before use.**
**PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.**

### THANKS FOR CHOOSING ALASKA STOCK.

Memo Number : NONE



**Alaska Stock** LLC
*Hot Shots From A Cool Place !*

2505 Fairbanks Street, Anchorage, Alaska 99503-2821
Phone 907-276-1343  Fax: 907-258-7848
E-mail: info@alaskastock.com  www.alaskastock.com

## INVOICE AND GRANT OF RIGHTS

PEARSO-01

Attn: Betsy Levin
Company: Pearson Learning
Address: 299 Jeferson Road
Parsippany, NJ 07054-0480
USA

Phone: 313-525-5530
Fax: 201-739-8057

Date: 10-21-99
Invoice#: 190846
P.O.#: 1009
Job#: VFC00
Job Name: Top of the World
Client: Pearson

Salesperson: Gina Bringman

TERMS: Net 30 days - FED ID# 92-0164404
Invoice # must appear on check and return yellow copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.

|  |  |  |  | 270.00 |
|---|---|---|---|---|
| 015IC AB0006 001 | by Chris Arend | | | |
| Natives Ice fishing in | | Kotzebue Western Alaska | | |
| 1/2 Page | Inside | Pearson "Top of the Word" book | | |

|  |  |  |  | 225.00 |
|---|---|---|---|---|
| 108SI AC0003 001 | by Johnny Johnson | | | |
| Arctic Fox in Winter Storm | | Churchill Manitoba Canada | | |
| 1/4 Page | Inside | Pearson "Top of the Word" book | | |

|  |  |  |  | 540.00 |
|---|---|---|---|---|
| 352CH AA0003 010 | by Jeff Schultz | | | |
| Portrait Inupiat Eskimo | | Children Winter Nome W AK | | |
| Full Page | Cover | Pearson "Top of the Word" book | | |

Subtotal: 1035.00
Payment: 0.00
Balance Due: 1035.00

INVOICE RIGHTS:This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights
to the above images for one time use in one edition of the hardcover student
edition of the text (c)2000 Top of the World published by Pearson Learning:
Very First Chapters Books with a press run limited to 20,000 or less.

Reproduction rights for teacher editions, ancillaries and/or related
materials are available for additional fees.  All other rights reserved.  No
digital rights granted.

Total Circulation: 20,000
Total Insertions : 1

Use Rights Begin: 10-21-99
Use Rights End : 10-21-00

**Any use beyond those stated above must be negotiated and paid for before use.**

Alaska Stock v. Pearson

000003



**Alaska Stock** LLC

*Hot Shots From A Cool Place !*

2505 Fairbanks Street, Anchorage, Alaska 99503-2821
Phone 907-276-1343  Fax: 907-258-7848
E-mail: info@alaskastock.com  www.alaskastock.com

## INVOICE AND GRANT OF RIGHTS

PEARSO-01

Attn: Betsy Levin
Company: Pearson Learning
Address: 299 Jeferson Road
Parsippany, NJ 07054-0480
USA

Phone: 313-525-5530
Fax: 201-739-8057

Date: 10-21-99
Invoice#: 190846
P.O.#: 1009
Job#: VFC00
Job Name: Top of the World
Client: Pearson

Salesperson: Gina Bringman

TERMS: Net 30 days - FED ID# 92-0164404
Invoice # must appear on check and return yellow copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.

| | | 270.00 |
|---|---|---|
| 015IC AB0006 001 | by Chris Arend | |
| Natives Ice fishing in | Kotzebue Western Alaska | |
| 1/2 Page    Inside | Pearson "Top of the Word" book | |

| | | 225.00 |
|---|---|---|
| 108SI AC0003 001 | by Johnny Johnson | |
| Arctic Fox in Winter Storm | Churchill Manitoba Canada | |
| 1/4 Page    Inside | Pearson "Top of the Word" book | |

| | | 540.00 |
|---|---|---|
| 352CH AA0003 010 | by Jeff Schultz | |
| Portrait Inupiat Eskimo | Children Winter Nome W AK | |
| Full Page    Cover | Pearson "Top of the Word" book | |

Subtotal: 1035.00
Payment: 0.00
Balance Due: 1035.00

INVOICE RIGHTS:This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights
to the above images for one time use in one edition of the hardcover student
edition of the text (c)2000 Top of the World published by Pearson Learning:
Very First Chapters Books with a press run limited to 20,000 or less.

Reproduction rights for teacher editions, ancillaries and/or related
materials are available for additional fees.  All other rights reserved.  No
digital rights granted.

Total Circulation: 20,000
Total Insertions : 1

Use Rights Begin: 10-21-99
Use Rights End : 10-21-00

**Any use beyond those stated above must be negotiated and paid for before use.**

Alaska Stock v. Pearson                    000003



**PEARSON**
EDUCATION

One Lake Street
Upper Saddle River, NJ  07458

Melinda Lee Patelli
Director, Image Resource Center
☎: 201/236-5816
🖷: 201/236-5865
✉: melinda.patelli@pearsoned.com

This agreement is between <u>Alaska Stock Images, LLC</u> **(AGENCY)** and applies to all Pearson Education imprints published in North America and will be effective from <u>7/19/06</u> until <u>7/20/09</u>. PEARSON (AGENCY) or PEARSON may not elect to renew the terms of this Agreement for any reason by providing written notice of such election at least two weeks (14 calendar days) prior to the last day of the initial three (3) year period of the Term, or the last day of any one (1) year RENEWAL period, as follows: Failure to provide such notice of non-renewal shall result in the automatic renewal of the term of the Agreement for an additional one (1) year period.
Pearson and its respective image researchers will be advised in writing if at any time an image requested or delivered by AGENCY would NOT be covered under the terms of this agreement, (from specialty collections, etc). If you supply an image to Pearson for use in any of its products that would not be subject to the terms of this agreement and/or would incur fees in excess to those outlined by the terms of this agreement, Pearson would not be responsible for the additional fees if we had not been advised in writing prior to the respective usage.
(AGENCY) warrants that it owns or is a duly appointed agent for the owner of the copyright of the image(s) and has the legal power, authority and right to enter into this agreement and to grant the rights and perform all other obligations under this agreement: Pearson WILL NOT accept 3rd party images licensed by AGENCY for which the agency cannot guarantee complete copyright clearance AND/OR can supply Pearson with all the necessary additional contact information needed regarding the appropriate parties (i.e., ARS or VAGA). Pearson understands its responsibility to pay any additional copyright fees associated with said imagery, but if penalties are incurred due to the fact that Pearson was unable to obtain full copyright clearance as a result that this additional contact information was not supplied with any image received, then the AGENCY will be responsible for any penalty fees incurred.

<u>Interior base rate</u>-*Rights-Protected*-includes the one time use of the following: color or B/W, any size up to full page, North American English rights, up-to 100K distribution allowing 10% distribution abroad, and 5% e-book distribution if applicable = $195

**Extended Print Runs:**  Over 100K add 20% to base rate,  Over 500K add 35% to base rate
**Chapter/Part/Unit Openers:** add 25%
**Extended distribution abroad:**  add 25% (Over 10%, up to 30% distribution abroad)
**World Rights:**      add 40% (over 30% distribution abroad)

<u>Re-use</u>:  @ 50% of original base rate
Re-use rate applies to new editions and supplemental/ancillary usage.

<u>Multi-use</u> is defined as any image which appears more than once in a specific title.  Under the terms of our agreement two uses of an image within the same project will be 50% of the base rate.  More than two uses within the same project to be negotiated.
*Multi-use example: An image used on a cover of a book will be subject to a cover rate only.  If the image is re-used in the Interior no additional fees will be charged.*

*Please note that images that are published in a textbook and used in an electronic edition of the same title (WWW, CDROM) are subject to additional <u>combined electronic usage</u> fees (please see below).*

<u>Cover base rate:</u> **$750**
Extended print run and distribution percentages as listed above will apply

Reuse on subsequent or series editions OR additional images used on montage cover designs will be charged at 50% of the original base rate.
(i.e. 4 image cover montage-1st image on cover = $500, 2nd, 3rd, 4th images on cover at $250 each)

**Combined Electronic Use:** (cover or interior use): When print and electronic rights are licensed together, the base rate plus 35% would apply. If electronic rights are requested after print rights have been licensed, 50% of the base rate would apply. This covers 10 year WWW period.
The additional one time per image percentage will cover Pearson for any and all electronic components within that title.

**Promotional:** Reproduction of images for promotional use, for print or electronic rights, will also use the "cover base rate" price guide for re-use pricing, when said image is on the promotional piece as a result of being picked up from an existing cover.
When images selected for promotional materials are not re-used from a particular project, then the base rates above (and additional print run rates when applicable) will apply.

These images may also be used in the marketing, advertising, publicity or promotion of the publication without an additional charge provided that the Image is used within the context of the publication being promoted. Any images appearing on a stand-alone promotional basis must be licensed separately for said use.

Additional language: add 25% for one language, 40% for two, 100% for all languages.

Research fees are waived. No Kill fees will be applied to Low-Res digital requests or to opened transparency mounts-(for the purpose of obtaining Low-Res FPOs for Comp purposes).

Items not covered are to be negotiated.

Signing on behalf of AGENCY:

Signature _Laurie Campbell_                         Date: July 20, 2006

Printed Name and Title Laurie Campbell, _Director of Sales & Marketing_

Signing on behalf of Pearson Education:

Signature _____           Date 7/24/06

Printed Name and Title Melinda Lee Patelli: Director, Image Resource Center



## <u>RIGHTS-MANAGED END USER LICENSE AGREEMENT (EULA)</u>

This is a legal agreement between you, or your company, firm or other organization ("Licensee" or "You"), and Alaska Stock, LLC, ("Alaska Stock" or "Licensor"), for licensing reproduction rights for any Rights-Managed image(s) from Alaska Stock either via downloading from our website, or that are sent to you electronically from our office. Please read this agreement carefully before purchasing, downloading or using any images from Alaska Stock, whether from this website or sent to you from our office. Your right to reproduce an image(s) is subject to the terms, conditions and restrictions set forth in this agreement as well as our general Terms of Use on our web site, and is conditioned upon your full payment of the license fee prior to your reproduction of the image(s). By clicking the "I accept" button or by downloading any image(s), or by payment of our invoice, or by use of our images, you agree to be bound by the terms of this agreement. If you do not agree to be bound by all of the sections on this license agreement, do not purchase an image(s) from Alaska Stock but instead click on the "cancel" button to decline this agreement and do not download any image(s) or in the case of images supplied directly by our office, call us to cancel your order.

If you are entering into this agreement on behalf of your employer, the license granted and restrictions and limitations recited herein apply to your employer, and to you as a representative of your employer.

### 1. Grant of License and Payment

You agree not to reproduce or use the image(s) in any manner whatsoever including but not limited to layouts, "comps", color separations or your final product ( ad, magazine layout, etc.) until you first negotiate a use fee and pay our invoice for the uses you require. (Low-resolution images, including Thumbnails and Previews, may be used in materials for Test or Sample use ONLY, including Comps and Layouts.)

No rights are granted until payment is made in full to Alaska Stock, even though you have received an INVOICE & USE RIGHTS LICENSE. The INVOICE & USE RIGHTS LICENSE we grant is only to you and cannot be assigned or transferred without our proper written consent. Your use of an image is strictly limited to the parameters established on our INVOICE & USE RIGHTS LICENSE under "Use Rights Granted". Any use beyond those specified under "Use Rights Granted" is a violation of U.S. copyright law. Should you fail to pay our invoice, we will contact your end client to notify them they are in violation of the U.S. copyright law and proceed with legal proceedings. In the event material from Alaska Stock is published or used in any way without first obtaining a proper INVOICE & USE RIGHTS LICENSE for that use, Alaska Stock may seek damages against you and/or the end user of the material for copyright infringement. At its option, Alaska Stock may issue a retroactive use license for material used without proper license in place prior to use. Unless specifically stated under "Use Rights Granted", licenses do not include any form of electronic reproduction of the image. Image may not be used in re-releases, additional press runs, a longer period of time than specified, subsequent or collective editions without first obtaining additional use rights.

### 2. Restrictions as to Use of Image(s).

The Image(s) is/are strictly limited to the specific use, medium, period of time, print run, placement, size of image, territory and any other restrictions specified on our INVOICE & USE RIGHTS LICENSE. The terms specified on the INVOICE & USE RIGHTS LICENSE shall not be modified without the express written consent of Alaska Stock. Any attempted deviation from the terms of our INVOICE & USE RIGHTS LICENSE is a violation of this agreement and the copyright act and shall nullify Alaska Stock's indemnity obligations, and the representations and warranties made by Alaska Stock hereunder. Fees assessed for your use of the Image(s) depends on the nature of the rights granted. You shall not undertake any expanded use of the Image(s) without the prior approval of Alaska Stock and the payment of any additional use fees required by Alaska Stock for such expanded use. You shall promptly notify Alaska Stock of any expanded use of the Image(s) for which you have not received Alaska Stock's prior approval, and shall pay to Alaska Stock any additional Use Fee required by Alaska Stock for such expanded use.

Any rights we grant to you for image(s) from this web site are non-transferable. You may not re-sell, rent, loan, give, sublicense, or otherwise transfer to anyone the image(s) or the right to reproduce the image(s) (except insofar as it has been incorporated by you into one of the permitted uses outlined in the INVOICE & USE RIGHTS LICENSE) and nothing you produce shall grant or purport to grant to any third party a right to reproduce or duplicate the image(s). You agree to take all commercially reasonable steps to prevent third parties from reproducing, duplicating, or distributing the image(s).

