EXHIBIT 2



2505 Fairbanks St., Anchorage, AK 99503
Phone 907-276-1343 Fax: 907-258-7848
E-mail: info@alaskastock.com
**Visit us on-line at www.alaskastock.com**
**Alaska Stock FED ID# 92-0164414**

Rights-Managed Image Invoice and Use Rights License

| | | | |
|---|---|---|---|
| Attn: | Debbie Latronica | Date: | 09-28-99 |
| Company: | Pearson Education | Invoice#: | 190761 |
| Address: | One Lake Street | Memo#: | NONE |
| | Upper Saddle River, NJ 07458 | P.O.#: | |
| | USA | Job#: | ISBN 0130850489 |
| Phone: | 201-236-5849 | Job Name: | Alg:Combined Approac |
| Fax: | 2012367919 | Client: | Pearson Education |
| | | Sales Person: | Gina Bringman |

PAYMENT TERMS: DUE UPON RECEIPT and before use of the image(s) takes place. Pay on-line with credit card at: www.alaskastock.com/payment_center.asp. Invoice is past due after 30 days and subject to a service fee of 2% per month.
_____

407LL BD0002 006 by Sean Reid                                                225.00
Portage Glacier Southcentral AK summer scenic w/ & w/o Tour Boat

spotsize
Inside
Pearson Educ Algebra txtbk

_____

407LL BD0002 006 by Sean Reid                                                375.00
Portage Glacier Southcentral AK summer scenic w/ & w/o Tour Boat

1/4 Page
Inside
Pearson Educ. Algebra txtbk-chap opener

_____

                                                              Subtotal:      600.00
                                                              Payment:       600.00
                                                              Balance Due:     0.00

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used twice inside one edition of the hardcover student edition of the text Algebra: A Combined Approach by Martin - Gay, first edition published by Pearson Education (c)1999 with a press run limited to 40,000 or less.
Reproduction rights for teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.  No digital rights granted.

        Total Circulation:       40,000            Use Rights Begin:        09-28-99
        Total Insertions:        2                 Use Rights End:          09-28-00

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives Alaska Stock v. Pearson to cancel this license within 000001 (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days.

|  |  |
|---|---|
| Subtotal: | 600.00 |
| Payment: | 600.00 |
| Balance Due: | 0.00 |

Use Rights Granted: This Use Rights License grants the client to use the image(s) in the image size, placement and job name designated above solely for the specific use, medium, period of time, print run, territory and any other restrictions specified below:

One time, non-exclusive North American English language reproduction rights to the above image for one time editorial use 1/4 page size or less, used twice inside one edition of the hardcover student edition of the text Algebra: A Combined Approach by Martin - Gay, first edition published by Pearson Education (c)1999 with a press run limited to 40,000 or less.
Reproduction rights for teacher editions, ancillaries and/or related materials are available for additional fees.  All other rights reserved.  No digital rights granted.

|  |  |  |  |
|---|---|---|---|
| Total Circulation: | 40,000 | Use Rights Begin: | 09-28-99 |
| Total Insertions: | 2 | Use Rights End: | 09-28-00 |

**TERMS & CONDITIONS OF THIS INVOICE & USE RIGHTS LICENSE - USAGE RIGHTS ARE NOT GRANTED UNTIL INVOICE IS PAID IN FULL**

**Your right to reproduce the image(s) listed on this INVOICE & USE RIGHTS LICENSE is subject to all the terms, conditions and restrictions set forth in the Alaska Stock Rights-Managed End-User License Agreement (EULA) located on our website at: www.alaskastock.com/picture-license.asp. This can be found under the "Help" menu on alaskastock.com.**

Both the agent (Agency) purchasing the image (if there is one) and the principal (End Client) are jointly and severally liable for payment in full of this invoice, adherence to the "Use Rights Granted" and subject to all terms and conditions. Use of an image beyond the "Use Rights Granted" on this INVOICE & USE RIGHTS LICENSE is a violation of U.S. Copyright law. When the project is complete, all digitized versions of the image must either be destroyed or returned to Alaska Stock. No model releases or other releases exist on any images unless Alaska Stock specifies the existence of such a release in writing. Recipient shall indemnify Alaska Stock against all claims arising out of the use of any images where the existence of such release has not been specified in writing by Alaska Stock. In any event, the limit of liability of Alaska Stock shall be the sum paid to it per the invoice for the use of the particular image involved. User will hold Alaska Stock harmless from all claims for the use of the images, including defamatory use. Alaska Stock gives no right or warranties with respect to the use of names, trademark, logo type, registered or copyrighted designs or works of art depicted in any image, and the client must satisfy himself that all necessary rights, consents or permissions as may be required for reproduction are secured.

IN CASE OF CANCELLATION - If Alaska Stock receives your request in writing to cancel this license within thirty (30) days of the date of this invoice, Alaska Stock may cancel this invoice and issue a credit to your account or credit card equal to one hundred percent (100%) of this invoice. No refunds or cancellations will be accepted after thirty (30) days. All invoices are payable in U.S. Dollars, unless otherwise noted.

**IMPORTANT - To avoid any misuse of the images listed on this Invoice by either party, it is your responsibility to send a copy of the USE RIGHTS LICENSE to your client so they will be aware of the usage parameters and expiration dates.**

Thank you for your business.