EXHIBIT 3



**Alaska Stock** LLC
IMAGES

2505 Fairbanks St., Anchorage, Ak 99503
Phone 907-276-1343   Fax: 907-258-7848
Visit us on-line at www.alaskastock.com

INVOICE AND GRANT OF RIGHTS

Attn: Michelina Viscusi
Company: Pearson Education, IRC
Address: One Lake Street
Upper Saddle River, NJ 07458
USA

Phone: 201-236-5807
Fax: 201-236-5865

Date: 09-14-06
Invoice#: 206714
P.O.#:
Job#: 0805381112
Job Name: Media Mng for Envir
Client: Pearson Ed

Salesperson:

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return one copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.  FED ID# 92-0164414


100AR EQ0002 001 by Steven Kazlowski          68.25
Grizzly Bears at Prudhoe Bay  Near Pipeline AR Alaska
1/4 Page      Inside        Pearson Ed Enviro: Sci textbook (CD)


103AR AL0011 001 by Steve Armbrust            68.25
Caribou Crossing Road near    Oil Gathering Center AR AK
1/4 Page      Inside        Pearson Ed Enviro: Sci textbook (CD)

103AR AL0011 001 by Steve Armbrust            34.13
Caribou Crossing Road near    Oil Gathering Center AR AK
1/8 Page      Inside        Pearson Ed Enviro: Sci textbook (CD)


210FC DP0002 001 by Jim Wark                  68.25
Aerial of Oil Production      Facility North Slope AR AK
1/2 Page      Inside        Pearson Ed Enviro: Sci textbook (CD)

Subtotal:   238.88
Payment:      0.00
Balance Due: 238.88

INVOICE RIGHTS:This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights
to the above image for one time editorial use as noted for size and placement
above, used inside one CD-ROM edition of the text Media Manager for
Environment: The Science Behind the Stories - IRCD (ISBN # 0805381112 by
Withgott-Brennan) and published by Pearson Education with a press run limited
to 100,000 or less.
Additional rights granted only according to the Pearson Preferred Vendor
Agreement with Alaska Stock.  All other rights reserved. Photo credit to
read: © 2006 Photographer/AlaskaStock.com



2505 Fairbanks St., Anchorage, Ak 99503
Phone 907-276-1343   Fax: 907-258-7848
Visit us on-line at www.alaskastock.com

INVOICE AND GRANT OF RIGHTS

Attn: Michelina Viscusi
Company: Pearson Education, IRC
Address: One Lake Street
Upper Saddle River, NJ 07458
USA

Phone: 201-236-5807
Fax: 201-236-5865

Date: 09-14-06
Invoice#: 206714
P.O.#:
Job#: 0805381112
Job Name: Media Mng for Envir
Client: Pearson Ed

Salesperson:

**TERMS: DUE UPON RECEIPT**

Invoice # must appear on check and return one copy of invoice.
A service fee of 2% per month will be added on all balances that
are over 30 days past due.  FED ID# 92-0164414

| | |
|---|---:|
| Subtotal: | 238.88 |
| Payment: | 0.00 |
| Balance Due: | 238.88 |

INVOICE RIGHTS:This license grants the client to use the image(s) in the size
and placement designated above soley for the rights designated below:
One time, non-exclusive North American English language reproduction rights
to the above image for one time editorial use as noted for size and placement
above, used inside one CD-ROM edition of the text Media Manager for
Environment: The Science Behind the Stories - IRCD (ISBN # 0805381112 by
Withgott-Brennan) and published by Pearson Education with a press run limited
to 100,000 or less.
Additional rights granted only according to the Pearson Preferred Vendor
Agreement with Alaska Stock.  All other rights reserved. Photo credit to
read: © 2006 Photographer/AlaskaStock.com


Total Circulation:                    Use Rights Begin: 09-14-06
Total Insertions : 4                  Use Rights End   : 09-14-06

**Any use beyond those stated above must be negotiated and paid for before use.**
         **PLEASE NOTE: ALL TERMS AND CONDITIONS ON REVERSE SIDE.**
 **No Third Party rights granted unless specifically noted in this license.**

                    **THANKS FOR CHOOSING ALASKA STOCK.**

Memo Number : NONE

Alaska Stock v. Pearson                                                   000158