Licensee may not incorporate the licensed Image in any logo, trademark or service mark.

Licensee may not archive, republish or transmit any images on any database or to a network or bulletin board or otherwise distribute or allow any of the Images to be distributed to or used by anyone other than the authorized users, without prior written consent from ALASKA STOCK.

Licensee may not use the Image(s) contrary to any restriction on use provided to Licensee prior to or at the time the Image is delivered to Licensee. Restrictions may be provided with the Image information located on ALASKA STOCK'S or any authorized distributor's website or otherwise communicated.

Licensee may not use any of the Images in any manner prohibited by any export laws, restrictions or regulations.

**Licensee may not use any Image in a manner that is defamatory, pornographic or obscene, whether directly or in context or juxtaposition with specific subject matter.**

### 3. Overdue Invoices

Your use of the image(s) is predicated on the payment in full for the use of the image(s). Should you use an image(s) and not make full payment, you are in violation of U.S. copyright law and subject to penalties. In such a case, Alaska Stock reserves the right, in its sole discretion, to revoke the license if payment is not made in full, and may use all legal means to collect damages. Unless you pay immediately by Credit Card, all invoices are payable net thirty (30) days or previous to your use of the image, whichever comes first. A finance charge of 1.5% per month will be applied on any balances unpaid after thirty (30) days.

### 4. License Cancellation Fee

If Alaska Stock receives your request in writing to cancel the License within 30 (30) days of the date of downloading or otherwise taking delivery of the Image(s), Alaska Stock may cancel this License Agreement and issue a credit to your account or credit card equal to one hundred percent (100%) of the License fee. No refunds or cancellations will be accepted after thirty (30) days with the subsequent exception as mentioned in Section 7, "Warranty and Limitation of Liability", Paragraph 2.

### 5. Additional Rights

If you are unsure of your usage rights under this agreement, or if you wish to use an image(s) in a manner not specified or permitted under this agreement, please contact Alaska Stock by telephone at 800-487-4285 or e-mail: infoweb@alaskastock.com.

### 6. Copyright & unauthorized use/retroactive license fee

All images on this web site are copyrighted and subject to the copyright law. Alaska Stock and its represented photographers, who shot the image(s), own all rights to the image(s). All rights not specifically granted to you by the INVOICE & USE RIGHTS LICENSE are reserved.  Any use beyond those specified under "Use Rights Granted" is a violation of U.S. copyright law.

You agree to provide applicable copyright notice and/or protection of image(s) in your final product. You do not acquire any right, title or interest in or to any image(s) by the download of an image(s) or by the granting of the license to reproduce an image(s). No copyright material shall be removed from any digital file.

Since it is difficult to determine damages resulting from unauthorized usage, in the event you utilize an Image other than for the usage indicated on our Invoice, we agree to forego our right to sue you for copyright infringement and you agree to pay, as liquidated damages, a retroactive license equal to ten (10) times the normal price we would have charged for such unauthorized use within ten (10) days of our billing such fee. If you fail to timely make such payment, this liquidated damage provision shall be void and we shall have the right to sue for copyright infringement and/or breach of contract, for which we will shall seek all damages and remedies available, including attorney's fees and all associated costs.

### 7. Photo Credit & Samples

The following credit line must appear adjacent to any licensed image(s) utilized in an editorial manner: (Photographer's name)/Alaska Stock.com.  We will provide you the name of the photographer upon licensing the image.  Unless otherwise agreed in writing, if any Licensed image(s) you reproduce for editorial purposes (i.e., for any non-promotional purpose) omits the credit line specified above, or any other credit line specified by Alaska Stock, the use fee will be doubled. No photo credit is needed when used for advertising purposes.

You agree to provide Alaska Stock with two copies of reproductions produced. It is agreed that Alaska Stock may use and publish the samples provided for its own self-promotion in print or electronic form.

### 8. Indemnification

You agree to indemnify and to hold Alaska Stock, its officers, directors, employees, photographers and agents harmless from any claims, liabilities, losses and damages (including reasonable attorney's fees and expenses) arising from any use or reproduction of the image(s) and/or use of the AlaskaStock.com web site.

### 9. Condition of Licensed Image(s)

You are responsible for examining all licensed image(s) for possible defects prior to reproduction.  Alaska Stock shall not be liable for any loss or damage suffered by you or any third party, whether directly or indirectly, arising from any alleged or actual defect in any Licensed image(s) or its caption or in any way from its reproduction.

### 10. Releases

Images marked on the preview page:  *This image is released*" have a valid model and/or property release. However, no model releases or other releases exist on any Images unless the existence of such release is specified in writing by Alaska Stock. To avoid mistakes, always double check with us to be sure an image marked "released" is indeed released and ask us to obtain a free copy of that release.  You shall indemnify Alaska Stock against all claims arising out of the use of any Images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it

per the invoice for the use of the particular photograph involved. Alaska Stock does not purport to own the copyright to any historical images it provides and that the user is responsible for obtaining any necessary permissions.

Model releases are available on Image(s) containing models upon request. Names are removed to protect the privacy of the model. Other than model releases for recognizable persons, ALASKASTOCK grants no rights and makes no warranties with regard to the use of names, unrecognizable people, trademarks, trade dress, registered, unregistered or copyrighted designs or works of art or architecture depicted in any Image, and Licensee must satisfy itself that all the necessary rights or consents regarding any of the above, as may be required for reproduction, have been obtained.

## 11. Sensitive Use Disclaimer

No images from this web site may be used in connection with any potentially sensitive issue including, but not limited to sex, sexual preference, pornography, diseases of any kind, drug or alcohol abuse, domestic violence, mental or physical abuse, substance abuse, alcohol, tobacco products, pregnancy, birth control, physical or mental challenges, homelessness, political campaigns, plastic or cosmetic surgery or possible defamation or disparagement of character or product, without obtaining prior written consent from Alaska Stock.

You may not use the Images in any manner that would be deemed offensive to the model. Offensive uses include but are not limited to the use of an Image that involves or implies illegal activities, adverse medical conditions or procedures, other adverse health or mental health issues, substance abuse, welfare or economic aid, dating agencies, sexual preference, abortion and adoption, political or religious affiliation, smoking or alcohol usage, feminine hygiene, incontinence or impotence, pornography, diseases of any kind, mental or physical abuse, alcohol or tobacco products, pregnancy, birth control, physical or mental challenges, homelessness, plastic or cosmetic surgery or possible defamation or disparagement of character or product.

If any Image featuring a model is used in (i) a manner that would lead a reasonable person to believe that the model personally uses or endorses a product or service; or (ii) in connection with a subject that would be unflattering or controversial to a reasonable person, Licensee must acAlaska Stock each such use with a conspicuous statement that indicates that the person so pictured is a model and the Image is used for illustrative purposes only.

You agree that you will not use the images for any unlawful purpose, or to defame any person, or to violate any person's right of privacy or publicity, or to infringe upon any trade name, trademark or service mark or any entity.

## 12. Electronic Delivery and Storage

For all licensed image(s) that you take digital delivery of, you must provide the copyright symbol, our company name ( Alaska Stock ) and the Image Identification Number as part of the electronic file. In addition, you may only use a single copy of the image(s) on a single computer. You may only download the image(s) onto one (1) computer hard drive or other computer medium and may not otherwise make, use or distribute copies of the image(s) for any purpose except as otherwise provided in this agreement and the INVOICE & USE RIGHTS LICENSE .  Notwithstanding the foregoing, you shall be allowed to make one (1) backup copy for security reasons only. You may not use the image(s) on any image storage jukebox, network configuration or similar computer network arrangement.  You must take all reasonable measures to safeguard against unauthorized third-party access to the Image(s).

Upon the expiration of the License or earlier termination of this agreement, any and all digital files which we supplied or you have created and stored in ANY format including but not limited to hard disk, tape, optical disk, CD-ROM, floppy disk or other media MUST BE DESTROYED from your computer or other electronic storage system unless you plan to re-license use of the image, in which case you must notify us immediately for a fee reassessment.

Should Alaska Stock deliver to you digital files of our images, the delivery of those digital files is solely an accommodation to our clients. Alaska Stock does not warrant that the digital delivery will be on a timely basis, uninterrupted, error free or compatible with a client's particular system. Alaska Stock makes no warranty, either express or implied, including without limitation, any implied warranties of merchantability or fitness for a particular purpose. In no event shall Alaska Stock be liable for any direct, indirect, incidental, special or consequential damages arising out of or relating to the digital delivery of any image or otherwise.

## 13. Miscellaneous Terms

No part of the content of Alaska Stock's catalogs or other advertising materials shall form a part of this agreement. No action of Alaska Stock, other than an express written waiver, may be construed as a waiver of any term of this agreement. A delay on the part of either party in the exercise of its rights or remedies will not operate as a waiver of such rights or remedies, and a single or partial exercise by a party of any such rights or remedies will not preclude other or further exercise of that right or remedy. A waiver of a right or remedy on any one occasion will not be construed as a bar to or waiver of those rights or remedies on any other occasion. Should any clause of this agreement be found unenforceable, that will not affect any other clause and each will remain in full force and effect. In the event of any inconsistency between the terms contained herein and the terms contained on any purchase order sent by you, the terms of this agreement shall govern.

The interpretation of this agreement shall be governed by the laws of the State of Alaska, United States of America. Any and all disputes, with the exception of copyright claims, arising out of, under or in connection with this agreement, including, without limitation, the validity, interpretation, performance and breach hereof, shall be settled by arbitration in Anchorage, Alaska pursuant to the rules of the American Arbitration Association. Judgment upon the award rendered may be entered in the highest court of the forum, State or Federal, having jurisdiction. This agreement, its validity and effect, shall be interpreted under and governed by the laws of the State of Alaska. If recipient of this contract is an agent for or an employee of a non-U.S. company but operates in a place of business in the United States or its territories, said recipient expressly agrees that any dispute regarding this contract shall be adjudicated within the United States in the manner described here. Copyright claims shall be brought in the Federal Court having jurisdiction. If Alaska Stock is caused to present claims or suit to you as a result of any breach of the above terms set forth, it shall be made whole for such reasonable legal fees or costs by recipient or user herein.

No action of ALASKA STOCK, other than express written, signed waiver may be construed as a waiver of any part of this EULA, and no employee of ALASKA STOCK is authorized to make an oral waiver.

NOTE REGARDING CLIENT SUPPLIED TERMS: Licensor Alaska Stock Image's (ASI) written invoice/license terms and conditions prevail in all respects. No part of licensee's written provisions to the contrary, forms any part of this agreement for use of ASI images. The entire agreement between the parties is stated in ASI's written invoice/license and accompanying EULA. No oral statements of either party form any part of the license agreement."

## 14. Warranty and Limitation of Liability

ALASKA STOCK warrants that: (i) it has all necessary rights and authority to enter into and perform this Agreement; and (ii) the digital or analog copy of the Licensed image(s) in the form downloaded by you or delivered by Alaska Stock by any means to you will be free from defects in material and workmanship (not including "artifacts" or other flaws inherent in prints of the particular vintage) for thirty (30) days from the date of delivery. The sole and exclusive remedy for a breach of the foregoing warranty is the replacement of the digital or analog copy of the Licensed Material or refund of the License fee paid by you, at Alaska Stock's option.

The representations and warranties of Alaska Stock made herein will have no force or effect if the licensed image(s) are used by you in any manner not specifically authorized in this agreement or you are otherwise in breach of this agreement.

Without limiting the foregoing, Alaska Stock gives no rights or warranties with respect to the use of names, trademark, logo types, registered or copyrighted designs or works of art depicted in any picture, and the user must satisfy itself that all necessary rights, consents or permission as may be required for reproduction are secured.

Alaska Stock has identified the caption for each image to the best of its ability, but cannot be held responsible for erroneous or incomplete caption information. Alaska Stock makes no representation or warranties as to the accuracy of the content, or that the use of the site will be uninterrupted or error free. The use of the AlaskaStock.com web site is at your own risk.

All rights not specifically granted herein to you are reserved for Alaska Stock's use and disposition without any limitations whatsoever.

**General Disclaimers and Limitation of Liability**

**ALASKA STOCK MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE IMAGES, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. ALASKA STOCK SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER PERSON OR ENTITY FOR ANY GENERAL, PUNITIVE, SPECIAL, INDIRECT, CONSEQUENTIAL OR INCIDENTAL DAMAGES, OR LOST PROFITS OR ANY OTHER DAMAGES, COSTS OR LOSSES ARISING OUT OF LICENSEE'S USE OF THE IMAGES OR OTHERWISE, EVEN IF ALASKA STOCK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, COSTS OR LOSSES.**

**ALASKA STOCK'S MAXIMUM LIABILITY ARISING OUT OF OR IN CONNECTION WITH LICENSEE'S USE OF OR INABILITY TO USE THE IMAGES (WHETHER IN CONTRACT, TORT OR OTHERWISE) SHALL, TO THE EXTENT PERMITTED BY LAW, BE LIMITED TO THE VALUE OF THE LICENSE PAID BY THE LICENSEE FOR THE IMAGE(S).**

**THE REPRESENTATIONS AND WARRANTIES MADE BY ALASKA STOCK IN THIS AGREEMENT APPLY ONLY TO THE IMAGE(S) AS DELIVERED BY ALASKA STOCK AND WILL BE INVALID IF THE IMAGE(S) IS USED BY LICENSEE IN ANY MANNER NOT SPECIFICALLY AUTHORIZED IN THIS AGREEMENT OR IF LICENSEE IS OTHERWISE IN BREACH OF THIS AGREEMENT.**

## 15. Entire Agreement

This agreement incorporates the entire understanding of the parties concerning the subject matter contained herein. No variation of any of the terms in this agreement shall be effective unless agreed to in writing by an authorized representative of Alaska Stock (Licensor) and you (Licensee).

end



*Hot Shots from a Cool Place!*
2505 Fairbanks Street ~ Anchorage, Alaska 99503
T: 800.487.4285 / 907.276.1343  F: 907.258.7848
E: info@AlaskaStock.com

**www.AlaskaStock.com**

## RIGHTS-MANAGED END USER LICENSE AGREEMENT  (EULA)

This is a legal agreement between you, or your company, firm or other organization ("Licensee" or "You"), and Alaska Stock, LLC, ("Alaska Stock" or "Licensor"), for licensing reproduction rights for any Rights-Managed image(s) from Alaska Stock either via downloading from our website, or that are sent to you electronically from our office.   Please read this agreement carefully before purchasing, downloading or using any images from Alaska Stock, whether from this website or sent to you from our office. Your right to reproduce an image(s) is subject to the terms, conditions and restrictions set forth in this agreement as well as our general Terms of Use on our web site, and is conditioned upon your full payment of the license fee prior to your reproduction of the image(s). By clicking the "I accept" button or by downloading any image(s), or by payment of our invoice, or by use of our images, you agree to be bound by the terms of this agreement. If you do not agree to be bound by all of the sections on this license agreement, do not purchase an image(s) from Alaska Stock but instead click on the "cancel" button to decline this agreement and do not download any image(s) or in the case of images supplied directly by our office, call us to cancel your order.

If you are entering into this agreement on behalf of your employer, the license granted and restrictions and limitations recited herein apply to your employer, and to you as a representative of your employer.

### 1. Grant of License and Payment

You agree not to reproduce or use the image(s) in any manner whatsoever including but not limited to layouts, "comps",  color separations or your final product ( ad, magazine layout, etc.) until you first negotiate a use fee and pay our invoice for the uses you require. (Low-resolution images, including Thumbnails and Previews, may be used in materials for Test or Sample use ONLY, including Comps and Layouts.)

No rights are granted until payment is made in full to Alaska Stock, even though you have received an INVOICE & USE RIGHTS LICENSE. The INVOICE & USE RIGHTS LICENSE we grant is only to you and cannot be assigned or transferred without our proper written consent. Your use of an image is strictly limited to the parameters established on our INVOICE & USE RIGHTS LICENSE under "Use Rights Granted".  Any use beyond those specified under "Use Rights Granted" is a violation of U.S. copyright law. Should you fail to pay our invoice, we will contact your end client to notify them they are in violation of the U.S. copyright law and proceed with legal proceedings. In the event material from Alaska Stock is published or used in any way without first obtaining a proper INVOICE & USE RIGHTS LICENSE for that use, Alaska Stock may seek damages against you and/or the end user of the material for copyright infringement.  At its option, Alaska Stock may issue a retroactive use license for material used without proper license in place prior to use.  Unless specifically stated under "Use Rights Granted", licenses do not include any form of electronic reproduction of the image. Image may not be used in re-releases, additional press runs, a longer period of time than specified, subsequent or collective editions without first obtaining additional use rights.

### 2.  Restrictions as to Use of Image(s).

The Image(s) is/are strictly limited to the specific use, medium, period of time, print run, placement, size of image, territory and any other restrictions specified on our INVOICE & USE RIGHTS LICENSE. The terms specified on the INVOICE & USE RIGHTS LICENSE shall not be modified without the express written consent of Alaska Stock. Any attempted deviation from the terms of our INVOICE & USE RIGHTS LICENSE is a violation of this agreement and the copyright act and shall nullify Alaska Stock's indemnity obligations, and the representations and warranties made by Alaska Stock hereunder. Fees assessed for your use of the Image(s) depends on the nature of the rights granted. You shall not undertake any expanded use of the Image(s) without the prior approval of Alaska Stock and the payment of any additional use fees required by Alaska Stock for such expanded use. You shall promptly notify Alaska Stock of any expanded use of the Image(s) for which you have not received Alaska Stock's prior approval, and shall pay to Alaska Stock any additional Use Fee required by Alaska Stock for such expanded use.

Any rights we grant to you for image(s) from this web site are non-transferable. You may not re-sell, rent, loan, give, sublicense, or otherwise transfer to anyone the image(s) or the right to reproduce the image(s) (except insofar as it has been incorporated by you into one of the permitted uses outlined in the INVOICE & USE RIGHTS LICENSE) and nothing you produce shall grant or purport to grant to any third party a right to reproduce or duplicate the image(s). You agree to take all commercially reasonable steps to prevent third parties from reproducing, duplicating, or distributing the image(s).

Licensee may not incorporate the licensed Image in any logo, trademark or service mark.

Licensee may not archive, republish or transmit any images on any database or to a network or bulletin board or otherwise distribute or allow any of the Images to be distributed to or used by anyone other than the authorized users, without prior written consent from ALASKA STOCK.

Licensee may not use the Image(s) contrary to any restriction on use provided to Licensee prior to or at the time the Image is delivered to Licensee. Restrictions may be provided with the Image information located on ALASKA STOCK'S or any authorized distributor's website or otherwise communicated.

Licensee may not use any of the Images in any manner prohibited by any export laws, restrictions or regulations.

**Licensee may not use any Image in a manner that is defamatory, pornographic or obscene, whether directly or in context or juxtaposition with specific subject matter.**

## 3. Overdue Invoices

Your use of the image(s) is predicated on the payment in full for the use of the image(s). Should you use an image(s) and not make full payment, you are in violation of U.S. copyright law and subject to penalties. In such a case, Alaska Stock reserves the right, in its sole discretion, to revoke the license if payment is not made in full, and may use all legal means to collect damages. Unless you pay immediately by Credit Card, all invoices are payable net thirty (30) days or previous to your use of the image, whichever comes first. A finance charge of 1.5% per month will be applied on any balances unpaid after thirty (30) days.

## 4. License Cancellation Fee

If Alaska Stock receives your request in writing to cancel the License within 30 (30) days of the date of downloading or otherwise taking delivery of the Image(s), Alaska Stock may cancel this License Agreement and issue a credit to your account or credit card equal to one hundred percent (100%) of the License fee. No refunds or cancellations will be accepted after thirty (30) days with the subsequent exception as mentioned in Section 7, "Warranty and Limitation of Liability", Paragraph 2.

## 5. Additional Rights

If you are unsure of your usage rights under this agreement, or if you wish to use an image(s) in a manner not specified or permitted under this agreement, please contact Alaska Stock by telephone at 800-487-4285 or e-mail: infoweb@alaskastock.com.

## 6. Copyright

All images on this web site are copyrighted and subject to the copyright law. Alaska Stock and its represented photographers, who shot the image(s), own all rights to the image(s). All rights not specifically granted to you by the INVOICE & USE RIGHTS LICENSE are reserved.   Any use beyond those specified under "Use Rights Granted" is a violation of U.S. copyright law.

You agree to provide applicable copyright notice and/or protection of image(s) in your final product. You do not acquire any right, title or interest in or to any image(s) by the download of an image(s) or by the granting of the license to reproduce an image(s). No copyright material shall be removed from any digital file.

## 7. Photo Credit & Samples

The following credit line must appear adjacent to any licensed image(s) utilized in an editorial manner: (Photographer's name)/Alaska Stock.com.  We will provide you the name of the photographer upon licensing the image.  Unless otherwise agreed in writing, if any Licensed image(s) you reproduce for editorial purposes (i.e., for any non-promotional purpose) omits the credit line specified above, or any other credit line specified by Alaska Stock, the use fee will be doubled. No photo credit is needed when used for advertising purposes.

You agree to provide Alaska Stock with two copies of reproductions produced. It is agreed that Alaska Stock may use and publish the samples provided for its own self-promotion in print or electronic form.

## 8. Indemnification

You agree to indemnify and to hold Alaska Stock, its officers, directors, employees, photographers and agents harmless from any claims, liabilities, losses and damages (including reasonable attorney's fees and expenses) arising from any use or reproduction of the image(s) and/or use of the AlaskaStock.com web site.

## 9. Condition of Licensed Image(s)

You are responsible for examining all licensed image(s) for possible defects prior to reproduction.  Alaska Stock shall not be liable for any loss or damage suffered by you or any third party, whether directly or indirectly, arising from any alleged or actual defect in any Licensed image(s) or its caption or in any way from its reproduction.

## 10. Releases

Images marked on the preview page: *"This image is released"* have a valid model and/or property release. However, no model releases or other releases exist on any Images unless the existence of such release is specified in writing by Alaska Stock.  To avoid mistakes, always double check with us to be sure an image marked "released" is indeed released and ask us to obtain a free copy of that release.  You shall indemnify Alaska Stock against all claims arising out of the use of any Images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular photograph involved. Alaska Stock does not purport to own the copyright to any historical images it provides and that the user is responsible for obtaining any necessary permissions.

Model releases are available on Image(s) containing models upon request. Names are removed to protect the privacy of the model. Other than model releases for recognizable persons, ALASKASTOCK grants no rights and makes no warranties with regard to the use of names, unrecognizable people, trademarks, trade dress, registered, unregistered or copyrighted designs or works of art or architecture depicted in any Image, and Licensee must satisfy itself that all the necessary rights or consents regarding any of the above, as may be required for reproduction, have been obtained.

## 11. Sensitive Use Disclaimer

No images from this web site may be used in connection with any potentially sensitive issue including, but not limited to sex, sexual preference, pornography, diseases of any kind, drug or alcohol abuse, domestic violence, mental or physical abuse, substance abuse, alcohol, tobacco products, pregnancy, birth control, physical or mental challenges, homelessness, political campaigns, plastic or cosmetic surgery or possible defamation or disparagement of character or product, without obtaining prior written consent from Alaska Stock.

You may not use the Images in any manner that would be deemed offensive to the model. Offensive uses include but are not limited to the use of an Image that involves or implies illegal activities, adverse medical conditions or procedures, other adverse health or mental health issues, substance abuse, welfare or economic aid, dating agencies, sexual preference, abortion and adoption, political or religious affiliation, smoking or alcohol usage, feminine hygiene, incontinence or impotence, pornography, diseases of any kind, mental or physical abuse, alcohol or tobacco products, pregnancy, birth control, physical or mental challenges, homelessness, plastic or cosmetic surgery or possible defamation or disparagement of character or product.

If any Image featuring a model is used in (i) a manner that would lead a reasonable person to believe that the model personally uses or endorses a product or service: or (ii) in connection with a subject that would be unflattering or controversial to a reasonable person, Licensee must acAlaska Stock each such use with a conspicuous statement that indicates that the person so pictured is a model and the Image is used for illustrative purposes only.

You agree that you will not use the images for any unlawful purpose, or to defame any person, or to violate any person's right of privacy or publicity, or to infringe upon any trade name, trademark or service mark or any entity.

## 12. Electronic Delivery and Storage

For all licensed image(s) that you take digital delivery of, you must provide the copyright symbol, our company name ( Alaska Stock ) and the Image Identification Number as part of the electronic file. In addition, you may only use a single copy of the image(s) on a single computer. You may only download the image(s) onto one (1) computer hard drive or other computer medium and may not otherwise make, use or distribute copies of the image(s) for any purpose except as otherwise provided in this agreement and the INVOICE & USE RIGHTS LICENSE .  Notwithstanding the foregoing, you shall be allowed to make one (1) backup copy for security reasons only. You may not use the image(s) on any image storage jukebox, network configuration or similar computer network arrangement.  You must take all reasonable measures to safeguard against unauthorized third-party access to the Image(s).

Upon the expiration of the License or earlier termination of this agreement, any and all digital files which we supplied or you have created and stored in ANY format including but not limited to hard disk, tape, optical disk, CD-ROM, floppy disk or other media MUST BE DESTROYED from your computer or other electronic storage system unless you plan to re-license use of the image, in which case you must notify us immediately for a fee reassessment.

Should Alaska Stock deliver to you digital files of our images, the delivery of those digital files is solely an accommodation to our clients. Alaska Stock does not warrant that the digital delivery will be on a timely basis, uninterrupted, error free or compatible with a client's particular system. Alaska Stock makes no warranty, either express or implied, including without limitation, any implied warranties of merchantability or fitness for a particular purpose. In no event shall Alaska Stock be liable for any direct, indirect, incidental, special or consequential damages arising out of or relating to the digital delivery of any image or otherwise.

## 13. Miscellaneous Terms

No part of the content of Alaska Stock's catalogs or other advertising materials shall form a part of this agreement. No action of Alaska Stock, other than an express written waiver, may be construed as a waiver of any term of this agreement. A delay on the part of either party in the exercise of its rights or remedies will not operate as a waiver of such rights or remedies, and a single or partial exercise by a party of any such rights or remedies will not preclude other or further exercise of that right or remedy. A waiver of a right or remedy on any one occasion will not be construed as a bar to or waiver of those rights or remedies on any other occasion. Should any clause of this agreement be found unenforceable, that will not affect any other clause and each will remain in full force and effect. In the event of any inconsistency between the terms contained herein and the terms contained on any purchase order sent by you, the terms of this agreement shall govern.

The interpretation of this agreement shall be governed by the laws of the State of Alaska, United States of America. Any and all disputes, with the exception of copyright claims, arising out of, under or in connection with this agreement, including, without limitation, the validity, interpretation, performance and breach hereof, shall be settled by arbitration in Anchorage, Alaska pursuant to the rules of the American Arbitration Association. Judgment upon the award rendered may be entered in the highest court of the forum, State or Federal, having jurisdiction. This agreement, its validity and effect, shall be interpreted under and governed by the laws of the State of Alaska. If recipient of this contract is an agent for or an employee of a non-U.S. company but operates in a place of business in the United States or its territories, said recipient expressly agrees that any dispute regarding this contract shall be adjudicated within the United States in the manner described here. Copyright claims shall be brought in the Federal Court having jurisdiction. If Alaska Stock is caused to present claims or suit to you as a result of any breach of the above terms set forth, it shall be made whole for such reasonable legal fees or costs by recipient or user herein.

No action of ALASKA STOCK, other than express written, signed waiver may be construed as a waiver of any part of this EULA, and no employee of ALASKA STOCK is authorized to make an oral waiver.

NOTE REGARDING CLIENT SUPPLIED TERMS:  Licensor Alaska Stock Image's (ASI) written invoice/license terms and conditions prevail in all respects.  No part of licensee's written provisions to the contrary, forms any part of this agreement for use of ASI images.  The entire agreement between the parties is stated in ASI's written invoice/license and accompanying EULA.  No oral statements of either party form any part of the license agreement."

## 14. Warranty and Limitation of Liability

ALASKA STOCK warrants that: (i) it has all necessary rights and authority to enter into and perform this Agreement; and (ii) the digital or analog copy of the Licensed image(s) in the form downloaded by you or delivered by Alaska Stock by any means to you will be free from defects in material and workmanship (not including "artifacts" or other flaws inherent in prints of the particular vintage) for thirty (30) days from the date of delivery. The sole and exclusive remedy for a breach of the foregoing warranty is the replacement of the digital or analog copy of the Licensed Material or refund of the License fee paid by you, at Alaska Stock's option.

The representations and warranties of Alaska Stock made herein will have no force or effect if the licensed image(s) are used by you in any manner not specifically authorized in this agreement or you are otherwise in breach of this agreement.

Without limiting the foregoing, Alaska Stock gives no rights or warranties with respect to the use of names, trademark, logo types, registered or copyrighted designs or works of art depicted in any picture, and the user must satisfy itself that all necessary rights, consents or permission as may be required for reproduction are secured.

Alaska Stock has identified the caption for each image to the best of its ability, but cannot be held responsible for erroneous or incomplete caption information. Alaska Stock makes no representation or warranties as to the accuracy of the content, or that the use of the site will be uninterrupted or error free. The use of the AlaskaStock.com web site is at your own risk.

All rights not specifically granted herein to you are reserved for Alaska Stock's use and disposition without any limitations whatsoever.

### General Disclaimers and Limitation of Liability

**ALASKA STOCK MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE IMAGES, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. ALASKA STOCK SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER PERSON OR ENTITY FOR ANY GENERAL, PUNITIVE, SPECIAL, INDIRECT, CONSEQUENTIAL OR INCIDENTAL DAMAGES, OR LOST PROFITS OR ANY OTHER DAMAGES, COSTS OR LOSSES ARISING OUT OF LICENSEE'S USE OF THE IMAGES OR OTHERWISE, EVEN IF ALASKA STOCK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, COSTS OR LOSSES.**

**ALASKA STOCK'S MAXIMUM LIABILITY ARISING OUT OF OR IN CONNECTION WITH LICENSEE'S USE OF OR INABILITY TO USE THE IMAGES (WHETHER IN CONTRACT, TORT OR OTHERWISE) SHALL, TO THE EXTENT PERMITTED BY LAW, BE LIMITED TO THE VALUE OF THE LICENSE PAID BY THE LICENSEE FOR THE IMAGE(S).**

**THE REPRESENTATIONS AND WARRANTIES MADE BY ALASKA STOCK IN THIS AGREEMENT APPLY ONLY TO THE IMAGE(S) AS DELIVERED BY ALASKA STOCK AND WILL BE INVALID IF THE IMAGE(S) IS USED BY LICENSEE IN ANY MANNER NOT SPECIFICALLY AUTHORIZED IN THIS AGREEMENT OR IF LICENSEE IS OTHERWISE IN BREACH OF THIS AGREEMENT.**

## 15. Entire Agreement

This agreement incorporates the entire understanding of the parties concerning the subject matter contained herein. No variation of any of the terms in this agreement shall be effective unless agreed to in writing by an authorized representative of Alaska Stock (Licensor) and you (Licensee).

end

# TERMS AND CONDITIONS OF DELIVERY AND USE

1. OWNERSHIP OF PHOTOGRAPHS: All photographs submitted by Alaska Stock Images remain the property of the individual photographer whose name appears on the transparency mount and are protected by copyright.

2. USE OF IMAGES AND PAYMENT: All images submitted are copyrighted and you agree not to reproduce or use them in any manner including but not limited to layouts, photostats, scanning, digitalization or color separations until you first negotiate and pay our invoice for the uses you require. Publication or use of any image is conditioned on our receipt of full payment of our invoice and your use of proper copyright notice. The "USE LICENSE AND INVOICE" we grant is only to you and cannot be assigned or transferred without proper written consent. Your use of an image is strictly limited to the parameters established on the front of our "USE LICENSE AND INVOICE" under "Use Rights Granted". Any use beyond those specified is a violation of U.S. copyright law.

3. RESPONSIBILITY OF IMAGES & FEES FOR LOST OR DAMAGED IMAGES: THESE IMAGES ARE EXTREMELY VALUABLE---HANDLE WITH EXTREME CARE. All images, disks or tapes containing images must be returned in the same condition as delivered. You assume all risk for the safe, prepaid return of all images and disks to us. In view of their uniqueness it would be extremely difficult and impractical to fix their exact individual value. Accordingly we both agree that the reasonable liquidated value of each lost or damaged original transparency is $1500. You agree to pay us $1500 for each lost or damaged original transparency and we agree to limit our claim to that amount. You agree to pay us $100 for each lost or damaged duplicate image or disk. You agree to assume full liability for your employees, agents, messengers, printers, shippers and freelance researchers for any loss, damage or misuse of the images.

5. DIGITAL FILES CREATED FROM OUR IMAGES: Any and all digital files which you have created and stored in ANY format including but not limited to hard disk, tape, optical disk, CD-ROM, floppy disk or other media MUST BE DESTROYED after your use of the image(s) is completed unless you plan to re-license use of the image, in which case you must notify us for a fee reassessment.

6. SERVICE CHARGES: Alaska Stock Images charges a normal research fee of $50-125 depending on research size. Research fees are waived if any images are used and paid for. If image mounts are damaged or altered you will be charged $25 for each mount. Alaska Stock Images charges for any courier fees to deliver these images to you. If you or your client decide to eliminate any image(s) from use after you have paid our invoice, Alaska Stock Images will refund 50% of the use fee paid.

7. HOLDING FEES: All images are delivered for a 21 day review period. Images which are not serious candidates for use must be returned within this period or you will be charged a holding fee of $1.00 per image per day. Please call if you need to hold the images longer.

8. PHOTO CREDIT: You acknowledge our photographer's copyright ownership and agree to take all appropriate action to protect the photographer's copyright by placing copyright notice as close to the image as practical on any use except advertising uses. All editorial uses must have accompanying photo credit or use fee will be doubled. Copyright notice must follow this format: © (current year) Photographer name/Alaska Stock Images.

9. MODEL/PROPERTY RELEASES: Only if an image has the remark "MR" &/or "PR" is this image released. We will verify this release upon request. Any other images may or may not have a release available. Please call to see if such a release is available. Alaska Stock Images is not responsible for the validity of any model releases and you assume full responsibility for your use of the image.

10. WAIVERS: No action of ours, other that an express written waiver may be construed as a waiver of any clause of this contract. In the event we waive any specific part of this contract it does not mean we waive any other part.

11. DISPUTES: Any and all disputes, with the exception of copyright claims, arising out of, under or in connection with this agreement including, without limitation, the validity, interpretation, performance and breach hereof, shall be settled by arbitration in Anchorage, Alaska, pursuant to the rules of the American Arbitration Association. Judgment upon the award rendered may be entered in the highest court of the forum, State or Federal, having jurisdiction. This agreement, it's validity and effect, shall be interpreted under and governed by the laws of the State of Alaska. Copyright claims shall be brought in the Federal Court having jurisdiction.

12. If Alaska Stock Images is caused to present claims or suit as a result of any breach of the above terms set forth, it shall be made whole for such reasonable legal fees or costs by recipient or user herein.

13. This contract contains all the terms of this agreement between us concerning delivery and review of images, and no terms or conditions may be changed unless made in writing and signed by both of us.

IF YOU DO NOT AGREE TO OUR TERMS ABOVE, PLEASE RETURN OUR IMAGES IMMEDIATELY.

Alaska Stock v. Pearson                    000271

# TERMS AND CONDITIONS OF DELIVERY AND USE

Submission of images for examination or use is conditioned upon recipient agreeing to all the terms contained herein. If you object to any of these terms, including the arbitration or stipulated damage provisions, you must return the images immediately.

1. **OWNERSHIP OF PHOTOGRAPHS** All photographs submitted by Alaska Stock are protected by copyright and remain the property of the individual photographer whose name appears on the transparency mount. Recipient does not acquire any right, title or interest in or to any image, including, without limitation, any electronic reproduction or promotional rights, and will not make, authorize or permit any use of the particular photograph(s), plate(s) or digital files made therefrom other than as specified herein. Full credit and copyright information must remain with file.

2. **USE OF IMAGES AND PAYMENT** All images submitted are copyrighted and you agree not to reproduce or use them in any manner including but not limited to layouts, photostats, scanning, digitalization or color separations until you first negotiate a use fee and pay our invoice for the uses you require. Time is of the essence in the performance by Recipient of its obligations for payments and return of Images hereunder. No rights are granted until payment is made to Alaska Stock, even though Recipient has received an invoice. The "INVOICE & COPYRIGHT LICENSE" we grant is only to you and cannot be assigned or transferred without our proper written consent. Your use of an image is strictly limited to the parameters established on the front of our "INVOICE & COPYRIGHT LICENSE" under "Use Rights Granted". Any use beyond those specified is a violation of U.S. copyright law. Should you fail to pay this invoice, we will contact your end client to notify them they are in violation of the US copyright law and proceed with legal proceedings.

3. **RESPONSIBILITY OF IMAGES & FEES FOR LOST OR DAMAGED IMAGES** THESE IMAGES ARE EXTREMELY VALUABLE—HANDLE WITH EXTREME CARE. Recipient is responsible for loss or damage to the Images delivered to it, from time of receipt until their return to Alaska Stock. Recipient shall be responsible for safe delivery and return of all images, disks or tapes containing images to Alaska Stock and shall indemnify Alaska Stock against any loss or damage to Images in transit or while in the possession of Recipient. This agreement is not considered a bailment and is specifically conditioned upon the item so delivered being returned to Alaska Stock in the same condition as delivered. Projection of transparencies is not permitted. Recipient assumes an insurer's liability herein for the safe and undamaged return of the Images to Alaska Stock. Such Images are to be returned by bonded messenger or by registered mail (return receipt requested), prepaid and fully insured. The monetary damage for loss or damage of an original color transparency or photograph shall be determined by the value of each individual photograph. Recipient agrees, however, that the reasonable value of such lost or damaged original photograph or transparency shall be Fifteen Hundred ($1,500.00) Dollars and that the reasonable value of such lost or damaged duplicate photograph, transparency or electronic storage device, shall be seventy-five ($75.00) Dollars. Alaska Stock agrees to the delivery of the goods herein only upon the express covenant and understanding by Recipient that the terms contained in this Paragraph 4 are material to this agreement. Recipient assumes full liability for its employees, agents, assigns, messengers and free-lance researchers for the loss, damage or misuse of the Images. If, after you pay for a lost image(s), you should find that lost image(s) within 120 days of the date of our first invoice for lost image(s), Alaska Stock will reimburse you 50% of the fee you paid. Any payment you make to us for lost or damaged originals is non-refundable should the lost image(s) be found beyond 120 days of our first invoice for loss. The payment by Recipient for a lost or damaged image(s) in no way gives Recipient any use rights to the image(s) and the image(s) must be returned to Alaska Stock.

4. **DIGITAL FILES CREATED FROM OUR IMAGES** Any and all digital files which you have created and stored in ANY format including but not limited to hard disk, tape, optical disk, CD-ROM, floppy disk or other media MUST BE DESTROYED after your use of the image(s) is completed unless you plan to re-license use of the image, in which case you must notify us for a fee reassessment. Should Alaska Stock deliver to you digital files of our images, the delivery of those digital files is solely an accommodation to our clients. Alaska Stock does not warrant that the digital delivery will be on a timely basis, uninterrupted, error free or compatible with a client's particular system. Alaska Stock makes no warranty, either express or implied, including without limitation, any implied warranties of merchantability or fitness for a particular purpose. In no event shall Alaska Stock be liable for any direct, indirect, incidental, special or consequential damages arising out of or relating to the digital delivery of any image or otherwise.

5. **SERVICE CHARGES** Payment herein is to be net thirty (30) days. A service charge of two (2%) percent per month on any unpaid balance will be charged thereafter. Any claims for adjustment or rejection of terms must be made to Alaska Stock within ten (10) days after receipt of invoice. If image mounts are damaged or altered you will be charged $25 for each damaged mount. Unless otherwise agreed upon, Alaska Stock will bill you for any courier fees to deliver these images to you. Rights are being reserved to recipient when an invoice is created. If recipient does not use the invoiced image, it must notify Alaska Stock within thirty (30) days from receipt of the invoice. If recipient fails to do so, it is responsible for full payment on the invoice.

6. **HOLDING FEES** All images are delivered for a 21 day review period. Images which are not serious candidates for use must be returned within this period or you will be charged a holding fee of $5.00 per image per week. Please call if you need to hold the images longer.

7. **PHOTO CREDIT** Images used editorially must bear a credit line which must follow this format: © YEAR Photographer name/Alaska Stock. Should you fail to show our copyright notice as outlined above, the use fee will be doubled. Recipient must register copyright in their name to afford protection to the photograph. Such copyright shall be immediately reassigned to Alaska Stock upon request, without charge. No photo credit is needed when used for advertising purposes.

8. **RELEASES** You can assume that images marked "MR" &/or "PR" are released. However, no model releases or other releases exist on any Images unless the existence of such release is specified in writing by Alaska Stock. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any Images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular photograph involved. User will hold Alaska Stock harmless from all claims for the use of the Images, including defamatory use. Alaska Stock gives no rights or warranties with respect to the use of names, trademark, logo types, registered or copyrighted designs or works of art depicted in any picture, and the client must satisfy himself that all necessary rights, consents or permission as may be required for reproduction are secured. Alaska Stock does not purport to own the copyright to any historical images it provides and that the user is responsible for obtaining any necessary permissions.

9. **WAIVERS & MISC.** No action of ours, other than an express written waiver may be construed as a waiver of any clause of this contract. In the event we waive any specific part of this contract it does not mean we waive any other part.

10. All rights not specifically granted herein to Recipient are reserved for Alaska Stock's use and disposition without any limitations whatsoever.

11. Recipient agrees that the above terms are made pursuant to Article 2 of the UNIFORM COMMERCIAL CODE and agrees to be bound by same. Objection to any terms must be made in writing within ten (10) days of receipt of this memo.

12. This contract contains all the terms of the agreement between us (Alaska Stock and recipient) concerning delivery and review of images, and no term or conditions may be added or deleted unless made in writing and signed by both of us. These terms and the terms of any subsequent invoice & copyright license supersede any and all terms of the client's purchase order. Any invoice & copyright license we may issue, may contain additional terms relating to the rights granted and the type of use allowed.

## DISPUTES OR CLAIMS ARISING OUT OF SUBMISSION AND/OR USE

13. Any and all disputes, with the exception of copyright claims, arising out of, under or in connection with this agreement, including, without limitation, the validity, interpretation, performance and breach hereof, shall be settled by arbitration in Anchorage, Alaska pursuant to the rules of the American Arbitration Association. Judgment upon the award rendered may be entered in the highest court of the forum, State or Federal, having jurisdiction. This agreement, its validity and effect, shall be interpreted under and governed by the laws of the State of Alaska. If recipient of this contract is an agent for or an employee of a non-U.S. company but operates in a place of business in the United States or its territories, said recipient expressly agrees that any dispute regarding this contract shall be adjudicated within the United States in the manner described here.

14. Copyright claims shall be brought in the Federal Court having jurisdiction.

15. If Alaska Stock is caused to present claims or suit as a result <span>Alaska Stock v. Pearson</span> set forth, it shall be made whole for such reasonable legal fees or costs by recipient or user herein.

Alaska Stock v. Pearson     000272

# TERMS AND CONDITIONS OF DELIVERY AND USE

THIS IS A LEGAL AGREEMENT BETWEEN YOU AND ALASKA STOCK LLC, (hereafter "AlaskaStock"). BY ACCEPTING THE IMAGES YOU AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT. If you object to any of these terms, including the arbitration or stipulated damage provisions, you must return the images immediately or notify us in writing. These terms cover all Photographs, transparencies, negatives, illustrations & digital images whether reproduced and/or delivered in digital or analog form and are hereafter referred together inclusively as "images".

1. **OWNERSHIP OF IMAGES** All images submitted by Alaska Stock are protected by copyright and remain the property of the individual contributor who made the image. Recipient does not acquire any right, title or interest in or to any image, including, without limitation, any electronic reproduction or promotional rights, and will not make, authorize or permit any use of the particular image(s), plate(s) or digital files made from said image(s) other than as specified herein. Full credit and copyright information must remain with any file. . Alaska Stock represents that it has the right to grant the license on behalf of the contributor.

2. **USE OF IMAGES AND PAYMENT** you agree not to reproduce or use any submitted images in any manner including but not limited to layouts, photostats, scanning, digitalization or color separations until you first negotiate a use fee and pay our invoice for the uses you require. Time is of the essence in the performance by Recipient of its obligations for payments and return of Images hereunder. No rights are granted until payment is made to Alaska Stock, even though Recipient has received an invoice. The "INVOICE & COPYRIGHT LICENSE" we grant is only to you and cannot be assigned or transferred without our written consent from Alaska Stock. Your use of an image is strictly limited to the parameters established on the front of our "INVOICE & COPYRIGHT LICENSE" under "Use Rights Granted". Any use beyond those specified is a violation of U.S. copyright law. Should you fail to pay this invoice, we will contact your end client to notify them they are in violation of the US copyright law and proceed with copyright infringement legal proceedings against both you and your end client. In the event material from Alaska Stock is published our used in any way without first obtaining a proper invoice & copyright license for that use, Alaska Stock may seek damages against the agent or the end user of the material. At its option Alaska Stock may issue a retroactive use license for material used without proper license in place prior to use. Unless specifically stated under "Use Rights Granted" licenses do not include any form of electronic reproduction of the image. Image may not be used in re-releases, subsequent or collective editions without first obtaining additional use rights.

3. **RESPONSIBILITY FOR IMAGES & FEES FOR LOST OR DAMAGED IMAGES**: THESE IMAGES ARE EXTREMELY VALUABLE---HANDLE WITH EXTREME CARE. Recipient is responsible for loss or damage to the Images delivered to it, from time of receipt until their return to Alaska Stock. Recipient shall be responsible for safe delivery and return of all images, disks or tapes containing images to Alaska Stock and shall indemnify Alaska Stock against any loss or damage to Images in transit or while in the possession of Recipient. This agreement is not considered a bailment and is specifically conditioned upon the item so delivered being returned to Alaska Stock in the same condition as delivered. Projection of transparencies is not permitted. Recipient assumes an insurer's liability herein for the safe and undamaged return of the Images to Alaska Stock. Such Images are to be returned by bonded messenger or by registered mail (return receipt requested), prepaid and fully insured. The monetary damage for loss or damage of an original color transparency or photograph shall be determined by the value of each individual photograph. Recipient agrees, however, that the reasonable value of such lost or damaged original photograph or transparency shall be One Thousand Seven Hundred Fifty ($1,750.00) Dollars and that the reasonable value of such lost or damaged duplicate photograph, transparency or electronic storage device, shall be one hundred ($100) dollars. Alaska Stock agrees to the delivery of the goods herein only upon the express covenant and understanding by recipient that the terms contained in this Paragraph 3 are material to this agreement. Recipient assumes full liability for its employees, agents, assigns, messengers and free-lance researchers for the loss, damage or misuse of the images. If, after you pay for a lost image(s), you should find that lost image(s) within 120 days of the date of our first invoice for lost image(s), Alaska Stock will reimburse you 50% of the fee you paid Any payment you make to us for lost or damaged originals is non-refundable should the lost image(s) be found beyond 120 days of our first invoice for loss. The payment by Recipient for a lost or damaged image(s) in no way gives Recipient any use rights to the image(s) beyond any uses originally paid for.

4. **DIGITAL FILES CREATED FROM OUR IMAGES**: You may not ARCHIVE, REPUBLISH or TRANSMIT images on any DATABASE without Alaska Stock's prior written consent. Any and all digital files which you have created and stored in ANY format including but not limited to hard disk, tape, optical disk, CD-ROM, DVD, floppy disk or other media MUST BE DESTROYED after your use of the image(s) is completed unless you plan to re-license use of the image, in which case you must notify us for a fee reassessment. Should Alaska Stock deliver to you digital files of our images, the delivery of those digital files is solely an accommodation to our clients. Alaska Stock does not warrant that the digital delivery will be on a timely basis, uninterrupted, error free or compatible with a client's particular system. Alaska Stock makes no warranty, either express or implied, including without limitation, any implied warranties of merchantability, quality of image or fitness for a particular purpose. In no event shall Alaska Stock be liable for any direct, indirect, incidental, special or consequential damages arising out of or relating to the digital delivery of any image or otherwise. ALWAYS REQUEST A PROOF FROM YOUR PRINTER BEFORE GOING TO PRESS.

5. **SERVICE CHARGES & REFUNDS** Payment herein is to be net thirty (30) days. A service charge of two (2%) percent per month on any unpaid balance will be charged thereafter. Any claims for adjustment or rejection of terms must be made by Alaska Stock within ten (10) days after receipt of invoice. If image mounts are damaged or altered you will be charged $25 for each damaged mount. Unless otherwise agreed upon, Alaska Stock will bill you for any courier fees to deliver these images to you. Rights are being reserved to recipient when an invoice is created. If recipient does not use the invoiced image, it must notify Alaska Stock within thirty (30) days from receipt of the invoice. If recipient fails to do so, it is responsible for full payment on the invoice.

6. **HOLDING FEES** All analog images are delivered for a 21 day review period. Images which are not serious candidates for use must be returned within this period or you will be charged a holding fee of $5.00 per image per week. *Please call if you need to hold the images longer.*

7. **PHOTO CREDIT & SAMPLES** Images used editorially must bear a credit line which must follow this format: © YEAR *Photographer name*/Alaska Stock.com Alaska Stock reserves the right to charge a treble fee for editorial use without a credit. Recipient must register copyright in their name to afford protection to the photograph. Such copyright shall be immediately reassigned to Alaska Stock upon request, without charge. No photo credit is needed when used for advertising purposes. User agrees to provide Alaska Stock with two copies of reproductions produced. It is agreed that Alaska Stock may use and publish the samples provided for its own self-promotion.

8. **RELEASES** No model releases or other releases exist on any Images unless the existence of such release is specified in writing by Alaska Stock. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any Images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular photograph involved. User will hold Alaska Stock harmless from all claims for the use of the Images, including defamatory use. Alaska Stock gives no rights or warranties with respect to the use of names, trademark, logo types, registered or copyrighted designs or works of art depicted in any picture, and the client must satisfy himself that all necessary rights, consents or permission as may be required for reproduction are secured. Alaska Stock does not purport to own the copyright to any historical images it provides and that the user is responsible for obtaining any necessary permissions.

9. **WAIVERS & MISC.** No action of ours, other than an express written waiver may be construed as a waiver of any clause of this contract. In the event we waive any specific part of this contract it does not mean we waive any other part.

10. All rights not specifically granted herein to Recipient are reserved for Alaska Stock's use and disposition without any limitations whatsoever.

11. Recipient agrees that the above terms are made pursuant to Article 2 of the UNIFORM COMMERCIAL CODE and agrees to be bound by same. Objection to any terms must be made in writing within ten (10) days of receipt of this memo.

12. If Alaska Stock is caused to present claims or suit as a result of any breach of the above terms set forth, it shall be made whole for such reasonable legal fees or costs by recipient or user herein.

## DISPUTES OR CLAIMS ARISING OUT OF SUBMISSION AND/OR USE

13. Any and all disputes, with the exception of copyright claims, arising out of, under or in connection with this agreement, including, without limitation, the validity, interpretation, performance and breach hereof, shall be settled by arbitration in Anchorage, Alaska pursuant to the rules of the American Arbitration Association. Judgment upon the award rendered may be entered in the highest court of the forum, State or Federal, having jurisdiction. This agreement, its validity and effect, shall be interpreted under and governed by the laws of the State of Alaska. If recipient of this contract is an agent for or an employee of a non-U.S. company but operates in a place of business in the United States or its territories, said recipient expressly agrees that any dispute regarding this contract shall be adjudicated within the United States in the manner described here. Copyright claims shall be brought in the Federal Court having jurisdiction.

14. This contract contains all the terms of the agreement between us (Alaska Stock and recipient) concerning delivery and review of images, and no term or conditions may be added or deleted unless made in writing and signed by both of us. These terms and the terms of any subsequent invoice & copyright license supersede any and all terms of the client's purchase order. Any invoice & copyright license we may issue is the sole and final source of the rights granted and the type of use authorized.



**Rights-Managed EULA**           **Royalty-Free EULA**

# RIGHTS-MANAGED & ROYALTY-FREE END USER LICENSE AGREEMENTS

### RIGHTS-MANAGED END USER LICENSE AGREEMENT

This is a legal agreement between you, or your company, firm or other organization ("Licensee" or "You"), and Alaska Stock, LLC, ("Alaska Stock" or "Licensor"), for licensing reproduction rights for any image(s) on this web site or that are sent to you electronically from Alaska Stock. Please read this agreement carefully before purchasing, downloading or using any images from Alaska Stock, whether from this website or sent to you from our office. Your right to reproduce an image(s) is subject to the terms, conditions and restrictions set forth in this agreement as well as our general Terms of Use or use of this web site, and is conditioned upon your full payment of the license fee prior to your reproduction of the image(s). By clicking the "I accept" button or by downloading any image(s), you agree to be bound by the terms of this agreement. If you do not agree to be bound by all of the sections on this license agreement, do not purchase an image(s) from this site but instead click on the "cancel" button to decline this agreement and do not download and do not download any image(s).

If you are entering into this agreement on behalf of your employer, the license granted and restrictions and limitations recited herein apply to your employer, and to you as a representative of your employer.

### 1. Grant of License and Payment

You agree not to reproduce or use the High-Resolution image(s) in any manner whatsoever including but not limited to layouts, "comps", color separations or your final product ( ad, magazine layout, etc.) until you first negotiate a use fee and pay our invoice for the uses you require. (Low-resolution images, including Thumbnails and Previews, may be used in materials for Test or Sample use ONLY, including Comps and Layouts.)

No rights are granted until payment is made in full to Alaska Stock, even though you have received an INVOICE & USE RIGHTS LICENSE. The INVOICE & USE RIGHTS LICENSE we grant is only to you and cannot be assigned or transferred without our proper written consent. Your use of an image is strictly limited to the parameters established on our INVOICE & USE RIGHTS LICENSE under "Use Rights Granted". Any use beyond those specified under "Use Rights Granted" is a violation of U.S. copyright law. Should you fail to pay our invoice, we will contact your end client to notify them they are in violation of the U.S. copyright law and proceed with legal proceedings. In the event material from Alaska Stock is published or used in any way without first obtaining a proper INVOICE & USE RIGHTS LICENSE for that use, Alaska Stock may seek damages against you and/or the end user of the material for copyright infringement. At its option, Alaska Stock may issue a retroactive use license for material used without proper license in place prior to use. Unless specifically stated under "Use Rights Granted", licenses do not include any form of electronic reproduction of the image. Image may not be used in re-releases, additional press runs, a longer period of time than specified, subsequent or collective editions without first obtaining additional use rights.

### 2. Restrictions as to Use of Image(s).

The Image(s) is/are strictly limited to the specific use, medium, period of time, print run, placement, size of image, territory and any other restrictions specified on our INVOICE & USE RIGHTS LICENSE. The terms specified on the INVOICE & USE RIGHTS LICENSE shall not be modified without the express written consent of Alaska Stock. Any attempted deviation from the terms of our INVOICE & USE RIGHTS LICENSE is a violation of this agreement and the copyright act and shall nullify Alaska Stock's indemnity

Alaska Stock v. Pearson

000274

obligations, and the representations and warranties made by Alaska Stock hereunder. Fees assessed for your use of the Image(s) depends on the nature of the rights granted. You shall not undertake any expanded use of the Image(s) without the prior approval of Alaska Stock and the payment of any additional use fees required by Alaska Stock for such expanded use. You shall promptly notify Alaska Stock of any expanded use of the Image(s) for which you have not received Alaska Stock's prior approval, and shall pay to Alaska Stock any additional Use Fee required by Alaska Stock for such expanded use.

Any rights we grant to you for image(s) from this web site are non-transferable. You may not re-sell, rent, loan, give, sublicense, or otherwise transfer to anyone the image(s) or the right to reproduce the image(s) (except insofar as it has been incorporated by you into one of the permitted uses outlined in the INVOICE & USE RIGHTS LICENSE) and nothing you produce shall grant or purport to grant to any third party a right to reproduce or duplicate the image(s). You agree to take all commercially reasonable steps to prevent third parties from reproducing, duplicating, or distributing the image(s).

Licensee may not incorporate the licensed Image in any logo, trademark or service mark.

Licensee may not archive, republish or transmit any images on any database or to a network or bulletin board or otherwise distribute or allow any of the Images to be distributed to or used by anyone other than the authorized users, without prior written consent from ALASKA STOCK.

Licensee may not use the Image(s) contrary to any restriction on use provided to Licensee prior to or at the time the Image is delivered to Licensee. Restrictions may be provided with the Image information located on ALASKA STOCK'S or any authorized distributor's website or otherwise communicated.

Licensee may not use any of the Images in any manner prohibited by any export laws, restrictions or regulations.

Licensee may not use any Image in a manner that is defamatory, pornographic or obscene, whether directly or in context or juxtaposition with specific subject matter.

### 3. Overdue Invoices
Your use of the image(s) is predicated on the payment in full for the use of the image(s). Should you use an image(s) and not make full payment, you are in violation of U.S. copyright law and subject to penalties. In such a case, Alaska Stock reserves the right, in its sole discretion, to revoke the license if payment is not made in full, and may use all legal means to collect damages. Unless you pay immediately by Credit Card, all invoices are payable net thirty (30) days or previous to your use of the image, whichever comes first. A finance charge of 1.5% per month will be applied on any balances unpaid after thirty (30) days.

### 4. License Cancellation Fee
If Alaska Stock receives your request in writing to cancel the License within 30 (30) days of the date of downloading or otherwise taking delivery of the Image(s), Alaska Stock may cancel this License Agreement and issue a credit to your account or credit card equal to one hundred percent (100%) of the License fee. No refunds or cancellations will be accepted after thirty (30) days with the subsequent exception as mentioned in Section 7, "Warranty and Limitation of Liability", Paragraph 2.

### 5. Additional Rights
If you are unsure of your usage rights under this agreement, or if you wish to use an image(s) in a manner not specified or permitted under this agreement, please contact Alaska Stock by telephone at 800-487-4285 or e-mail: infoweb@alaskastock.com.

### 6. Copyright & Unauthorized Use/Retroactive License Fee
All images on this web site are copyrighted and subject to the copyright law. Alaska Stock and its represented photographers, who shot the image(s), own all rights to the image(s). All rights not specifically granted to you by the INVOICE & USE RIGHTS LICENSE are reserved. Any use beyond those specified under "Use Rights Granted" is a violation of U.S. copyright law.

You agree to provide applicable copyright notice and/or protection of image(s) in your final product. You do not acquire any right, title or interest in or to any image(s) by the download of an image(s) or by the granting of the license to reproduce an image(s). No copyright material shall be removed from any digital file.

Since it is difficult to determine damages resulting from unauthorized usage, in the event you utilize an Image other than for the usage indicated on our Invoice, we agree to forego our right to sue you for copyright infringement and you agree to pay, as liquidated damages, a retroactive license equal to ten (10) times the normal price we would have charged for such unauthorized use within ten (10) days of our

Alaska Stock v. Pearson

000275

billing such fee. If you fail to timely make such payment, this liquidated damage provision shall be void and we shall have the right to sue for copyright infringement and/or breach of contract, for which we will shall seek all damages and remedies available, including attorney's fees and all associated costs.

**7. Photo Credit & Samples**

The following credit line must appear adjacent to any licensed image(s) utilized in an editorial manner: (Photographer's name)/Alaska Stock.com. We will provide you the name of the photographer upon licensing the image. Unless otherwise agreed in writing, if any Licensed image(s) you reproduce for editorial purposes (i.e., for any non-promotional purpose) omits the credit line specified above, or any other credit line specified by Alaska Stock, the use fee will be doubled. No photo credit is needed when used for advertising purposes.

You agree to provide Alaska Stock with two copies of reproductions produced. It is agreed that Alaska Stock may use and publish the samples provided for its own self-promotion in print or electronic form.

**8. Warranty and Limitation of Liability**

ALASKA STOCK warrants that: (i) it has all necessary rights and authority to enter into and perform this Agreement; and (ii) the digital or analog copy of the Licensed image(s) in the form downloaded by you or delivered by Alaska Stock by any means to you will be free from defects in material and workmanship (not including "artifacts" or other flaws inherent in prints of the particular vintage) for thirty (30) days from the date of delivery. The sole and exclusive remedy for a breach of the foregoing warranty is the replacement of the digital or analog copy of the Licensed Material or refund of the License fee paid by you, at Alaska Stock's option.

The representations and warranties of Alaska Stock made herein will have no force or effect if the licensed image(s) are used by you in any manner not specifically authorized in this agreement or you are otherwise in breach of this agreement.

Without limiting the foregoing, Alaska Stock gives no rights or warranties with respect to the use of names, trademark, logo types, registered or copyrighted designs or works of art depicted in any picture, and the user must satisfy itself that all necessary rights, consents or permission as may be required for reproduction are secured.

Alaska Stock has identified the caption for each image to the best of its ability, but cannot be held responsible for erroneous or incomplete caption information. Alaska Stock makes no representation or warranties as to the accuracy of the content, or that the use of the site will be uninterrupted or error free. The use of the AlaskaStock.com web site is at your own risk.

All rights not specifically granted herein to you are reserved for Alaska Stock's use and disposition without any limitations whatsoever.

GENERAL DISCLAIMERS AND LIMITATION OF LIABLILITY

ALASKA STOCK MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE IMAGES, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. ALASKA STOCK SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER PERSON OR ENTITY FOR ANY GENERAL, PUNITIVE, SPECIAL, INDIRECT, CONSEQUENTIAL OR INCIDENTAL DAMAGES, OR LOST PROFITS OR ANY OTHER DAMAGES, COSTS OR LOSSES ARISING OUT OF LICENSEE'S USE OF THE IMAGES OR OTHERWISE, EVEN IF ALASKA STOCK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, COSTS OR LOSSES.

ALASKA STOCK'S MAXIMUM LIABILITY ARISING OUT OF OR IN CONNECTION WITH LICENSEE'S USE OF OR INABILITY TO USE THE IMAGES (WHETHER IN CONTRACT, TORT OR OTHERWISE) SHALL, TO THE EXTENT PERMITTED BY LAW, BE LIMITED TO THE VALUE OF THE LICENSE PAID BY THE LICENSEE FOR THE IMAGE(S).

THE REPRESENTATIONS AND WARRANTIES MADE BY ALASKA STOCK IN THIS AGREEMENT APPLY ONLY TO THE IMAGE(S) AS DELIVERED BY ALASKA STOCK AND WILL BE INVALID IF THE IMAGE(S) IS USED BY LICENSEE IN ANY MANNER NOT SPECIFICALLY AUTHORIZED IN THIS AGREEMENT OR IF LICENSEE IS OTHERWISE IN BREACH OF THIS AGREEMENT.

**9. Indemnification**

You agree to indemnify and to hold Alaska Stock, its officers, directors, employees, photographers and agents harmless from any claims, liabilities, losses and damages (including reasonable attorney's fees and expenses) arising from any use or reproduction of the image(s) and/or use of the AlaskaStock.com web site.

Alaska Stock v. Pearson

000276

**10. Condition of Licensed Image(s)**
You are responsible for examining all licensed image(s) for possible defects prior to reproduction. Alaska Stock shall not be liable for any loss or damage suffered by you or any third party, whether directly or indirectly, arising from any alleged or actual defect in any Licensed image(s) or its caption or in any way from its reproduction.

**11. Releases**
Images marked on the preview page: "This image is released" have a valid model and/or property release. However, no model releases or other releases exist on any Images unless the existence of such release is specified in writing by Alaska Stock. To avoid mistakes, always double check with us to be sure an image marked "released" is indeed released and ask us to obtain a free copy of that release. You shall indemnify Alaska Stock against all claims arising out of the use of any Images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular photograph involved. Alaska Stock does not purport to own the copyright to any historical images it provides and that the user is responsible for obtaining any necessary permissions.

Model releases are available on Image(s) containing models upon request. Names are removed to protect the privacy of the model. Other than model releases for recognizable persons, ALASKASTOCK grants no rights and makes no warranties with regard to the use of names, unrecognizable people, trademarks, trade dress, registered, unregistered or copyrighted designs or works of art or architecture depicted in any Image, and Licensee must satisfy itself that all the necessary rights or consents regarding any of the above, as may be required for reproduction, have been obtained.

**12. Sensitive Use Disclaimer**
No images from this web site may be used in connection with any potentially sensitive issue including, but not limited to sex, sexual preference, pornography, diseases of any kind, drug or alcohol abuse, domestic violence, mental or physical abuse, substance abuse, alcohol, tobacco products, pregnancy, birth control, physical or mental challenges, homelessness, political campaigns, plastic or cosmetic surgery or possible defamation or disparagement of character or product, without obtaining prior written consent from Alaska Stock.

You may not use the Images in any manner that would be deemed offensive to the model. Offensive uses include but are not limited to the use of an Image that involves or implies illegal activities, adverse medical conditions or procedures, other adverse health or mental health issues, substance abuse, welfare or economic aid, dating agencies, sexual preference, abortion and adoption, political or religious affiliation, smoking or alcohol usage, feminine hygiene, incontinence or impotence, pornography, diseases of any kind, mental or physical abuse, alcohol or tobacco products, pregnancy, birth control, physical or mental challenges, homelessness, plastic or cosmetic surgery or possible defamation or disparagement of character or product.

If any Image featuring a model is used in (i) a manner that would lead a reasonable person to believe that the model personally uses or endorses a product or service; or (ii) in connection with a subject that would be unflattering or controversial to a reasonable person, Licensee must acAlaska Stock each such use with a conspicuous statement that indicates that the person so pictured is a model and the Image is used for illustrative purposes only.

You agree that you will not use the images for any unlawful purpose, or to defame any person, or to violate any person's right of privacy or publicity, or to infringe upon any trade name, trademark or service mark or any entity.

**13. Electronic Delivery and Storage**
For all licensed image(s) that you take digital delivery of, you must provide the copyright symbol, our company name ( Alaska Stock ) and the Image Identification Number as part of the electronic file. In addition, you may only use a single copy of the image(s) on a single computer. You may only download the image(s) onto one (1) computer hard drive or other computer medium and may not otherwise make, use or distribute copies of the image(s) for any purpose except as otherwise provided in this agreement and the INVOICE & USE RIGHTS LICENSE . Notwithstanding the foregoing, you shall be allowed to make one (1) backup copy for security reasons only. You may not use the image(s) on any image storage jukebox, network configuration or similar computer network arrangement. You must take all reasonable measures to safeguard against unauthorized third-party access to the Image(s).

Upon the expiration of the License or earlier termination of this agreement, any and all digital files which we supplied or you have created and stored in ANY format including but not limited to hard disk, tape, optical disk, CD-ROM, floppy disk or other media MUST BE DESTROYED from your computer or other

Alaska Stock v. Pearson

000277

electronic storage system unless you plan to re-license use of the image, in which case you must notify us immediately for a fee reassessment.

Should Alaska Stock deliver to you digital files of our images, the delivery of those digital files is solely an accommodation to our clients. Alaska Stock does not warrant that the digital delivery will be on a timely basis, uninterrupted, error free or compatible with a client's particular system. Alaska Stock makes no warranty, either express or implied, including without limitation, any implied warranties of merchantability or fitness for a particular purpose. In no event shall Alaska Stock be liable for any direct, indirect, incidental, special or consequential damages arising out of or relating to the digital delivery of any image or otherwise.

**14. Miscellaneous Terms**
No part of the content of Alaska Stock's catalogs or other advertising materials shall form a part of this agreement. No action of Alaska Stock, other than an express written waiver, may be construed as a waiver of any term of this agreement. A delay on the part of either party in the exercise of its rights or remedies will not operate as a waiver of such rights or remedies, and a single or partial exercise by a party of any such rights or remedies will not preclude other or further exercise of that right or remedy. A waiver of a right or remedy on any one occasion will not be construed as a bar to or waiver of those rights or remedies on any other occasion. Should any clause of this agreement be found unenforceable, that will not affect any other clause and each will remain in full force and effect. In the event of any inconsistency between the terms contained herein and the terms contained on any purchase order sent by you, the terms of this agreement shall govern.

The interpretation of this agreement shall be governed by the laws of the State of Alaska, United States of America. Any and all disputes, with the exception of copyright claims, arising out of, under or in connection with this agreement, including, without limitation, the validity, interpretation, performance and breach hereof, shall be settled by arbitration in Anchorage, Alaska pursuant to the rules of the American Arbitration Association. Judgment upon the award rendered may be entered in the highest court of the forum, State or Federal, having jurisdiction. This agreement, its validity and effect, shall be interpreted under and governed by the laws of the State of Alaska. If recipient of this contract is an agent for or an employee of a non-U.S. company but operates in a place of business in the United States or its territories, said recipient expressly agrees that any dispute regarding this contract shall be adjudicated within the United States in the manner described here. Copyright claims shall be brought in the Federal Court having jurisdiction. If Alaska Stock is caused to present claims or suit to you as a result of any breach of the above terms set forth, it shall be made whole for such reasonable legal fees or costs by recipient or user herein.

No action of ALASKA STOCK, other than express written, signed waiver may be construed as a waiver of any part of this EULA, and no employee of ALASKA STOCK is authorized to make an oral waiver.

**15. Entire Agreement**
This agreement incorporates the entire understanding of the parties concerning the subject matter contained herein. No variation of any of the terms in this agreement shall be effective unless agreed to in writing by an authorized representative of Alaska Stock (Licensor) and you (Licensee).

# ROYALTY-FREE END USER LICENSE AGREEMENT (EULA)

Licensing Images on a royalty free basis or broad rights basis still requires license terms, as the use is not unrestricted and the photos are not free of charge. Royalty free is generally understood as the licensing of an image without need to account for the number of uses and the period of use is unlimited, provided that all uses are considered permitted. Royalty free images are either sold as a collection in the form of a CD-ROM, or downloaded as a single image sale over the image library's web site.

PLEASE READ the following Terms and Conditions in their entirety carefully prior to purchasing, downloading or using any images from Alaska Stock, whether from this website or sent to you from our office. Once an Alaskan Express royalty-free image is purchased, or the seal broken on an Alaskan Express royalty-free CD you are bound by these terms and conditions. This is a legal agreement between you, or your company, firm or other organization ("Licensee" or "You"), and Alaska Stock, LLC, ("Alaska Stock" or "Licensor"), for use of any Alaska Stock royalty-free image(s) from this web site, our CD or that

Alaska Stock v. Pearson

000278

are sent to you electronically from Alaska Stock. Your right to reproduce an image(s) is subject to the terms, conditions and restrictions set forth in this agreement as well as our general Terms of Use or use of this web site, and is conditioned upon your full payment of the license fee prior to your reproduction of the image(s). By clicking the "I accept" button or by downloading any image(s), you agree to be bound by the terms of this agreement. If you do not agree to be bound by all of the sections on this license agreement, do not purchase an image(s) from this site but instead click on the "cancel" button to decline this agreement and do not download any image(s). By using any ALASKA Stock Royalty-Free image(s) you consent to be bound by the terms of this EULA.

If you are entering into this agreement on behalf of your employer, the license granted and restrictions and limitations recited herein apply to your employer, and to you as a representative of your employer.

When you pay for a royalty-free image(s) you do not own the image(s). We are not outright selling these image(s). You are purchasing a set of broad rights to use these image(s).

Royalty-Free images are NOT protected by ANY form of rights-protection. Anyone, including your competitors, may be using the same photo you are at the same time. If you require any form of rights-protection you should use Alaska Stock's Gold Collection of rights-protected images. With Alaska Stock's Gold Collection of rights-protected images you can be informed of any current or past use of the image. You can also secure exclusive rights using our rights-protected images.

1. License & Grant of Rights Subject to the terms of this license agreement, including payment in full, ALASKASTOCK grants Licensee a worldwide, non-transferable, non-exclusive right to reproduce, transmit and display, in whole or in part, the images purchased from ALASKASTOCK'S Royalty Free Image(s) (whether available as part of a CD-ROM collection of images or downloaded as a single–image) an unlimited number of times, in any and all media for the purposes described below. AlaskaStock represents that it has the right to grant the license herein. All other rights to the Image(s), CD-ROM and AlaskaStock materials, including without limitation, copyright and all other rights, are retained by ALASKASTOCK.

**2. Permitted Uses**

  a) Any print media, including advertising and promotional materials, editorial publications and consumer merchandise;
  b) Any Internet, intranet, Online or web-based media provided the resolution of the images does not exceed 72dpi and such use is not intended to allow re-distribution or re-use of the image(s);
  c) Broadcast and theatrical exhibitions;
  d) Products intended for resale; provided these products are not intended to allow the re-distribution or re-use of the Image(s);and
  e) Additional uses approved in writing by ALASKASTOCK

Licensee may alter, crop, modify or adapt the Images in connection with the above permitted uses. Licensee may make a back-up copy of the Image(s) for internal back-up purposes provided ALASKASTOCK'S copyright and any image identifying information is retained with the file. Limited, temporary transfers of the Images are permitted to third parties integral to the creation of the final product, provided such third parties agree to abide by the terms of this agreement.

**3. Number of Users / Seat License**
Licensee may use the Images on a server, image library or network configuration to be viewed by Licensee provided that no more than 10 persons (including part-time and freelance employees or agents) of Licensee can access the Images. This is NOT a simultaneous user agreement. Before permitting access to more than 10 persons, Licensee must purchase a separate seat license from ALASKASTOCK or its distributor for each additional individual user. Contact your sales representative at your distributor.

**4. Restrictions on Use**
Except as provide herein, Licensee may not

  a) sublicense, sell, assign, convey or transfer any of its rights under this Agreement
  b) sell, license or distribute its final product in such a way that permits Licensee's end users to extract or access the Images as a stand-alone file.
  c) Incorporate the Images into a logo, trademark or service mark.
  d) Distribute, post or upload the Image(s) online in a downloadable format.
  e) Use any Image in any way that could be considered defamatory, pornographic, libelous, immoral, obscene or fraudulent, or otherwise illegal manner whether directly or in context or juxtaposition with other materials.

f) Reverse engineer, decompile, translate, or disassemble any part of the Image(s).

g) Remove any copyright, trademark or watermark from any place where it appears on the Image(s).

h) Display the Image(s) in any digital electronic format or for any digital use at a resolution greater than 72 dpi, except in editorial or preliminary design work. Doing so will be viewed as an attempt to distribute the Image(s) in violation of this Agreement under 4 (b & d) above.

i) Establish your own rights for these images to third parties as AlaskaStock, its photographers or its licensors retain the full rights to the Image(s).

j) Use of the Image(s) to compete with AlaskaStock. AlaskaStock is in the business of licensing images to its customers. It is the specific intent of this provision to prohibit you from using the Image(s) to enter, either directly or indirectly, a similar or competing business.

k) Use the Image(s) in a product or service whereby the Image(s) can be used apart from a product or service.

l) Use the Images(s) in any downloadable format intended for multiple distribution including, without limitation, Web site templates, software products, e-greetings, etc.

m) Use Image(s) or part of the images for any use involving sensitive subject matters, as determined by AlaskaStock, including but not limited to the following: all sexual issues, sexually transmitted diseases, substance abuse, alcohol, tobacco, AIDS, cancer, obesity, mental ailments, Homosexual or alternative lifestyles, and physical or mental abuse, without advance written consent from AlaskaStock and any model in such Image(s). Sensitive subject use pertains to both commercial and editorial uses. Contact AlaskaStock for verification of model releases. Availability of model releases does not grant the right to use Image(s) in any sensitive subject matters.

## 5. Additional Terms including photo credits to be given

a) AlaskaStock reserves the right to (i) revoke the use of any Image(s) for any reason whatsoever; and (ii) notify you that certain Image(s), though already purchased and in use by you are no longer available for use. Upon such notification, the license to use such Image(s) shall automatically and immediately terminate.

b) AlaskaStock reserves the right to replace any Image(s) with an alternative Image for any reason. Upon notice of such replacement, the license for the replaced Image(s) immediately and, automatically, terminates for any use of the Image(s) that does not already exist, and this License Agreement shall automatically apply to any replacement Image(s). You agree not to use any replaced Image(s) with future uses, products or services and you shall take all reasonable steps to discontinue use of the replaced Image(s) in existing uses, products or services.

c) All other rights not expressly granted in this agreement are reserved for AlaskaStock.

d) The use of any Alaskan Express Collection image in editorial use requires the copyright notice "© [current year] "AlaskaStock Images" appear next to the Image(s) or on a credit page.

## 6. Sensitive Use Disclaimer & model endorsement

No images from this web site may be used in connection with any potentially sensitive issue including, but not limited to sex, sexual preference, pornography, diseases of any kind, drug or alcohol abuse, domestic violence, mental or physical abuse, substance abuse, alcohol, tobacco products, pregnancy, birth control, physical or mental challenges, homelessness, political campaigns, plastic or cosmetic surgery or possible defamation or disparagement of character or product, without obtaining prior written consent from Alaska Stock.

You may not use the Images in any manner that would be deemed offensive to the model. Offensive uses include but are not limited to the use of an Image that involves or implies illegal activities, adverse medical conditions or procedures, other adverse health or mental health issues, substance abuse, welfare or economic aid, dating agencies, sexual preference, abortion and adoption, political or religious affiliation, smoking or alcohol usage, feminine hygiene, incontinence or impotence, pornography, diseases of any kind, mental or physical abuse, alcohol or tobacco products, pregnancy, birth control, physical or mental challenges, homelessness, plastic or cosmetic surgery or possible defamation or disparagement of character or product.

If any Image featuring a model is used in (i) a manner that would lead a reasonable person to believe that the model personally uses or endorses a product or service; or (ii) in connection with a subject that would be unflattering or controversial to a reasonable person, Licensee must acAlaska Stock each such use with a conspicuous statement that indicates that the person so pictured is a model and the Image is used for illustrative purposes only.

You agree that you will not use the images for any unlawful purpose, or to defame any person, or to violate any person's right of privacy or publicity, or to infringe upon any trade name, trademark or service

Alaska Stock v. Pearson

000280

mark or any entity.

**7.Releases**

Images marked on the preview page: "This image is released" have a valid model and/or property release. However, no model releases or other releases exist on any Images unless the existence of such release is specified in writing by Alaska Stock. To avoid mistakes, always double check with us to be sure an image marked "released" is indeed released and ask us to obtain a free copy of that release. You shall indemnify Alaska Stock against all claims arising out of the use of any Images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular photograph involved. Alaska Stock does not purport to own the copyright to any historical images it provides and that the user is responsible for obtaining any necessary permissions.

Model releases are available on Image(s) containing models upon request. Names are removed to protect the privacy of the model. Other than model releases for recognizable persons, ALASKASTOCK grants no rights and makes no warranties with regard to the use of names, unrecognizable people, trademarks, trade dress, registered, unregistered or copyrighted designs or works of art or architecture depicted in any Image, and Licensee must satisfy itself that all the necessary rights or consents regarding any of the above, as may be required for reproduction, have been obtained.

**8. Indemnity**

Licensee agrees to indemnify and hold ALASKASTOCK harmless against all claims arising out of or in connection with any breach of this Agreement.

**9. Warranties**

ALASKASTOCK WARRANTS THE IMAGES TO BE FREE FROM DEFECTS IN MATERIAL AND WORKMANSHIP FOR 30 DAYS FROM DELIVERY. THE SOLE AND EXCLUSIVE REMEDY FOR A BREACH OF THE FOREGOING WARRANTY IS THE REPLACEMENT OF THE IMAGE(S).

ALASKA STOCK MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE IMAGES, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. ALASKA STOCK SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER PERSON OR ENTITY FOR ANY GENERAL, PUNITIVE, SPECIAL, INDIRECT, CONSEQUENTIAL OR INCIDENTAL DAMAGES, OR LOST PROFITS OR ANY OTHER DAMAGES, COSTS OR LOSSES ARISING OUT OF LICENSEE'S USE OF THE IMAGES OR OTHERWISE, EVEN IF ALASKA STOCK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, COSTS OR LOSSES.

ALASKA STOCK'S MAXIMUM LIABILITY ARISING OUT OF OR IN CONNECTION WITH LICENSEE'S USE OF OR INABILITY TO USE THE IMAGES (WHETHER IN CONTRACT, TORT OR OTHERWISE) SHALL, TO THE EXTENT PERMITTED BY LAW, BE LIMITED TO THE VALUE OF THE LICENSE PAID BY THE LICENSEE FOR THE IMAGE(S).

THE REPRESENTATIONS AND WARRANTIES MADE BY ALASKA STOCK IN THIS AGREEMENT APPLY ONLY TO THE IMAGE(S) AS DELIVERED BY ALASKA STOCK AND WILL BE INVALID IF THE IMAGE(S) IS USED BY LICENSEE IN ANY MANNER NOT SPECIFICALLY AUTHORIZED IN THIS AGREEMENT OR IF LICENSEE IS OTHERWISE IN BREACH OF THIS AGREEMENT.

Licensee may have additional rights under state law.

**10. Payment Terms**

No rights to use the Image(s) are granted until the invoice relating to the Image(s) is paid in full. Claims for adjustment of terms must be made to ALASKASTOCK or its distributor within five (5) days of the receipt of the invoice.

**11. Cancellation Policy for Royalty-Free Images:**

All licenses are final; no refunds or credits will be allowed. The breaking of the CD-ROM seal or downloading of a single-image is considered to be the complete fulfillment of ALASKASTOCK'S obligations.

**12. Copyright**

All images on this web site are copyrighted and subject to the copyright law. Alaska Stock and its represented photographers, who shot the image(s), own all rights to the image(s). All rights not specifically granted to you are reserved. Any use beyond those specified is a violation of U.S. copyright law.

You agree to provide applicable copyright notice and/or protection of image(s) in your final product. You do not acquire any right, title or interest in or to any image(s) by the download of an image(s) or by the

Alaska Stock v. Pearson

000281

granting of the license to reproduce an image(s). No copyright material shall be removed from any digital file.

### 13. Termination
The license contained in this Agreement will terminate automatically without notice from ALASKASTOCK if Licensee fails to comply with any provision of this Agreement. Upon termination, Licensee must immediately (i) stop using the Image(s), (ii) destroy or, upon the request of ALASKASTOCK, return the Images to ALASKASTOCK, and (iii) delete or remove the Images from Licensee's premises, computer systems and storage (electronic or physical).

### 14. Revocation
Licensor reserves the right to revoke the license to use any Image(s) for good cause and elect to replace such Image with an alternative Image. Upon notice of any revocation of a license for any Image(s), Licensee shall immediately cease using such Image (s), shall take all reasonable steps to discontinue use of the replaced Image(s) in products that already exist and shall inform all end-users and clients of same.

### 15. Severability
If one or more of the provisions contained in the Agreement is found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions shall not be affected. Such provisions shall be reformed only to the extent to make it enforceable.

### 16. Choice of Law
This Agreement will be governed in all respects by the laws of the State of Alaska, United States without reference to its laws relating to conflicts of law. Licensee agrees that the Federal District Court of the State of Alaska, Anchorage and the United States District Court for the District of Alaska, United States are the agreed and appropriate forums for any such suit, and consent to service of process by registered mail or overnight courier with proof of delivery. The United Nations Convention on Contracts for the International Sale of Goods does not govern this Agreement.

### 17. Waiver
No action of ALASKA STOCK, other than express written, signed waiver may be construed as a waiver of any part of this EULA, and no employee of ALASKA STOCK is authorized to make an oral waiver. You may not assign or transfer to anyone else the rights granted to you in this EULA, without our prior written consent. ALASKA STOCK may assign and transfer this EULA freely.

### 18. Entire Contract
This contract contains all the terms of the license agreement and no terms or conditions may be added or deleted unless made in writing and signed by an authorized representative of both parties.

close

Alaska Stock v. Pearson

000282

# TERMS AND CONDITIONS OF DELIVERY AND USE

THIS IS A LEGAL AGREEMENT BETWEEN YOU AND ALASKA STOCK LLC, (hereafter "AlaskaStock"). BY ACCEPTING THE IMAGES YOU AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT. If you object to any of these terms, including the arbitration or stipulated damage provisions, you must return the images immediately. These terms cover all Photographs, transparencies, negatives, illustrations & digital images whether reproduced and/or delivered in digital or analog form and are hereafter referred together inclusively as "images".

1. **OWNERSHIP OF IMAGES** All images submitted by Alaska Stock are protected by copyright and remain the property of the individual contributor who made the image. Recipient does not acquire any right, title or interest in or to any image, including, without limitation, any electronic reproduction or promotional rights, and will not make, authorize or permit any use of the particular image(s), plate(s) or digital files made from said image(s) other than as specified herein. Full credit and copyright information must remain with any file. Alaska Stock represents that it has the right to grant the license on behalf of the contributor.

2. **USE OF IMAGES AND PAYMENT** you agree not to reproduce or use any submitted images in any manner including but not limited to layouts, photostats, scanning, digitalization or color separations until you first negotiate a use fee and pay our invoice for the uses you require. Time is of the essence in the performance by Recipient of its obligations for payments and return of Images hereunder. No rights are granted until payment is made to Alaska Stock, even though Recipient has received an invoice. The "INVOICE & COPYRIGHT LICENSE" we grant is only to you and cannot be assigned or transferred without our written consent from Alaska Stock. Your use of an image is strictly limited to the parameters established on the front of our "INVOICE & COPYRIGHT LICENSE" under "Use Rights Granted". Any use beyond those specified is a violation of U.S. copyright law. Should you fail to pay this invoice, we will contact your end client to notify them they are in violation of the US copyright law and proceed with copyright infringement legal proceedings against both you and your end client. In the event material from Alaska Stock is published our used in any way without first obtaining a proper invoice & copyright license for that use, Alaska Stock may seek damages against the agent or the end user of the material. At its option Alaska Stock may issue a retroactive use license for material used without proper license in place prior to use. Unless specifically stated under "Use Rights Granted" licenses do not include any form of electronic reproduction of the image. Image may not be used in re-releases, subsequent or collective editions without first obtaining additional use rights.

3. **RESPONSIBILITY FOR IMAGES & FEES FOR LOST OR DAMAGED IMAGES: THESE IMAGES ARE EXTREMELY VALUABLE---HANDLE WITH EXTREME CARE.** Recipient is responsible for loss or damage to the Images delivered to it, from time of receipt until their return to Alaska Stock. Recipient shall be responsible for safe delivery and return of all images, disks or tapes containing images to Alaska Stock and shall indemnify Alaska Stock against any loss or damage to Images in transit or while in the possession of Recipient. This agreement is not considered a bailment and is specifically conditioned upon the item so delivered being returned to Alaska Stock in the same condition as delivered. Projection of transparencies is not permitted. Recipient assumes an insurer's liability herein for the safe and undamaged return of the Images to Alaska Stock. Such Images are to be returned by bonded messenger or by registered mail (return receipt requested), prepaid and fully insured. The monetary damage for loss or damage of an original color transparency or photograph shall be determined by the value of each individual photograph. Recipient agrees, however, that the reasonable value of such lost or damaged original photograph or transparency shall be One Thousand Seven Hundred Fifty ($1,750.00) Dollars and that the reasonable value of such lost or damaged duplicate photograph, transparency or electronic storage device, shall be one hundred ($100) dollars. Alaska Stock agrees to the delivery of the goods herein only upon the express covenant and understanding by recipient that the terms contained in this Paragraph 3 are material to this agreement. Recipient assumes full liability for its employees, agents, assigns, messengers and free-lance researchers for the loss, damage or misuse of the images. If, after you pay for a lost image(s), you should find that lost image(s) within 120 days of the date of our first invoice for lost image(s), Alaska Stock will reimburse you 50% of the fee you paid Any payment you make to us for lost or damaged originals is non-refundable should the lost image(s) be found beyond 120 days of our first invoice for loss. The payment by Recipient for a lost or damaged image(s) in no way gives Recipient any use rights to the image(s) beyond any uses originally paid for.

4. **DIGITAL FILES CREATED FROM OUR IMAGES:** You may not ARCHIVE, REPUBLISH or TRANSMIT images on any DATABASE without Alaska Stock's prior written consent. Any and all digital files which you have created and stored in ANY format including but not limited to hard disk, tape, optical disk, CD-ROM, DVD, floppy disk or other media MUST BE DESTROYED after your use of the image(s) is completed unless you plan to re-license use of the image, in which case you must notify us For a fee reassessment Should Alaska Stock deliver to you digital files of our images, the delivery of those digital files is solely an accommodation to our clients. Alaska Stock does not warrant that the digital delivery will be on a timely basis, uninterrupted, error free or compatible with a client's particular system. Alaska Stock makes no warranty, either express or implied, including without limitation, any implied warranties of merchantability, quality of image or fitness for a particular purpose. In no event shall Alaska Stock be liable for any direct, indirect, incidental, special or consequential damages arising out of or relating to the digital delivery of any image or otherwise. ALWAYS REQUEST A PROOF FROM YOUR PRINTER BEFORE GOING TO PRESS.

5. **SERVICE CHARGES & REFUNDS** Payment herein is to be net thirty (30) days. A service charge of two (2%) percent per month on any unpaid balance will be charged thereafter. Any claims for adjustment or rejection of terms must be made to Alaska Stock within ten (10) days after receipt of invoice. If image mounts are damaged or altered you will be charged $25 for each damaged mount. Unless otherwise agreed upon, Alaska Stock will bill you for any courier fees to deliver these images to you. Rights are being reserved to recipient when an invoice is created. If recipient does not use the invoiced image, it must notify Alaska Stock within thirty (30) days from receipt of the invoice. If recipient fails to do so, it is responsible for full payment on the invoice.

6. **HOLDING FEES** All analog images are delivered for a 21 day review period. Images which are not serious candidates for use must be returned within this period or you will be charged a holding fee of $5.00 per image per week. *Please call if you need to hold the images longer.*

7. **PHOTO CREDIT & SAMPLES** Images used editorially must bear a credit line which must follow this format: © YEAR *Photographer name* Alaska Stock.com Alaska Stock reserves the right to charge a treble fee for editorial use without a credit. Recipient must register copyright in their name to afford protection to the photograph. Such copyright shall be immediately reassigned to Alaska Stock upon request, without charge. No photo credit is needed when used for advertising purposes. User agrees to provide Alaska Stock with two copies of reproductions produced. It is agreed that Alaska Stock may use and publish the samples provided for its own self-promotion.

8. **RELEASES** No model releases or other releases exist on our Images unless the existence of such release is specified in writing by Alaska Stock. Recipient shall indemnify Alaska Stock against all claims arising out of the use of our Images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular photograph involved. User will hold Alaska Stock harmless from all claims for the use of the Images, including defamatory use. Alaska Stock gives no rights or warranties with respect to the use of names, trademark, logo types, registered or copyrighted designs or works of art depicted in any picture, and the client must satisfy himself that all necessary rights, consents or permission as may be required for reproduction are secured. Alaska Stock does not purport to own the copyright to any historical images it provides and that the user is responsible for obtaining any necessary permissions.

9. **WAIVERS & MISC.** No action of ours, other than an express written waiver may be construed as a waiver of any clause of this contract. In the event we waive any specific part of this contract it does not mean we waive any other part.

10. All rights not specifically granted herein to Recipient are reserved for Alaska Stock's use and disposition without any limitations whatsoever.

11. Recipient agrees that the above terms are made pursuant to Article 2 of the UNIFORM COMMERCIAL CODE and agrees to be bound by same. Objection to any terms must be made in writing within ten (10) days of receipt of this memo.

12. If Alaska Stock is caused to present claims or suit as a result of any breach of the above terms set forth, it shall be made whole for such reasonable legal fees or costs by recipient or user herein.

**DISPUTES OR CLAIMS ARISING OUT OF SUBMISSION AND/OR USE**

13. Any and all disputes, with the exception of copyright claims, arising out of, under or in connection with this agreement, including, without limitation, the validity, interpretation, performance and breach hereof, shall be settled by arbitration in Anchorage, Alaska pursuant to the rules of the American Arbitration Association. Judgment upon the award rendered may be entered in the highest court of the forum, State or Federal, having jurisdiction. This agreement, its validity and effect, shall be interpreted under and governed by the laws of the State of Alaska. If recipient of this contract is an agent for an employee of a non-U.S. company but operates in a place of business in the United States or its territories, said recipient expressly agrees that any dispute regarding this contract shall be adjudicated within the United States in the manner described here. Copyright claims shall be brought in the Federal Court having jurisdiction.

14. This contract contains all the terms of the agreement between us (Alaska Stock and recipient) concerning delivery and review of images, and no term or conditions may be added or deleted unless made in writing and signed by both of us. These terms and the terms of any subsequent invoice & copyright license supersede any and all terms of the client's purchase order. Any invoice & copyright license we may issue, may contain additional terms relating to the rights granted and the type of use allowed.

will be charged $25 for each damaged mount. Unless otherwise agreed upon, Alaska Stock will bill you for any courier fees to deliver these images to you. Rights are being reserved to recipient when an invoice is created. If recipient does not use the invoiced image, it must notify Alaska Stock within thirty (30) days from receipt of the invoice. If recipient fails to do so, it is responsible for full payment on the invoice.

6. **HOLDING FEES** All analog images are delivered for a 21 day review period. Images which are not serious candidates for use must be returned within this period or you will be charged a holding fee of $5.00 per image per week. *Please call if you need to hold the images longer.*

7. **PHOTO CREDIT & SAMPLES** Images used editorially must bear a credit line which must follow this format: © YEAR *Photographer name* Alaska Stock.com Alaska

Alaska Stock v. Pearson

000283